**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HANG LI, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:23-cv-03722-PAE |
| Plaintiff, | |
| v. | |
| SPIRIT AEROSYSTEMS HOLDINGS, INC., TOM GENTILE III, and MARK J. SUCHINSKI, | |
| Defendants. | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SPIRIT AEROSYSTEMS HOLDINGS, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Spirit AeroSystems Holdings, Inc., certifies that it has no parent company and that no publicly traded company owns 10% or more of its shares.

Dated:  June 11, 2023

/s/  J. Wesley Earnhardt
**CRAVATH, SWAINE & MOORE LLP**
J. Wesley Earnhardt
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
wearnhardt@cravath.com

*Counsel for Defendants Spirit AeroSystems Holdings, Inc., Tom Gentile III and Mark J. Suchinski*