UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HANG LI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPIRIT AEROSYSTEMS HOLDINGS, INC., TOM GENTILE III, and MARK J. SUCHINSKI,<br><br>Defendants. | Case No. 1:23-cv-03722-PAE |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF HANG LI'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I, Gregory B. Linkh, hereby declare as follows:

1. I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Hang Li ("Li") and proposed Co-Lead Counsel for the class in the above-captioned action. I make this declaration in support of Hang Li's Motion for Appointment as Lead Plaintiff and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A: Li's Signed PSLRA Certification;

Exhibit B: Press release published on May 3, 2023 on *Business Wire*, announcing the pendency of the class action against the Defendants;

Exhibit C: Analysis of Li's financial interest;

Exhibit D: Firm résumé of Glancy Prongay & Murray LLP;

Exhibit E: Firm résumé of Holzer & Holzer, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 3rd day of July 2023.

                                               */s/ Gregory B. Linkh*
                                               Gregory B. Linkh

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On July 3, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 3, 2023, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh
