# EXHIBIT C

## Financial Interest Analysis

**Company Name:** Spirit AeroSystems Holdings, Inc.
**Ticker:** SPR
**Class Period:** 04/08/2020 - 04/13/2023
**Name:** Hang Li

### Account 1

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/24/2020 | 5,600 | $18.00 | -$100,800.00 | | $0.00 | -$100,800.00 |
| 4/27/2020 | 5,600 | $18.00 | -$100,800.00 | | $0.00 | -$100,800.00 |
| 5/13/2020 | 5,882 | $17.00 | -$99,994.00 | | $0.00 | -$99,994.00 |
| 5/14/2020 | 6,250 | $16.00 | -$100,000.00 | | $0.00 | -$100,000.00 |
| 8/4/2020 | 5,555 | $18.00 | -$99,990.00 | | $0.00 | -$99,990.00 |
| 9/23/2020 | 5,586 | $17.90 | -$99,989.40 | | $0.00 | -$99,989.40 |
| 9/23/2020 | 5,617 | $17.80 | -$99,982.60 | | $0.00 | -$99,982.60 |
| 9/23/2020 | 5,555 | $17.99 | -$99,934.45 | | $0.00 | -$99,934.45 |
| 10/15/2020 | 5,618 | $17.80 | -$100,000.40 | | $0.00 | -$100,000.40 |
| 10/15/2020 | 5,586 | $17.90 | -$99,989.40 | | $0.00 | -$99,989.40 |
| 10/30/2020 | 5,586 | $17.90 | -$99,989.40 | | $0.00 | -$99,989.40 |
| 10/30/2020 | 5,617 | $17.80 | -$99,982.60 | | $0.00 | -$99,982.60 |
| 12/15/2020 | 16,680 | $35.90 | -$598,812.00 | | $0.00 | -$598,812.00 |
| 1/27/2021 | 5,571 | $35.90 | -$199,998.90 | | $0.00 | -$199,998.90 |
| 1/27/2021 | 14,326 | $34.90 | -$499,977.40 | | $0.00 | -$499,977.40 |
| 3/22/2021 | 20,500 | $48.85 | -$1,001,425.00 | | $0.00 | -$1,001,425.00 |
| 3/24/2021 | 15,000 | $46.80 | -$702,000.00 | | $0.00 | -$702,000.00 |
| 4/20/2021 | 6,666 | $45.00 | -$299,970.00 | | $0.00 | -$299,970.00 |
| 7/7/2021 | 6,681 | $44.90 | -$299,976.90 | | $0.00 | -$299,976.90 |
| 8/30/2021 | 12,658 | $39.50 | -$499,991.00 | | $0.00 | -$499,991.00 |
| 9/28/2021 | 11,500 | $43.00 | -$494,500.00 | | $0.00 | -$494,500.00 |
| 10/27/2021 | 4,761 | $42.00 | -$199,962.00 | | $0.00 | -$199,962.00 |
| 12/1/2021 | 6,000 | $37.50 | -$225,000.00 | | $0.00 | -$225,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **188,395** | | | | **Subtotal:** | **-$6,223,065.45** |
| | | **90-Day Average Price** | | **Shares Retained** | **90-Day Average:** | $5,253,056.89 |
| | | $27.8832 | | 188,395 | **Account 1 Total:** | **-$970,008.56** |

## Financial Interest Analysis

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 10/30/2020 | 2,152 | $17.80 | -$38,305.60 | | $0.00 | -$38,305.60 |
| 3/22/2021 | 123 | $48.80 | -$6,002.40 | | $0.00 | -$6,002.40 |

| **Shares Retained:** | **2,275** | | | | **Subtotal:** | **-$44,308.00** |
|---|---|---|---|---|---|---|
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | **$63,434.30** |
| | | | $27.8832 | 2,275 | **Account 2 Total:** | **$19,126.30** |

**Account 3**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 9/23/2020 | 576 | $17.99 | -$10,362.24 | | $0.00 | -$10,362.24 |

| **Shares Retained:** | **576** | | | | **Subtotal:** | **-$10,362.24** |
|---|---|---|---|---|---|---|
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | **$16,060.73** |
| | | | $27.8832 | 576 | **Account 3 Total:** | **$5,698.49** |

| Hang Li Financial Interest (SPR) | |
|---|---|
| Account 1 | -$970,008.56 |
| Account 2 | $19,126.30 |
| Account 3 | $5,698.49 |
| **Total** | **-$945,183.77** |

Note

The 90-Day Average Price used in this loss chart is the average closing price between April 14, 2023 to June 29, 2023.