UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HANG, LI, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>SPIRIT AEROSYSTEMS HOLDINGS, INC., TOM GENTILE III, and MARK J. SUCHINSKI,<br><br>　　　　　　Defendants. | Case No. 1:23-cv-03722-PAE<br><br>CLASS ACTION |

**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF MICHAEL D. JOSEPH'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL**

I, Jeffrey C. Block, declare, under penalty of perjury:

1. I am a partner with the law firm of Block & Leviton LLP. I submit this declaration in support of the motion of Michael D. Joseph for appointment as lead plaintiff, and approval of his selection of counsel.

2. Attached hereto as Exhibit A is a copy of a press release issued by Glancy Prongay & Murray LLP, dated May 3, 2023, announcing the filing of a class action against the above-referenced defendants and noticing that the filing date for appointment as Lead Plaintiff is July 3, 2023.

3. Attached hereto as Exhibit B is a copy of Mr. Joseph's Declaration that states, among other things, that he is willing to serve as a representative plaintiff on behalf of the class.

4. Attached hereto as Exhibit C is Mr. Joseph's PSLRA certification.

5.	Attached hereto as Exhibit D is a chart reflecting Mr. Joseph's losses in the relevant securities.

6.	Attached hereto as Exhibit E is a true and accurate copy of the firm resume of Block & Leviton LLP, proposed Lead Counsel.


Dated: July 3, 2023                                          */s/ Jeffrey C. Block*
                                                                       Jeffrey C. Block

3

## CERTIFICATE OF SERVICE

      I hereby certify that on July 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                            */s/ Jeffrey C. Block*
                                            Jeffrey C. Block