# EXHIBIT B

## DECLARATION OF MICHAEL D. JOSEPH

The undersigned, under penalty of perjury under the laws of the United States of America, declare as follows:

1. I, Michael D. Joseph, respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-referenced action and approval of my selection of Lead Counsel ("the Motion"). I have personal knowledge about the information in this Declaration relating to myself.

2. I, Michael D. Joseph, am a resident of Miami, Florida. I am 39 years old and have approximately twenty years of experience investing in the securities markets. I am a Vice President of Product Management and have worked in the Ecommerce and Technology industry for fifteen years. My certification and loss chart attached to the Motion detail my transactions in Spirit AeroSystems Holdings ("Spirit") securities.

3. The Certification I submitted with the Motion accurately reflects my transactions in Spirit securities during the Class Period.

4. After a thorough consultation, and after considering the merits of the action against Spirit AeroSystems Holdings, I retained Block & Leviton LLP to act as my attorney and to seek lead plaintiff status in this lawsuit.

5. I believe that the Court should appoint me as Lead Plaintiff because I am an experienced investor with a significant interest in the outcome of the litigation and I have the capability and competency to oversee this litigation to a successful conclusion. I am capable of actively participating in this litigation and am committed to doing so, in part by working with my Lead Counsel to obtain the best possible recovery for the Class in an efficient manner.

6. I understand that one of my primary responsibilities will be overseeing Lead Counsel to ensure that the litigation is handled efficiently, and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity, and risk of the litigation.

7. I understand that I could have chosen to take no action and remained an absent class member. However, due to my financial losses and my desire to actively oversee this litigation, I affirmatively decided that it would benefit both myself and the Class I seek to represent if I sought appointment as Lead Plaintiff.

8. I am committed to the zealous prosecution of this case and will remain actively involved in it, including through my attendance at deposition and trial, at necessary. I understand that if appointed as Lead Plaintiff, I owe a fiduciary duty to all members of the putative class to provide fair and adequate representation and to work with Lead Counsel to obtain the largest possible recovery for the class consistent with good faith and vigorous advocacy.

9. I have knowledge of the requirements and responsibilities of lead plaintiffs in a securities class action. I will also have at least quarterly calls with counsel to discuss the status of the litigation and ensure its proper prosecution. I will have additional calls as events and circumstances in the litigation may warrant.

10. I understand that, as Lead Plaintiff in this action, I am subject to the jurisdiction of the Court and will be bound by rulings of the Court, including rulings regarding any judgments.

11. As Lead Plaintiff, I shall be responsible for directing the activities of our counsel for the duration of the litigation, who shall:

    a. Determine and present the position of Lead Plaintiff on all matters that may arise during litigation of the action;

Doc ID: 426eb2373b426b928cd7ffa647e66bfdc66aa56d

b. Coordinate the initiation of and conduct discovery on behalf of Lead Plaintiff, including the preparation of interrogatories and requests for production of documents and the examination of witnesses in depositions;

c. Conduct settlement negotiations on behalf of Lead Plaintiff;

d. Negotiate and enter into those stipulations with opposing counsel necessary for the conduct of the litigation;

e. Retain expert consultants and witnesses;

f. Prepare and distribute periodic status reports to the Lead Plaintiff;

g. Maintain adequate time and disbursement records covering services as Lead Counsel; and

h. Perform such other duties as may be incidental to the proper and efficient coordination of the litigation or which may be authorized by further order of the Court.

Signed under penalties of perjury under the laws of the United States of America:

Doc ID: 426eb2373b426b928cd7ffa647e66bfdc66aa56d

Michael D. Joseph

*Michael D Joseph*
_____
Dated: 06 / 29 / 2023

4

Doc ID: 426eb2373b426b928cd7ffa647e66bfdc66aa56d