# EXHIBIT C

**Certification Pursuant to Federal Securities Laws**

**1.** I, Michael D. Joseph, have reviewed the complaint on file in *Li v. Spirit AeroSystems Holdings, Inc., et al.,* No. 1:23-cv-03722 (S.D.N.Y.), and have authorized the filing of this motion on my behalf.

**2.** I did not transact in Spirit AeroSystems Holdings securities that are the subject of the complaint on file at the direction of plaintiff's counsel, or in order to participate in any private action under the federal securities laws.

**3.** I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

**4.** Attached hereto as Exhibit 1 is a list of all of my transactions in Spirit AeroSystems Holdings securities during the Class Period, as specified in the Complaint.

**5.** During the past three years, I have not sought to serve as a representative party on behalf of a class under federal securities laws.

**6.** I will not accept payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court in accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     06 / 29 / 2023
_____

*Michael D Joseph*

Michael D. Joseph

# Exhibit 1

Doc ID: e536f0eb8cba723294831a4af0a3e0f18e0100fc

| Class Period Common Stock Transactions | | | |
|---|---|---|---|
| Date | Transaction | Shares | Price |
| 11/16/2020 | Bought | 1,000 | $33.3900 |
| 11/16/2020 | Bought | 300 | $31.2200 |
| 11/16/2020 | Bought | 3,965 | $31.2099 |
| 11/16/2020 | Bought | 10 | $31.9500 |
| 11/16/2020 | Bought | 2,800 | $31.7500 |
| 11/16/2020 | Bought | 12 | $31.7400 |
| 11/16/2020 | Bought | 399 | $31.8899 |
| 11/16/2020 | Bought | 400 | $32.2798 |
| 11/16/2020 | Bought | 300 | $32.2399 |
| 11/16/2020 | Bought | 500 | $32.2600 |
| 11/16/2020 | Bought | 488 | $31.7400 |
| 11/16/2020 | Bought | 1,990 | $31.9700 |
| 11/16/2020 | Bought | 100 | $31.7900 |
| 11/16/2020 | Bought | 900 | $33.2500 |
| 11/16/2020 | Bought | 700 | $32.2799 |
| 11/16/2020 | Bought | 35 | $31.2100 |
| 11/16/2020 | Bought | 200 | $31.2460 |
| 11/16/2020 | Bought | 1,000 | $31.8650 |
| 11/16/2020 | Bought | 4,601 | $31.9000 |
| 11/16/2020 | Bought | 1,000 | $32.1194 |
| 11/16/2020 | Bought | 390 | $32.2300 |
| 11/16/2020 | Bought | 700 | $32.2500 |
| 11/16/2020 | Bought | 391 | $32.2698 |
| 11/16/2020 | Bought | 1,596 | $32.2700 |
| 11/16/2020 | Bought | 300 | $32.4400 |
| 11/16/2020 | Bought | 1,000 | $32.4500 |
| 11/16/2020 | Bought | 2,180 | $32.2400 |
| 11/16/2020 | Bought | 2,100 | $32.2600 |
| 11/16/2020 | Bought | 2,100 | $32.5600 |
| 11/16/2020 | Bought | 1,200 | $31.8000 |
| 11/17/2020 | Bought | 3,000 | $31.9300 |
| 11/17/2020 | Bought | 1,000 | $31.6600 |
| 11/17/2020 | Bought | 1,000 | $31.5700 |
| 11/17/2020 | Bought | 1,000 | $31.3976 |
| 11/17/2020 | Bought | 1,000 | $31.9500 |
| 11/17/2020 | Bought | 3,000 | $32.7600 |
| 11/17/2020 | Bought | 300 | $32.8200 |
| 11/17/2020 | Bought | 195 | $32.8100 |
| 11/17/2020 | Bought | 300 | $32.8300 |
| 11/17/2020 | Bought | 8,505 | $32.8500 |
| 11/17/2020 | Bought | 1,000 | $32.7400 |
| 11/17/2020 | Bought | 3,000 | $32.7299 |
| 11/17/2020 | Bought | 1,500 | $32.7999 |
| 11/17/2020 | Bought | 500 | $32.8000 |
| 11/17/2020 | Bought | 700 | $32.8400 |
| 11/18/2020 | Bought | 1,000 | $32.4700 |

