# EXHIBIT D

**Michael David Joseph**
**Summary of Common Stock and Options Gains/(Losses) (LIFO Matching)**

| Contract | Total Gains | Total Losses | Total Gain/(Loss) |
|---|---|---|---|
| Common Stock | $7,020 | -$956,165 | -$949,145 |
| SPR Apr 14 '22 $40 Call | $41,175 | $0 | $41,175 |
| SPR Apr 14 '22 $44 Call | $0 | -$20,690 | -$20,690 |
| SPR Apr 14 '22 $45 Call | $41,650 | $0 | $41,650 |
| SPR Jan 19 '24 $33 Call | $0 | -$4,180 | -$4,180 |
| SPR Jan 20 '23 $32 Call | $0 | -$466,612 | -$466,612 |
| SPR Jan 21 '22 $40 Call | $10,023 | $0 | $10,023 |
| SPR Jan 21 '22 $44 Call | $82,430 | -$235,091 | -$152,661 |
| SPR Jan 21 '22 $45 Call | $51,516 | -$190,530 | -$139,014 |
| SPR Jan 21 '22 $48 Call | $18,560 | -$508 | $18,052 |
| SPR Jul 15 '22 $35 Call | $234,000 | $0 | $234,000 |
| SPR Jul 15 '22 $38 Call | $20,816 | $0 | $20,816 |
| SPR Jul 15 '22 $39 Call | $0 | -$146,164 | -$146,164 |
| SPR Jul 15 '22 $41 Call | $21,300 | -$24,800 | -$3,500 |
| SPR Jul 15 '22 $42 Call | $110,250 | -$254,880 | -$144,630 |
| SPR Jul 15 '22 $46 Call | $2,752 | $0 | $2,752 |
| SPR Jul 15 '22 $48 Call | $2,685 | -$1,035 | $1,650 |
| SPR Jul 16 '21 $40 Call | $457,940 | $0 | $457,940 |
| SPR Jul 16 '21 $44 Call | $137,051 | $0 | $137,051 |
| SPR Jul 16 '21 $45 Call | $104,150 | $0 | $104,150 |
| SPR Oct 20 '23 $45 Call | $10,005 | $0 | $10,005 |
| **Total** | **$1,353,322** | **-$2,300,654** | **-$947,332** |

Notes: Common stock held as of June 28, 2023 are assumed to be sold at $27.85, the average closing price between April 14, 2023 and June 28, 2023.
Open option positions as of the maturity date are assumed to have been closed out without exercise.
Open option positions as of Jun 28, 2023 are assumed to be closed out at the intrinsic value based on the $27.85 PSLRA price.