UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HANG LI,

                              Plaintiff,

-v-

SPIRIT AEROSYSTEMS HOLDINGS, INC. et al.,

                              Defendants.

23 Civ. 3722 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court has received motions for appointment of lead plaintiff(s) and counsel in this case. *See* Dkts. 8, 11. Responses to these motions are due on August 2, 2023. The Court does not invite replies.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: July 18, 2023
       New York, New York