AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| HANG LI ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-03722-PAE |
| SPIRIT AEROSYSTEMS HOLDINGS, INC., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Hang Li  .

Date: 08/09/2023

s/ Garth A. Spencer
*Attorney's signature*

Garth A. Spencer (GS-7623)
*Printed name and bar number*

Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
*Address*

gspencer@glancylaw.com
*E-mail address*

(310) 201-9150
*Telephone number*

(310) 201-9160
*FAX number*