UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
HANG LI, Individually, and on Behalf of :
All Others Similarly Situated, :
 :
                        Plaintiff, :
 :
vs. :
 : Case No. 1:23-cv-03722-PAE
SPIRIT AEROSYSTEMS HOLDINGS, :
INC., TOM GENTILE III, and MARK J. :
SUCHINSKI, :
 :
                       Defendants. :
 :
---------------------------------------------------------------x

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Corey D. Holzer, hereby move this Court for an Order for admission *pro hac vice* to appear as counsel for Plaintiff, Hang Li, in the above-captioned action.

I am in good standing of the bar of the State of Georgia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3. A copy of the Certificate of Good Standing from the Supreme Court of Georgia is attached hereto.

2

Dated: September 1, 2023        Respectfully Submitted,

                                             *s/Corey D. Holzer*
                                             Corey D. Holzer
Holzer & Holzer, LLC
211 Perimeter Center Parkway, Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392-0090
Fax: (770) 392-0029
Email: cholzer@holzerlaw.com

*Attorney for Plaintiff Hang Li*