**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
HANG LI, Individually, and on
Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

SPIRIT AEROSYSTEMS HOLDINGS,
INC., TOM GENTILE III, and MARK J.
SUCHINSKI,

                Defendants.
---------------------------------------------------------------- x

Case No.: 1:23-cv-03722-PAE

## AFFIDAVIT OF COREY D. HOLZER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, COREY D. HOLZER, pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, hereby state:

1. I am an attorney with the law firm of Holzer & Holzer, LLC, located at 211 Perimeter Center Parkway, Suite 1010, Atlanta, Georgia 30346. I submit this Affidavit in support of my application for admission *pro hac vice* for purposes of appearing on behalf of Plaintiff Hang Li in the above-captioned action.

2. I am a member in good standing of the Bar of the State of Georgia, the State of which I am a resident and in which I practice law. A Certificate of Good Standing is included herein.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony.

5.   I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I declare under penalty of perjury under the laws of the State of Georgia that the foregoing is true and correct. Executed this 1st day of September 2023, at Atlanta, Georgia.

s/ _____
COREY D. HOLZER

Subscribed and sworn to
Before me this ___1st___ day of
___September___, 2023.

_____
Notary Public

Tatyana Robbs
NOTARY PUBLIC
Forsyth County, GEORGIA
My Commission Expires 09/17/2026

2