UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
HANG LI, Individually and on Behalf of All
Others Similarly Situated,

                     Plaintiff,

vs.                                            Case No. 1:23-cv-03722-PAE

SPIRIT AEROSYSTEMS HOLDINGS, INC.,
TOM GENTILE III, and MARK J.
SUCHINSKI,

                     Defendants.
------------------------------------------------------------x

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Corey D. Holzer, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of Georgia, and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Corey D. Holzer |
| Firm Name: | Holzer & Holzer, LLC |
| Address: | 211 Perimeter Center Parkway, Suite 1010 |
| City / State / Zip: | Atlanta, Georgia 30346 |
| Telephone / Fax: | Telephone: (770) 392-0090 / (770) 392-0029 |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Hang Li, in the above-captioned action;

**IT IS HEREBY ORDERED THAT** Applicant is admitted to practice p*ro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: September 5, 2023
       New York, New York

PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

2