

Garth Spencer
gspencer@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
929-777-1047

October 2, 2023

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

      Re:    *Li v. Spirit AeroSystems Holdings, Inc.*, Case No. 1:23-cv-03722-PAE
              Lead Plaintiff Motion Status Update

Dear Judge Engelmayer:

      Plaintiff Hang Li provides this status update pursuant to part 3.J of the Court's Individual Rules And Practices In Civil Cases. On July 3, 2023, two motions seeking appointment as lead plaintiff and approval of lead counsel were filed: one by Li (Dkt. No. 8), and one by Michael D. Joseph (Dkt. No. 11). On July 18, 2023, the Court ordered responses to these motions to be filed by August 2, 2023 (Dkt No. 16). On August 2, 2023, Li and Joseph filed a stipulation providing, among other things and subject to the Court's approval, that Li should be appointed as lead plaintiff (Dkt No. 17). Li respectfully wishes to alert the Court, pursuant to part 3.J of the Court's Individual Rules, that 60 days have now elapsed since his motion for appointment as lead plaintiff became fully briefed on August 2, 2023.

                                                  Sincerely,

                                                  */s/ Garth Spencer*

                                                  Garth Spencer