# Exhibit 2

# Re: Pickups in MES

 **REDACTED**   
Tue 2/22/2022 12:22 PM

To: Clark, Ryan P
Cc: Aubuchon, Stephen W; Louia, Jon M

I respect your direction and the team and I will follow the directions given as instructed however I would like to voice the way the team and my self feel about the situation. You are asking us to record in a inaccurately way the number of defects, using the zone box (that is for a drawing reference) will be asking us to falsify the proper documentation with regards to the amount of defects being found on the plane. This make us and put us in a very uncomfortable situation where we have to question our integrity and our ability to follow directions.

I find it unethical and in violation of FAA regulations along with the proper regulations in place by Spirit Aerosystems of properly documenting the amount of defects being found.

We will follow the direction given to us but we are not comfortable with it.

---

**From:** Clark, Ryan P <ryan.p.clark@spiritaero.com>
**Sent:** Tuesday, February 22, 2022 10:34 AM
**To:** REDACTED
**Cc:** Aubuchon, Stephen W <stephen.w.aubuchon@spiritaero.com>; Louia, Jon M <jon.m.louia@spiritaero.com>
**Subject:** Pickups in MES

Team,
Per Steve Aubuchon when writing your pickup after your FOD walks it needs to be documented as 1 item 1 defect for each section that you walk. Put the number of tape that was laid in the box that says zone, which is located on the far right side of pickup page.

Thank you,

Ryan Clark
EOL/SIP FLM
Spirit AeroSystems Inc
316-925-0337