**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HANG LI, et al., | |
| Plaintiffs, | |
| v. | No. 1:23-cv-03722-PAE |
| SPIRIT AEROSYSTEMS HOLDINGS, INC., TOM GENTILE III and MARK J. SUCHINSKI, | |
| Defendants. | |

## DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying (1) Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint and Appendix A (Table of Statements Challenged in Plaintiffs' Amended Complaint), (2) Request for Judicial Notice in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint and (3) Declaration of Michael P. Addis in Support of Defendants' Motion to Dismiss and appended exhibits, and (4) the reply brief to be filed in this action, Defendants Spirit AeroSystems Holdings, Inc., Tom Gentile III and Mark J. Suchinski hereby move this Court for an Order dismissing all allegations in Plaintiff's Amended Class Action Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and granting such other and further relief as this Court deems just and proper.

2

February 20, 2024

                      CRAVATH, SWAINE & MOORE LLP,

                      by: /s/ *J. Wesley Earnhardt*
                      J. Wesley Earnhardt
                      Michael P. Addis
                      Members of the Firm

                      Worldwide Plaza
                      825 Eighth Avenue
                      New York, NY 10019
                      (212) 474-1000

                      *Attorneys for Defendants*