**Appendix A**
Table of Statements and Alleged Omissions Challenged in Plaintiffs' Amended Complaint

| # | Source | Date | Topic | Statements/Alleged Omissions | Response |
|---|---|---|---|---|---|
| 1 | ¶¶ 133-136 COVID Press Release | Apr. 8, 2020 | Covid | In light of the 737 MAX production suspension that began on January 1, 2020, Spirit initiated the following actions to reduce costs: <br>• Implemented workforce reductions of 2,800 employees in Wichita, Kansas and 400 employees in Oklahoma <br>• Initiated a voluntary retirement program for 850 hourly and salaried workers <br><br> To further reduce costs due to the economic impact of the COVID-19 pandemic and related production suspension, Spirit has taken the following additional actions: <br>• Initiated a 21 calendar-day furlough of production workers and managers supporting Boeing programs in Wichita, Kansas and Oklahoma <br>• Implemented a four-day work week for its salaried workforce at its Wichita, Kansas facility until further notice <br><br> Spirit has taken the actions highlighted above to reduce costs and preserve its liquidity in this unprecedented time, while also working to maintain the health and viability of its supply chain to support operations post-production suspension. | Not false or misleading. <br><br> Spirit disclosed COVID-related risks |
| 2 | ¶¶ 137-139 Q1 2020 10-Q | May 6, 2020 | Sarbanes-Oxley | Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report. | Not false or misleading |

| # | Source | Date | Topic | Statements/Alleged Omissions | Response |
|---|--------|------|-------|------------------------------|----------|
| 3 | ¶¶ 140-141 Q1 2020 10-Q | May 6, 2020 | Risk Factors | Our business depends on our ability to maintain a healthy supply chain, achieve planned production rate targets, and meet or exceed stringent performance and reliability standards. The supply chain for large commercial aerostructures is complex and involves hundreds of suppliers and their technical employees from all over the world.<br><br>Operational issues, including delays or defects in supplier components relating to government mandated production shutdowns or otherwise, could result in significant out-of-sequence work and increased production costs, as well as delayed deliveries to customers. Our suppliers' failure to provide parts on a timely basis or to provide parts that meet our technical specifications could have a materially adverse effect on production schedules, contract performance, and contract profitability. | Not false or misleading<br><br>Spirit disclosed the risk posed by (a) failing to meet quality standards and (b) operational disruptions |
| 4 | ¶¶ 142-146 Q1 2020 10-Q | May 6, 2020 | Omissions | Spirit failed to disclose that it suffered from severe and persistent quality problems which led Boeing to place Spirit on probation. | Not false or misleading<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |
| 5 | ¶¶ 147-149 2020 10-K | Feb. 25, 2021 | Sarbanes-Oxley | Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report. | Not false or misleading |

A-2

| # | Source | Date | Topic | Statements/Alleged Omissions | Response |
|---|--------|------|-------|------------------------------|----------|
| 6 | ¶¶ 150-151 2021 10-K | Feb. 25, 2021 | Risk Factors | Our business depends on our ability to maintain a healthy supply chain, achieve planned production rate targets, and meet or exceed stringent performance and reliability standards. The supply chain for large commercial aerostructures is complex and involves hundreds of suppliers and their technical employees from all over the world. Operational issues, including delays or defects in supplier components, could result in significant out-of-sequence work and increased production costs, as well as delayed deliveries to customers. Our suppliers' failure to provide parts that meet our technical specifications could materially adversely affect production schedules and contract profitability. We may not be able to find acceptable alternatives, and any such alternatives could result in increased costs for us and possible forward losses on certain contracts. Even if acceptable alternatives are found, the process of locating and securing such alternatives might be disruptive to our business and might lead to termination of our supply agreements with our customers.<br><br>Additionally, the Company's ability to meet production rate increases is dependent upon several factors, including expansion and alignment of its production facilities, tooling, and equipment; improved efficiencies in its production line; on-time delivery of component parts from the Company's suppliers; adequate supply of skilled labor; and implementation of customer customizations upon demand. If the Company fails to meet the quality or delivery expectations or requirements of its customers, disruptions in manufacturing lines could result, which could have a material adverse impact on the Company's ability to meet commitments to its customers and on its future financial results. | Not false or misleading<br><br>Spirit disclosed the risk posed by (a) failing to meet quality standards and (b) operational disruptions |
| 7 | ¶¶ 152-154 2022 10-K | Feb. 25, 2021 | Omissions | Spirit failed to disclose that it suffered from severe and persistent quality problems which led Boeing to place Spirit on probation. | No duty to disclose<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |

