UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HANG LI, et al.,

                              Plaintiffs,

           v.                      No. 1:23-cv-03722-PAE

SPIRIT AEROSYSTEMS HOLDINGS, INC.,
TOM GENTILE III and MARK J. SUCHINSKI,

                              Defendants.

---

## DECLARATION OF MICHAEL P. ADDIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Michael P. Addis, declare as follows in support of the Motion to Dismiss Plaintiffs' Amended Class Action Complaint and the Request for Judicial Notice by Defendants Spirit AeroSystems Holdings, Inc. ("Spirit"), Tom Gentile III and Mark J. Suchinski (collectively, "Defendants"):

      1.     I am an attorney licensed to practice law in the State of New York, a member in good standing of the State Bar of New York (State Bar # 4900957), and admitted to practice in the United States District Court for the Southern District of New York. I am a partner of Cravath, Swaine & Moore LLP and counsel for Defendants. I make this declaration based upon my knowledge of the facts stated herein, and if called to testify, I could and would do so competently. I submit this declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws.

      2.     Attached as Exhibit 1 is a true and complete copy of Spirit's Form 10-K ("10-K") for the year ended December 31, 2018, dated February 8, 2019. It was downloaded on or about February 15, 2024, from https://www.sec.gov/Archives/edgar/data/1364885/000162828019001118/spr-20181231x10k.htm.

      3.     Attached as Exhibit 2 is a true and complete copy of Spirit's Q1 2019

Earning Call Transcript, dated May 1, 2019.  It was downloaded on or about February 15, 2024, from https://s23.q4cdn.com/405433451/files/doc_financials/2019/q1/Q1-2019-Earnings-Call-Transcript.pdf.

4. Attached as Exhibit 3 is a true and complete copy of a National Transportation Safety Board report, dated September 19, 2019.  It was downloaded on or about February 15, 2024, from https://www.ntsb.gov/investigations/AccidentReports/Reports/ASR1901.pdf.

5. Attached as Exhibit 4 is a true and complete copy of Spirit's 10-K for the year ended December 31, 2019, dated February 28, 2020.  It was downloaded on or about February 15, 2024, from https://www.sec.gov/ixviewer/ix.html?doc=/Archives/edgar/data/1364885/000162828020002543/spr-20191231x10k.htm.

6. Attached as Exhibit 5 is a true and complete copy of Spirit's Form 8-K ("8-K") disclosing a March 24, 2020 press release, dated March 24, 2020.  It was downloaded on or about February 15, 2024, from https://d18rn0p25nwr6d.cloudfront.net/CIK-0001364885/f7fd9dc4-f3b7-4fb9-86e3-c2b8062bf664.html.

7. Attached as Exhibit 6 is a true and complete copy of Spirit's 8-K disclosing an April 14, 2020 press release, dated April 14, 2020.  It was downloaded on or about February 15, 2024, from https://d18rn0p25nwr6d.cloudfront.net/CIK-0001364885/d4114b46-53c4-4089-85b0-5a6bd6548ef5.html.

8. Attached as Exhibit 7 is a true and complete copy of Spirit's 8-K disclosing a June 10, 2020 press release, dated June 11, 2020.  It was downloaded on or about February 15, 2024, from https://d18rn0p25nwr6d.cloudfront.net/CIK-0001364885/71da6501-8cc9-44c3-b5dc-06bf62d26ca0.html.

9. Attached as Exhibit 8 is a true and complete copy of Spirit's 10-K for the year ended December 31, 2020, dated February 25, 2021.  It was downloaded on or about February 15, 2024, from https://www.sec.gov/ixviewer/ix.html?doc=/Archives/edgar/data/1364885/000162828021003321/spr-20201231.htm.

10.     Attached as Exhibit 9 is a true and complete copy of Spirit's 10-K for the year ended December 31, 2021, dated February 15, 2022.  It was downloaded on or about February 15, 2024, from https://www.sec.gov/ixviewer/ix.html?doc=/Archives/edgar/data/1364885/000162828022002704/spr-20211231.htm.

11.     Attached as Exhibit 10 is a true and complete copy of Spirit's March 2, 2022 Investor Day Presentation Transcript.  It was downloaded on or about February 15, 2024, from https://docs.publicnow.com/viewDoc?hash_primary=183DF6B5F03881C725C139578F3BEB6F1546A296.

12.     Attached as Exhibit 11 is a true and complete copy of Spirit's March 2, 2022 Investor Day Slide Deck.  It was downloaded on or about February 15, 2024, from https://s23.q4cdn.com/405433451/files/doc_presentations/2022/Spirit-AeroSystems-2022-Investor-Day-Presentation-v4.pdf.

13.     Attached as Exhibit 12 is a true and complete copy of Spirit's 10-K for the year ended December 31, 2022, dated February 17, 2023.  It was downloaded on or about February 15, 2024, from https://www.sec.gov/ixviewer/ix.html?doc=/Archives/edgar/data/1364885/000162828023004051/spr-20221231.htm.

14.     Attached as Exhibit 13 is a true and complete copy of an August 23, 2023 article from The Air Current titled *Boeing and Spirit Grapple with Newly Discovered 737 Max Quality Issue*.  It was downloaded on or about December 22, 2023, from https://theaircurrent.com/aircraft-production/boeing-spirit-737-max-aft-pressure-bulkhead-drilling/.

15.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 20th of February, 2024, in New York, New York.

        /s/ *Michael P. Addis*
        Michael P. Addis
        CRAVATH, SWAINE & MOORE LLP
        825 8th Avenue
        New York, NY 10019
        Tel.: (212) 474-1000
        Email: maddis@cravath.com