| 11/18/2020 | Bought | 1,000 | $32.5492 |
| 11/18/2020 | Bought | 1,000 | $32.5384 |
| 11/18/2020 | Bought | 1,000 | $31.7500 |
| 1/25/2021 | Bought | 1,000 | $37.3150 |
| 1/25/2021 | Bought | 500 | $37.3000 |
| 1/25/2021 | Bought | 500 | $37.4280 |
| 1/27/2021 | Bought | 290 | $35.8700 |
| 1/27/2021 | Bought | 2,113 | $35.8899 |
| 1/27/2021 | Bought | 10 | $35.8400 |
| 1/27/2021 | Bought | 150 | $35.8800 |
| 1/27/2021 | Bought | 200 | $35.8890 |
| 1/27/2021 | Bought | 2,237 | $36.0200 |
| 1/27/2021 | Bought | 675 | $33.8900 |
| 1/27/2021 | Bought | 500 | $34.4650 |
| 1/27/2021 | Bought | 700 | $34.4700 |
| 1/27/2021 | Bought | 1,500 | $34.4790 |
| 1/27/2021 | Bought | 300 | $34.4800 |
| 1/27/2021 | Bought | 300 | $34.5400 |
| 1/27/2021 | Bought | 1,000 | $34.5500 |
| 1/27/2021 | Bought | 1,700 | $34.5600 |
| 1/27/2021 | Bought | 500 | $34.5650 |
| 1/27/2021 | Bought | 700 | $34.5700 |
| 1/27/2021 | Bought | 772 | $34.5800 |
| 1/27/2021 | Bought | 1,028 | $34.5900 |
| 1/27/2021 | Bought | 1,000 | $34.8376 |
| 1/27/2021 | Bought | 1,000 | $34.8600 |
| 1/27/2021 | Bought | 1,000 | $34.8850 |
| 1/27/2021 | Bought | 1,000 | $35.6099 |
| 1/28/2021 | Bought | 325 | $34.3950 |
| 1/29/2021 | Bought | 400 | $33.3000 |
| 1/29/2021 | Bought | 600 | $33.3100 |
| 4/7/2021 | Bought | 1,000 | $48.0300 |
| 4/9/2021 | Bought | 200 | $47.6100 |
| 4/9/2021 | Bought | 700 | $47.6150 |
| 4/9/2021 | Bought | 100 | $47.6255 |
| 4/28/2021 | Bought | 5,000 | $46.0600 |
| 6/16/2021 | Bought | 343 | $50.0000 |
| 6/16/2021 | Bought | 1,000 | $49.5000 |
| 6/16/2021 | Bought | 343 | $50.0000 |
| 6/17/2021 | Sold | -343 | $50.4495 |
| 6/18/2021 | Bought | 8,609 | $48.2846 |
| 6/18/2021 | Bought | 1,391 | $48.2500 |
| 6/18/2021 | Bought | 1,289 | $48.2400 |
| 6/18/2021 | Bought | 102 | $48.2500 |
| 6/18/2021 | Bought | 8,609 | $48.2846 |
| 6/21/2021 | Sold | -1,000 | $49.6703 |
| 6/21/2021 | Sold | -1,000 | $49.6215 |
| 6/21/2021 | Sold | -1,000 | $49.6100 |
| 6/21/2021 | Sold | -1,000 | $49.6950 |
| 6/21/2021 | Sold | -1,000 | $49.6210 |
| 9/20/2021 | Bought | 1,000 | $38.8784 |

Doc ID: e536f0eb8cba723294831a4af0a3e0f18e0100fc

| 9/20/2021 | Bought | 1,000 | $38.8200 |
| 10/18/2021 | Bought | 1 | $43.5000 |
| 10/18/2021 | Bought | 2,004 | $43.4910 |
| 10/18/2021 | Sold | -1,729 | $43.5064 |
| 10/18/2021 | Sold | -271 | $43.5300 |
| 10/18/2021 | Bought | 1,800 | $43.4900 |
| 10/18/2021 | Bought | 204 | $43.5000 |
| 10/18/2021 | Bought | 1 | $43.5000 |
| 12/23/2021 | Bought | 5 | $44.4300 |
| 2/9/2022 | Sold | -5 | $50.0000 |
| 11/30/2022 | Bought | 1 | $26.0381 |
| 3/22/2023 | Sold | -1 | $31.6200 |