A-3

| # | Source | Date | Topic | Statements/Alleged Omissions | Response |
|---|--------|------|-------|------------------------------|----------|
| 8 | ¶¶ 155-157 Sustainability Report | Jun. 17, 2021 | Quality and Timeliness | Spirit is dedicated to the production of high quality and safe products for our customers and ultimately the end user . . . . To ensure impeccable product quality and safety, Spirit has a dedicated Quality Department that uses a variety of assessment and audit tools. | Puffery<br><br>Not false or misleading<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |
| 9 | ¶¶ 158-159 Sustainability Report | Jun. 17, 2021 | Quality and Timeliness | Spirit is dedicated to a Zero-Defect target, with no escapements to our customers. To ensure product quality and safety, daily compliance audits are conducted internally, while independent organizations review items that could negatively affect safety and quality, including Foreign Object Debris, Product Protection, Proper Tools (calibrated, inspected, and safe to use), and conformance to Spirit's standard work instructions and regulatory requirements. These audits are completed in partnership with our customers to provide real-time feedback. | Puffery<br><br>Not false or misleading<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |
| 10 | ¶¶ 160-162 2021 10-K | Feb. 15, 2022 | Sarbanes-Oxley | Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report. | Not false or misleading |

| # | Source | Date | Topic | Statements/Alleged Omissions | Response |
|---|--------|------|-------|------------------------------|----------|
| 11 | ¶¶ 163-164 2022 10-K | Feb. 15, 2022 | Risk Factors | Our business depends on our ability to maintain a healthy supply chain, achieve planned production rate targets, and meet or exceed stringent delivery, performance and reliability standards. The supply chain for large commercial aerostructures is complex and involves hundreds of suppliers and their technical employees from all over the world. Operational issues, including delays or defects in supplier components, have resulted and could continue to result in significant out-of-sequence work and increased production costs, as well as delayed deliveries to customers. Our suppliers' failure to provide parts that meet our technical specifications could materially adversely affect production schedules and contract profitability. We may not be able to find acceptable alternatives, and any such alternatives could result in increased costs for us and possible forward losses on certain contracts. Even if acceptable alternatives are found, the process of locating and securing such alternatives might be disruptive to our business and might lead to termination of our supply agreements with our customers.<br><br>Additionally, the Company's ability to meet production rate increases is dependent upon several factors, including expansion and alignment of its production facilities, tooling, and equipment; improved efficiencies in its production line; on-time delivery of component parts from the Company's suppliers; adequate supply and costs of skilled labor; and implementation of customer customizations upon demand. From time-to-time the Company has experienced, and may continue to experience, quality or delivery timing disruptions. This includes common carrier disruptions and other disruptions that affect manufacturing lines, any of which could have a material adverse impact on the Company's ability to meet commitments to its customers and on its future financial results. | Not false or misleading<br><br>Spirit disclosed the risk posed by (a) failing to meet quality standards and (b) operational disruptions |
| 12 | ¶¶ 165-167 2023 10-K | Feb. 15, 2022 | Omissions | Spirit failed to disclose that it suffered from severe and persistent quality problems which led Boeing to place Spirit on probation. | Not false or misleading<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |

| # | Source | Date | Topic | Statements/Alleged Omissions | Response |
|---|--------|------|-------|------------------------------|----------|
| 13 | ¶¶ 168-170 Mar. 2, 2022 Investor Day | Mar. 2, 2022 | Quality and Timeliness | While it goes without saying safety, we've got to keep our employees safe, and we've got to have our products safe. So safety is paramount, but quality is, too. It goes without saying in our industry. But then second, with this coming back from the times that we've been in, our customers quite rightly, and their customers have a much higher bar in terms of the quality expectations. And that means a lot of new thinking around what are the processes and technologies that we can apply to ensure that rate executes flawlessly. We spent a lot of time during the downturn getting ready for the next lot of rate increases. Frankly, we learned a lot from before when we had the NG and we had the MAX kicking in, we were in high 50s rate. | Puffery<br><br>Not false or misleading<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |
| 14 | ¶¶ 171-172 Mar. 2, 2022 Investor Day | Mar. 2, 2022 | Quality and Timeliness | So yes, we build product that is the right quality, the first time that don't break. However, others break it, and so we really do have to fix it, which we are thankful for. | Not false or misleading |
| 15 | ¶¶ 173-174 Mar. 2, 2022 Investor Day | Mar. 2, 2022 | Quality and Timeliness | Our customers recognize that the value that we bring to them is higher. And frankly, we understand that our customers are becoming a lot more demanding of our big OEMs as it relates to quality. There was a discussion about skin quality a little bit. We are going above and beyond what the requirements ask of us to make sure that our customers are successful when it comes to quality so that they can enable the sale of that product to their customers efficiently and effectively.<br><br>When I talk with our Board about quality, I mean that is one -- that is my primary job. I talked to them about the fact that I'm focused on building a production system and quality is a key component of that. And our team has done a great job of embracing that throughout the last few years as we've taken that opportunity to transform during the pandemic. | Puffery<br><br>Not false or misleading<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |

| # | Source | Date | Topic | Statements/Alleged Omissions | Response |
|---|--------|------|-------|------------------------------|----------|
| 16 | ¶¶ 175-177 Mar. 2, 2022 Investor Day | Mar. 2, 2022 | Quality and Timeliness | The other thing we realized is that we needed to perpetually ensure that when we're building the product, we're building it per specification, per engineering, per the planning. And so we've deployed a technique that we refer to as 3 lines of defense. You may have heard that in a couple of different areas. We've leveraged this a lot, not just from a quality perspective, but wherever we think -- we want to make sure that we have a surety in what we're doing. We're leveraging this type of technology. We actually spent time over the last year, and we have about one more year to go, ensuring that our processes and our products are actually in conformance with the engineering requirements. We've deployed teams to go verify all of that, which is mitigating any potential for future escapes. And then we deploy these 3 lines of defense perpetually. So when the mechanics and the inspectors are responsible for making sure that the product is done every day, but we also have our engineering team out auditing that process and product to make sure that indeed it is actually being built per specification. And where it's not, we can actually make adjustments or update the planning. And we've seen a lot of value by doing this, we can actually update the planning to make it a little bit more clear for the mechanics and inspectors so that they get it right. And then finally, we have a, what I would call that audit function, making sure that all of this works and is behaving, we're randomly selecting areas to dig in deeper. | Puffery<br><br>Not false or misleading<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |
| 17 | ¶¶ 178-180 Q1 2022 10-Q | May 4, 2022 | Sarbanes-Oxley | Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report. | Not false or misleading |
| 18 | ¶¶ 181-182 Q1 2022 10-Q | May 4, 2022 | Risk Factors | There have been no material changes from the risk factors described in our 2021 Form 10-K. | Not false or misleading |
| 19 | ¶¶ 183-185 Q1 2022 10-Q | May 4, 2022 | Omissions | N/A | No duty to disclose |

| # | Source | Date | Topic | Statements/Alleged Omissions | Response |
|---|--------|------|-------|------------------------------|----------|
| 20 | ¶¶ 186-188 Q3 2022 10-Q | Nov. 3, 2022 | Sarbanes-Oxley | Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report. | Not false or misleading |
| 21 | ¶¶ 189-190 Q3 2022 10-Q | Nov. 3, 2022 | Risk Factors | There have been no material changes from the risk factors described in our 2021 Form 10-K. | Not false or misleading |
| 22 | ¶¶ 191-193 Q3 2022 10-Q | Nov. 3, 2022 | Omissions | Spirit failed to disclose that it suffered from severe and persistent quality problems which led Boeing to place Spirit on probation. | No duty to disclose.<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |
| 23 | ¶¶ 194-197 Code of Conduct | Jan. 25, 2023 | Quality and Timeliness | Spirit has a responsibility to our employees, customers, and communities to: Deliver reliable, high-quality products that our customers and the public have confidence using. | Puffery<br><br>Not false or misleading<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |
| 24 | ¶¶ 198-199 Code of Conduct | Jan. 25, 2023 | Quality and Timeliness | The quality of our products and services determines the safety of aircraft passengers worldwide. To achieve the highest standards of safety for our customers, we must focus on quality all the time. Quality is the cornerstone of our brand. To achieve high performance and maintain our reputation for delivering the highest quality goods, we must comply with quality control standards and follow contract specifications at all times. | Puffery<br><br>Not false or misleading<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |
| 25 | ¶¶ 200-202 2022 10-K | Feb. 17, 2023 | Sarbanes-Oxley | Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report. | Not false or misleading |