**Class Period Options Transactions**

| Date | Transaction | Quantity | Price | Contract |
|---|---|---|---|---|
| 6/14/2021 | Sold | -100 | 9.96 | SPR Jul 16 '21 $40 Call |
| 6/14/2021 | Sold | -100 | 10.02 | SPR Jul 16 '21 $40 Call |
| 6/14/2021 | Sold | -25 | 6.4 | SPR Jul 16 '21 $44 Call |
| 6/21/2021 | Bought | 1 | 8 | SPR Jan 21 '22 $48 Call |
| 6/29/2021 | Sold | -150 | 6.67 | SPR Jul 16 '21 $40 Call |
| 7/6/2021 | Sold | -100 | 2.44 | SPR Jul 16 '21 $44 Call |
| 7/6/2021 | Sold, Bought | -100, 100 | 4.20 Debit | SPR Jul 16 '21 $44 Call, SPR Jan 21 '22 $45 Call |
| 7/6/2021 | Sold | -100 | 1.8 | SPR Jul 16 '21 $45 Call |
| 7/6/2021 | Sold | -100 | 1.75 | SPR Jul 16 '21 $45 Call |
| 7/6/2021 | Sold | -19 | 1.75 | SPR Jul 16 '21 $45 Call |
| 7/6/2021 | Bought | 100 | 7.1 | SPR Jan 21 '22 $44 Call |
| 7/6/2021 | Sold | -99 | 1.75 | SPR Jul 16 '21 $45 Call |
| 7/6/2021 | Bought | 100 | 6.5993 | SPR Jan 21 '22 $45 Call |
| 7/6/2021 | Sold | -90 | 2.6513 | SPR Jul 16 '21 $44 Call |
| 7/6/2021 | Bought | 100 | 7.3 | SPR Jan 21 '22 $44 Call |
| 7/6/2021 | Sold, Bought | -100, 100 | 4.80 Debit | SPR Jul 16 '21 $45 Call, SPR Jan 21 '22 $45 Call |
| 7/7/2021 | Bought | 100 | 6.3 | SPR Jan 21 '22 $45 Call |
| 7/7/2021 | Bought | 100 | 6.7 | SPR Jan 21 '22 $44 Call |
| 7/13/2021 | Bought | 100 | 6.2 | SPR Jan 21 '22 $44 Call |
| 7/13/2021 | Bought | 100 | 5.73 | SPR Jan 21 '22 $45 Call |
| 7/13/2021 | Sold | -100 | 0.95 | SPR Jul 16 '21 $44 Call |
| 7/13/2021 | Sold | -50 | 0.9 | SPR Jul 16 '21 $44 Call |
| 7/13/2021 | Sold | -50 | 0.9 | SPR Jul 16 '21 $44 Call |
| 7/13/2021 | Bought | 100 | 6.2 | SPR Jan 21 '22 $44 Call |
| 7/13/2021 | Sold | -57 | 1.0508 | SPR Jul 16 '21 $44 Call |
| 7/13/2021 | Bought | 9 | 6.3 | SPR Jan 21 '22 $44 Call |
| 7/13/2021 | Sold | -60 | 1.05 | SPR Jul 16 '21 $44 Call |
| 7/14/2021 | Sold | -79 | 3.33 | SPR Jul 16 '21 $40 Call |
| 7/14/2021 | Sold | -150 | 3.5 | SPR Jul 16 '21 $40 Call |
| 7/14/2021 | Sold | -150 | 3.5019 | SPR Jul 16 '21 $40 Call |
| 7/14/2021 | Sold | -24 | 3.56 | SPR Jul 16 '21 $40 Call |
| 7/14/2021 | Sold | -50 | 3.642 | SPR Jul 16 '21 $40 Call |
| 7/16/2021 | Bought | 100 | 4.5855 | SPR Jan 21 '22 $44 Call |
| 7/16/2021 | Bought | 20 | 4.2 | SPR Jan 21 '22 $45 Call |
| 7/16/2021 | Bought | 66 | 4.56 | SPR Jan 21 '22 $44 Call |