A-8

| # | Source | Date | Topic | Statements/Alleged Omissions | Response |
|---|--------|------|-------|------------------------------|----------|
| 26 | ¶¶ 203-204 2022 10-K | Feb. 17, 2023 | Risk Factors | Our business depends on our ability to maintain a healthy supply chain, achieve planned production rate targets, and meet or exceed stringent delivery, performance and reliability standards . . . Operational issues, including delays or defects in supplier components, have resulted and could continue to result in significant out-of-sequence work and increased production costs, as well as delayed deliveries to customers. Our suppliers' failure to provide parts that meet our technical specifications has adversely affected and could continue to adversely affect production schedules and contract profitability. From time-to-time the Company has experienced, and may continue to experience, quality or delivery timing disruptions. This includes common carrier disruptions and other disruptions that affect manufacturing lines, any of which could have a material adverse impact on the Company's ability to meet commitments to its customers and on its future financial results. | Not false or misleading<br><br>Spirit disclosed the risk posed by (a) failing to meet quality standards and (b) operational disruptions |
| 27 | ¶¶ 205-206 2022 10-K | Feb. 17, 2023 | Risk Factors | Additional suspensions or reductions in, or increases in, the B737 MAX production rate may create financial and disruption risks for the Company and its suppliers on the program, which, may in turn, affect the Company's ability to comply with contractual obligations.<br><br>If production levels for the B737 MAX program are reduced beyond current expectations due to depressed demand or otherwise, or if we have difficulties in managing our cost structure to take into account changes in production schedules or to accommodate a ramp-up in production, our liquidity position may worsen absent our ability to procure additional financing, we may trigger an event of default under our credit facilities, and our business, financial condition, results of operations and cash flows could be materially adversely impacted. | Not false or misleading<br><br>Spirit disclosed the risk posed by (a) failing to meet quality standards and (b) operational disruptions |
| 28 | ¶¶ 207-209 2022 10-K | Feb. 17, 2023 | Omissions | Spirit failed to disclose that it suffered from severe and persistent quality problems which had led Boeing to place Spirit on probation, and also failed to disclose the mis-drilled aft pressure bulkhead holes defect. | No duty to disclose<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |

A-9

| # | Source | Date | Topic | Statements/Alleged Omissions | Response |
|---|--------|------|-------|------------------------------|----------|
| 29 | ¶¶ 210-212 2022 10-K | Feb. 17, 2023 | Quality and Timeliness | The Company is committed to the highest ethical standards and to complying with all laws and regulations applicable to the Company's business. To support and articulate its commitment and responsibility in this regard, the Company has adopted the Code of Business Conduct (the "Code"). The Code addresses a number of topics, including the Foreign Corrupt Practices Act, conflicts of interest, safeguarding assets, insider trading, and general adherence to laws and regulations. All directors and employees, including executive officers, must comply with the Code. The Code is available on the Company's website at https://investor.spiritaero.com/corporate-governance/govdocs/. | Puffery<br><br>Not false or misleading |
| 30 | ¶¶ 213-215 Mar. 29-31, 2023 Spirit Website Statements | Mar. 29-31, 2023 | Quality and Timeliness | Q. Talk about our quality journey and the basic principles of quality. A. The basic principles of quality are do not create, do not pass and do not accept a defect. Think about it in order: If you create a defect, that creates an opportunity that could be expensive all the way to the customer. If you pass a defect or accept a defect…we can pass an expensive problem to our customer. Work it in that order. Do not create a defect and remember no one does anyone a favor by accepting or passing a defect down the line. We are in a role of continuously reinventing ourselves. Sometimes it might not seem that way if you are a mechanic building the same thing over and over again . . . (but) we need to challenge the status quo and raise the bar. That is the foundational piece of quality. | Puffery<br><br>Not false or misleading<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |

| # | Source | Date | Topic | Statements/Alleged Omissions | Response |
|---|--------|------|-------|------------------------------|----------|
| 31 | ¶¶ 216-217 Mar. 29-31, 2023 Spirit Website Statements | Mar. 29-31, 2023 | Quality and Timeliness | Many of our fellow teams and colleagues are hard at work to realize rate increases across all programs this year. At the same time, our customers have raised the bar on expectations of product and service quality. As production continues to accelerate, we must ensure deliveries are not achieved at the expense of our commitment to Quality Without Compromise.<br><br>WHY THIS MATTERS: Without quality, a business is likely to fail. * Customers will look for a better product somewhere else, and the standard set for quality revolves solely around a customer's willingness to purchase your product. * We all know that even the smallest defect can create a flight safety concern - so there should be no tolerance to allow an escape to our customers, but more importantly, to those individuals who have entrusted us with their safety. | Puffery<br><br>Not false or misleading<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |
| 32 | ¶¶ 218-220 Mar. 29-31, 2023 Spirit Website Statements | Mar. 29-31, 2023 | Quality and Timeliness | Our slogan is quality matters. It's quality without compromise. Why? We can't risk our products ever being involved in an incident or accident. And to protect that we have a great quality system that ensures our parts are inspected and controlled and go out FOD [foreign object debris] free and defect free. That's a pretty simple process. | Puffery<br><br>Not false or misleading<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |

A-11