| 7/19/2021 | Bought | 100 | 3.6 | SPR Jan 21 '22 $44 Call |
| 7/19/2021 | Bought | 100 | 3.255 | SPR Jan 21 '22 $45 Call |
| 8/4/2021 | Bought | 100 | 4 | SPR Jan 21 '22 $44 Call |
| 8/4/2021 | Bought | 100 | 3.6 | SPR Jan 21 '22 $45 Call |
| 8/4/2021 | Bought | 100 | 3.7 | SPR Jan 21 '22 $45 Call |
| 8/20/2021 | Bought | 100 | 2.7 | SPR Jan 21 '22 $45 Call |
| 8/20/2021 | Bought | 100 | 2.95 | SPR Jan 21 '22 $44 Call |
| 8/30/2021 | Bought | 100 | 2.8 | SPR Jan 21 '22 $45 Call |
| 9/8/2021 | Bought | 100 | 2.45 | SPR Jan 21 '22 $44 Call |
| 10/14/2021 | Sold | -177 | 4.1 | SPR Jan 21 '22 $45 Call |
| 10/14/2021 | Sold | -100 | 4.926 | SPR Jan 21 '22 $44 Call |
| 10/14/2021 | Sold | -300 | 4.4003 | SPR Jan 21 '22 $45 Call |
| 10/14/2021 | Sold | -100 | 5.02 | SPR Jan 21 '22 $44 Call |
| 10/14/2021 | Sold | -200 | 5.3 | SPR Jan 21 '22 $44 Call |
| 10/14/2021 | Sold | -21 | 2.92 | SPR Jan 21 '22 $48 Call |
| 10/14/2021 | Sold | -13 | 7.71 | SPR Jan 21 '22 $40 Call |
| 10/25/2021 | Sold | -100 | 2.6 | SPR Jan 21 '22 $45 Call |
| 10/25/2021 | Sold | -100 | 3.0076 | SPR Jan 21 '22 $44 Call |
| 10/25/2021 | Sold | -40 | 1.7 | SPR Jan 21 '22 $48 Call |
| 10/25/2021 | Sold | -9 | 3.01 | SPR Jan 21 '22 $44 Call |
| 10/26/2021 | Bought | 100 | 6.6825 | SPR Apr 14 '22 $40 Call |
| 10/26/2021 | Sold | -100 | 2.26 | SPR Jan 21 '22 $45 Call |
| 10/26/2021 | Sold | -100 | 2.65 | SPR Jan 21 '22 $44 Call |
| 10/26/2021 | Sold | -100 | 2.72 | SPR Jan 21 '22 $44 Call |
| 10/26/2021 | Sold | -200 | 2.65 | SPR Jan 21 '22 $44 Call |
| 10/29/2021 | Sold | -40 | 1.48 | SPR Jan 21 '22 $48 Call |
| 11/2/2021 | Sold | -100 | 2.47 | SPR Jan 21 '22 $45 Call |
| 11/2/2021 | Sold | -100 | 2.88 | SPR Jan 21 '22 $44 Call |
| 12/2/2021 | Bought | 100 | 7 | SPR Jul 15 '22 $35 Call |
| 12/2/2021 | Bought | 100 | 7.4 | SPR Jul 15 '22 $35 Call |
| 12/2/2021 | Bought | 2 | 6.51 | SPR Jul 15 '22 $38 Call |
| 12/2/2021 | Bought | 26 | 6.57 | SPR Jul 15 '22 $38 Call |
| 12/21/2021 | Sold | -50 | 1.9931 | SPR Jan 21 '22 $44 Call |
| 12/21/2021 | Sold | -50 | 2.05 | SPR Jan 21 '22 $44 Call |
| 12/23/2021 | Sold, Bought | -30, 30 | 2.80 Debit | SPR Jan 21 '22 $45 Call, SPR Apr 14 '22 $45 Call |
| 12/23/2021 | Sold, Bought | -70, 70 | 2.85 Debit | SPR Jan 21 '22 $45 Call, SPR Apr 14 '22 $45 Call |
| 12/23/2021 | Bought | 38 | 5.4 | SPR Apr 14 '22 $44 Call |
| 1/27/2022 | Bought | 30 | 3.8 | SPR Apr 14 '22 $44 Call |
| 2/2/2022 | Bought | 16 | 6.55 | SPR Jul 15 '22 $46 Call |
| 2/2/2022 | Sold | -18 | 5.6 | SPR Apr 14 '22 $44 Call |
| 2/7/2022 | Sold | -100 | 7 | SPR Apr 14 '22 $45 Call |
| 2/7/2022 | Sold | -100 | 10.8 | SPR Apr 14 '22 $40 Call |
| 2/7/2022 | Sold, Bought | -50, 50 | 0.23 Credit | SPR Apr 14 '22 $44 Call, SPR Jul 15 '22 $48 Call |
| 2/7/2022 | Sold | -28 | 14 | SPR Jul 15 '22 $38 Call |
| 2/16/2022 | Sold | -200 | 18.9 | SPR Jul 15 '22 $35 Call |
| 2/28/2022 | Sold | -16 | 8.27 | SPR Jul 15 '22 $46 Call |
| 3/1/2022 | Sold | -5 | 5.6 | SPR Jul 15 '22 $48 Call |
| 3/4/2022 | Bought | 100 | 5.7 | SPR Jul 15 '22 $42 Call |
| 3/4/2022 | Bought | 100 | 5.7 | SPR Jul 15 '22 $42 Call |
| 3/4/2022 | Bought | 100 | 6.2 | SPR Jul 15 '22 $42 Call |
| 3/4/2022 | Bought | 100 | 6.2 | SPR Jul 15 '22 $42 Call |

| 3/4/2022 | Bought | 4 | 6.1 | SPR Jul 15 '22 $42 Call |
|---|---|---|---|---|
| 3/7/2022 | Bought | 100 | 5.6 | SPR Jul 15 '22 $39 Call |
| 3/7/2022 | Bought | 100 | 4.4 | SPR Jul 15 '22 $42 Call |
| 3/7/2022 | Bought | 100 | 4.6 | SPR Jul 15 '22 $42 Call |
| 3/7/2022 | Bought | 53 | 5.88 | SPR Jul 15 '22 $39 Call |
| 3/7/2022 | Bought | 100 | 5.9 | SPR Jul 15 '22 $39 Call |
| 3/7/2022 | Bought | 20 | 5.7 | SPR Jul 15 '22 $42 Call |
| 3/8/2022 | Sold | -75 | 5 | SPR Jul 15 '22 $42 Call |
| 3/8/2022 | Bought | 29 | 5.9 | SPR Jul 15 '22 $42 Call |
| 3/8/2022 | Bought | 100 | 5.4 | SPR Jul 15 '22 $42 Call |
| 3/8/2022 | Bought | 100 | 6.2 | SPR Jul 15 '22 $41 Call |
| 3/25/2022 | Sold | -100 | 9.21 | SPR Jul 15 '22 $42 Call |
| 3/25/2022 | Sold | -100 | 9.36 | SPR Jul 15 '22 $42 Call |
| 3/25/2022 | Sold | -48 | 9.4 | SPR Jul 15 '22 $42 Call |
| 3/25/2022 | Sold | -50 | 10.1 | SPR Jul 15 '22 $41 Call |
| 4/13/2022 | Sold | -10 | 8 | SPR Jul 15 '22 $41 Call |
| 8/10/2022 | Bought | 100 | 4.95 | SPR Jan 20 '23 $32 Call |
| 8/10/2022 | Bought | 100 | 5.04 | SPR Jan 20 '23 $32 Call |
| 8/10/2022 | Bought | 100 | 5.191 | SPR Jan 20 '23 $32 Call |
| 8/10/2022 | Bought | 100 | 5.26 | SPR Jan 20 '23 $32 Call |
| 8/10/2022 | Bought | 100 | 5.27 | SPR Jan 20 '23 $32 Call |
| 8/10/2022 | Bought | 100 | 5.25 | SPR Jan 20 '23 $32 Call |
| 8/10/2022 | Bought | 100 | 5.27 | SPR Jan 20 '23 $32 Call |
| 8/22/2022 | Bought | 100 | 3.77 | SPR Jan 20 '23 $32 Call |
| 8/22/2022 | Bought | 100 | 3.78 | SPR Jan 20 '23 $32 Call |
| 8/22/2022 | Bought | 100 | 3.7888 | SPR Jan 20 '23 $32 Call |
| 8/25/2022 | Bought | 4 | 9 | SPR Jan 19 '24 $33 Call |
| 9/1/2022 | Bought | 100 | 2.59 | SPR Jan 20 '23 $32 Call |
| 9/1/2022 | Bought | 100 | 2.58 | SPR Jan 20 '23 $32 Call |
| 9/26/2022 | Sold | -150 | 0.9 | SPR Jan 20 '23 $32 Call |
| 9/26/2022 | Sold | -200 | 0.9 | SPR Jan 20 '23 $32 Call |
| 12/21/2022 | Sold | -100 | 0.68 | SPR Jan 20 '23 $32 Call |
| 12/28/2022 | Sold | -100 | 0.39 | SPR Jan 20 '23 $32 Call |
| 12/28/2022 | Sold | -130 | 0.35 | SPR Jan 20 '23 $32 Call |
| 12/29/2022 | Sold | -300 | 0.3512 | SPR Jan 20 '23 $32 Call |
| 12/29/2022 | Sold | -100 | 0.35 | SPR Jan 20 '23 $32 Call |
| 3/15/2023 | Sold | -100 | 1.0005 | SPR Oct 20 '23 $45 Call |
| 3/22/2023 | Bought | 1 | 5.8 | SPR Jan 19 '24 $33 Call |