# Exhibit 11



Aaron Hunt
Director, Investor Relations

March 2, 2022

# Welcome
## Investor Day 2022

# Forward-Looking Information



<u>Cautionary Statement Regarding Forward-Looking Statements</u>

This presentation contains "forward-looking statements" that may involve many risks and uncertainties. Forward-looking statements generally can be identified by the use of forward-looking terminology such as "aim," "anticipate," "believe," "could," "continue," "estimate," "expect," "goal," "forecast," "intend," "may," "might," "model," "objective," "outlook," "plan," "potential," "predict," "project," "seek," "should," "target," "will," "would," and other similar words, or phrases, or the negative thereof, unless the context requires otherwise. These statements are based on circumstances as of the date on which the statements are made and they reflect management's current views with respect to future events and are subject to risks and uncertainties, both known and unknown. Our actual results may vary materially from those anticipated in forward-looking statements. We caution investors not to place undue reliance on any forward-looking statements.

Important factors that could cause actual results to differ materially from those reflected in such forward-looking statements and that should be considered in evaluating our outlook include, but are not limited to, the following:

- the impact of the COVID-19 pandemic, including any potential impacts of vaccination requirements, on our business and operations, including on the demand for our and our customers' products and services, on trade and transport restrictions, on the global aerospace supply chain, on our ability to retain the skilled work force necessary for production and development, and generally on our ability to effectively manage the impacts of the COVID-19 pandemic on our business operations;
- demand for our products and services and the general effect of economic or geopolitical conditions, or other events, such as pandemics, in the industries and markets in which we operate in the U.S. and globally;
- the timing and conditions surrounding the full worldwide return to service (including receiving the remaining regulatory approvals) of the B737 MAX, future demand for the aircraft, and any residual impacts of the B737 MAX grounding on production rates for the aircraft;
- our reliance on The Boeing Company ("Boeing") and Airbus Group SE and its affiliates (collectively, "Airbus") for a significant portion of our revenues;
- the business condition and liquidity of our customers and their ability to satisfy their contractual obligations to the Company;
- the certainty of our backlog, including the ability of customers to cancel or delay orders prior to shipment on short notice;
- our ability to accurately estimate and manage performance, cost, margins, and revenue under our contracts, and the potential for additional forward losses on new and maturing programs;
- our accounting estimates for revenue and costs for our contracts and potential changes to those estimates;
- our ability to continue to grow and diversify our business, execute our growth strategy, and secure replacement programs, including our ability to enter into profitable supply arrangements with additional customers;
- the outcome of product warranty or defective product claims and the impact settlement of such claims may have on our accounting assumptions;
- our dependence on our suppliers, as well as the cost and availability of raw materials and purchased components;
- our ability and our suppliers' ability to meet stringent delivery (including quality and timeliness) standards and accommodate changes in the build rates of aircraft, including the ability to staff appropriately for anticipated production volume increases;
- our ability to maintain continuing, uninterrupted production at our manufacturing facilities and our suppliers' facilities;
- competitive conditions in the markets in which we operate, including in-sourcing by commercial aerospace original equipment manufacturers;
- our ability to successfully negotiate, or re-negotiate, future pricing under our supply agreements with Boeing, Airbus and other customers;
- our ability to effectively integrate the acquisition of select assets of Bombardier along with other acquisitions that we pursue, and generate synergies and other cost savings therefrom, while avoiding unexpected costs, charges, expenses, and adverse changes to business relationships and business disruptions;
- the possibility that our cash flows may not be adequate for our additional capital needs;
- any reduction in our credit ratings;
- our ability to access the capital markets to fund our liquidity needs, and the costs and terms of any additional financing;
- our ability to avoid or recover from cyber or other security attacks and other operations disruptions;
- legislative or regulatory actions, both domestic and foreign, impacting our operations, including the effect of changes in tax laws and rates and our ability to accurately calculate and estimate the effect of such changes;
- our ability to recruit and retain a critical mass of highly skilled employees;
- our relationships with the unions representing many of our employees, including our ability to successfully negotiate new agreements, and avoid labor disputes and work stoppages with respect to our union employees;
- spending by the U.S. and other governments on defense;
- pension plan assumptions and future contributions;
- the effectiveness of our internal control over financial reporting;
- the outcome or impact of ongoing or future litigation, arbitration, claims, and regulatory actions or investigations, including our exposure to potential product liability and warranty claims;
- adequacy of our insurance coverage;
- our ability to continue selling certain receivables through our supplier financing programs; and
- the risks of doing business internationally, including fluctuations in foreign currency exchange rates, impositions of tariffs or embargoes, trade restrictions, compliance with foreign laws, and domestic and foreign government policies.

These factors are not exhaustive and it is not possible for us to predict all factors that could cause actual results to differ materially from those reflected in our forward-looking statements. These factors speak only as of the date hereof, and new factors may emerge or changes to the foregoing factors may occur that could impact our business. As with any projection or forecast, these statements are inherently susceptible to uncertainty and changes in circumstances. Except to the extent required by law, we undertake no obligation to, and expressly disclaim any obligation to, publicly update or revise any forward-looking statements, whether as a result of new information, future events, or otherwise. You should review carefully the section captioned "Risk Factors" in the Company's Annual Report on Form 10-K and the Company's Quarterly Reports on Form 10-Q for a more complete discussion of these and other factors that may affect our business.

# Logistics



- Presentations available on Spirit Investor Relations website

- Question & Answer session

  - In-person questions taken live

  - Virtual participants submit questions using the Q&A box

    o Virtual questions will be asked by moderator

- Technology exhibits at the breaks

- Lunch available after closing comments





# Agenda



**Welcome**
Aaron Hunt, Director, Investor Relations

**Strategy Review and Business Update**
Tom Gentile, Chief Executive Officer

**Financial Performance and Outlook**
Mark Suchinski, Chief Financial Officer

**Commercial Segment**
Sam Marnick, President, Commercial

**Defense & Space Segment**
Duane Hawkins, President, Defense & Space

**Aftermarket Segment**
Kailash Krishnaswamy, Senior VP, Aftermarket

**Innovation and Quality**
Kevin Matthies, Chief Technology Officer

**Q&A Panel**
All Speakers

**Closing Remarks**
Tom Gentile, Chief Executive Officer



4



Tom Gentile
President & Chief Executive Officer

March 2, 2022

# Strategy Review & Business Update
## Investor Day 2022

# Spirit Has Faced Two Major Crises



## MAX Grounding





## COVID-19 Pandemic

**Domestic & Intl. Revenue Passenger Kilometers vs Same Month in 2019 (%)**





# Impact on Spirit was Severe





**Total Annual Deliveries**

-49%

2019  2020



**Full Year Revenue**

$7,863M

-57%

$3,405M

2019  2020



**Free Cash Flow\***

$691M

-225%

2020

2019

($864M)



**Moody's Credit Rating**

Mar '16 – Jan '20

Medium Grade  **Baa3**

**Jan '20: Ba2**

Non-Investment
Grade Speculative

**Apr '20: Ba3**

Highly Speculative

**Jul '20:
B2**

7

*Non-GAAP measure. Definitions, reconciliations, and further disclosures regarding this non-GAAP measure are appended to this document

# Responded Aggressively to Stabilize Company



| Kept Employees Safe | Aligned Cost to Lower Production | Liquidity Actions |
|---|---|---|

  

**Kept Employees Safe**
- Implemented masking, testing, remote work as needed
- Returned all US workers to office by June '21

**Aligned Cost to Lower Production**
- Reduced commercial headcount by 8,000
- Reduced annualized costs by $1B

**Liquidity Actions**
- $1,200M senior secured second lien notes Apr. '20
- $900M first lien senior secured debt Oct. '20
- Mutual termination of Asco ($420M)
- Bombardier discount ($225M) due to pandemic

8

# Three Strategic Objectives Emerging From Crisis



**Diversify** — Aspire to 40/40/20 revenue split

**De-Lever** — Pay down $1B of debt by 2023; return to investment grade

**Drive Margin** — Achieve 16.5% segment operating margins once MAX achieves 42 APM

9

# Diversify



### <u>Spirit Revenue Concentration (2019)</u>

In 2019, before MAX crisis and pandemic, Spirit was heavily concentrated and traded at a discount to industry peers

10

# Inorganic Growth: Bombardier Select Assets Acquisition
## Aerostructures & Aftermarket Facilities in Belfast, Casablanca & Dallas



**Belfast, United Kingdom**



**Casablanca, Morocco**



**Dallas, United States**



**Accelerated Diversification**

More Aftermarket Content

More Biz Jet Content

Defense: Mosquito

More Airbus Content: entire A220 integrated composite wing

Non-Aerospace Manufacturing

Aftermarket

Business and Regional Jets

"Commercial" Defense Player

Airbus

Boeing

- Now among largest Airbus structures suppliers
- Significant work on growing programs
- A world-leader in resin infusion capabilities, positioning spirit for future wins

**Acquisition was transformative & accelerated Spirit's diversification**



SPIRIT AEROSYSTEMS®

11

# Reorganized the Business



**FROM**

Legacy Reporting Segments

| Fuselage | Wing | Propulsion |
|---|---|---|

  

**TO**

New Reporting Segments

| Commercial | Defense | Aftermarket |
|---|---|---|

  

New Org Structure

  

Sam Marnick            Duane Hawkins            Kailash Krishnaswamy

12

# Commercial Growth



| Increasing Narrowbody Rates | New Business Jet Contracts | Emerging Opportunities |
|---|---|---|

### Increasing 737 rate



### A320 to 65APM by 2023



➢ **Backlog: $35B, 85% narrowbody by units**

### Falcon 10X



### Bombardier
Global



Challenger



### eVTOL



Photo Credit: NASA

### Fabrication



13

# Defense & Space Growth



**Next Generation Aircraft Programs**

**Next Generation Effects**

**Hypersonics**

**Unmanned Aircraft Systems**

**Space**

# Aftermarket Growth



- ✓ **737 TR**
- ✓ **777 TR**
- • **G650 Nacelle**
- • **787 Flight Controls**

**Belfast**

- ✓ **A330 Trent700**
- • **757 RB211**
- • **737 NG / A320 V2500**
- • **777**

**Wichita**

- • **Flight Control Surfaces**
- • **Radomes**
- • **Landing Gear Doors**

**Dallas**

**Morocco**

**China**

**Middle East**

**Taiwan**

**Central America**

- • **Beyond book Repairs**
- • **Repair Engineering**
- • **767 CF6 Nacelle**
- • **A330 CF6 Nacelle**

**SPIRIT AEROSYSTEMS**

☑ **Bombardier MRO**

☑ **EGAT**

☑ **Applied**

**China**

**Middle East**

**Central America**

## Developing and deploying repair solutions globally

15

# Diversification Effort Showing Results



## Spirit Revenue Mix



**2019**

Other — 21%

Boeing — 79%

**2021**

Aftermarket — 6%

Defense & Space — 15%

Commercial — 79%

**Future vision**

Aftermarket — 20%

Defense & Space — 40%

Commercial — 40%

# De-Lever



## Repay $1B Debt 2023

Feb '20: $300M

By end of 2023: $700M

## Interest Expense



$243M

2021    2025E





**Regain investment grade credit rating**

# Drive Margin









## Normalized Segment Operating Margin[1]*



14.5%

16.5%

2019

2025E

**Achieve 16.5% once MAX stabilizes at 42 APM**

1 Excludes changes in estimates

*Non-GAAP measure. Definitions, reconciliations, and further disclosures regarding this non-GAAP measure are appended to this document

# Redesigned Production System for Lean Flow



| 737 Fuselage Facility Redesign | Section 41 Center of Excellence | Section 11 Centers of Excellence |
|---|---|---|

**Previous Plant 2 Flow**







**Improved Plant 2 Flow**









**Added >250,000 sq ft to free 125,000 sq ft in Plant 2**

19

# Automation



## 737 Floor Beam Assembly





- Streamlined flow of 5 fully automated & 5 semi-automated stations

- Paced assembly system & quality maintained using digital thread

| Flow Time | Touch Time | Work in Progress |
|:---:|:---:|:---:|
| ↓ 98% | ↓ 75% | ↓ 83% |

## Global Digital Logistics Center




Automated pick & kit          28 storage levels – 40' high

- Consolidated warehouse – reduced footprint by 300,000 sq ft

- Automated picking from 28 storage levels spanning 9 acres

- Improved dock-to stock metric from 95.4% in 2019 to >98% in 2021

20

# Robotics



## A320 Resin Transfer Molded Spoilers





- Capable of > 650 spoilers/month

- Up to 30% cost reduction to baseline process

## A350 Thermoplastic Clips



  

- One clip every 90-110 seconds

- >1,500 clips per shipset

- >550 unique part numbers

21

# Digitization



## Factory Floor Digitization

- Floorsight digitizes factory floor operations, equipment utilization, and part locations



## Labor Optimization

- Opticrew enables real-time job assignment & tracking



## Visual Work Instructions



## Cloud-Driven Torque Values



# Supply Chain



| **Clean Sheets** | **Strategic Sourcing Spend Program** | **Supplier Support** |
|---|---|---|

- **>125,000 conducted to date**



- **Gated process to enable cross-business strategic sourcing**



- **>600 suppliers benefited from >$2.2B support**



| **Centers of Excellence** | **Waves** | **Transfer of Work** |
|---|---|---|



**3 & 4-Axis**

**5-Axis**

- **Hypercompetitive negotiations**
- **Integrated Belfast into Waves**



- **>26,000 parts transferred since 2016**



2016  2017  2018  2019  2020  2021

23

# Strategy Summary



**Vision**
Diversified Aerospace Design and Manufacturing Champion

**Strategic Priorities (Where to Compete)**

**Execution Requirements (How to Compete)**

**Aftermarket**
- Repairs
- Geographies
- Key Customers & Channels

**Make/Buy**

**Advantaged Supply Chain**

**Defense**
- Hypersonics
- Space
- Unmanned
- Next-Gen Aircraft
- Effects

**Values**

TRANSPARENCY
COLLABORATION
INSPIRATION

Speak Out

**World-Class Manufacturing**

**Distinctive Technology**

**Commercial Aero**
- Boeing
- Airbus
- Business Jets
- Emerging Markets
- eVTOL

**DNA**
Safety          Quality
Customer Focus          Delivery

**Digital**

**Talent & Inclusion**

*Diversify*          *De-Lever*          *Drive Margin*

24

# Summary



- Spirit is emerging from the MAX crisis and pandemic a stronger, more diversified company



- Domestic travel is recovering faster, favoring narrowbodies (85% of Spirit's $35B backlog by units)

- Spirit is repurposing widebody capacity to Defense & winning new programs



- Spirit is committed to executing on near-term rate increases on narrowbody aircraft
  - Return to positive cash flow
  - Pay down $1B in debt
  - Regain investment grade credit rating
  - Achieve 16.5% segment operating margins
  - Diversify to 40/40/20





Mark Suchinski, Chief Financial Officer

March 2022

# Financial Update

**Investor Day 2022**

# Spirit Growth Strategy



**Vision**
Diversified Aerospace Design and
Manufacturing Champion

**Strategic
Priorities
(Where to Compete)**

**Execution
Requirements
(How to Compete)**

**Aftermarket**
- Repairs
- Geographies
- Key Customers
  & Channels

**Make/Buy**

**Advantaged
Supply Chain**

**Defense & Space**
- Hypersonics
- Space
- Unmanned
- Next-Gen Aircraft
- Effects

**Values**

TRANSPARENCY
COLLABORATION
INSPIRATION

Speak Out

**DNA**
Safety              Quality
Customer Focus      Delivery

**World-Class
Manufacturing**

**Distinctive
Technology**

**Digital**

**Commercial Aero**
- Boeing
- Airbus
- Business Jets
- Emerging Markets
- eVTOL

**Talent &
Inclusion**

*Diversify*        *De-Lever*        *Drive Margin*

**Strong focus on three key priorities**

27

# Segment Diversification Outlook





■ Commercial     ■ Defense & Space     ■ Aftermarket





**Organic and inorganic growth needed to achieve 40/40/20 revenue split**

28

# Segment Revenue

$ billions





## Revenue Growth Drivers

- Narrowbody production rate recovery

- Widebody production rate recovery

- $1 billion of Defense & Space revenue

- $500 million of Aftermarket revenue

**Global recovery to drive revenue growth**

29



# Enterprise Segment Margins

**Normalized Segment Operating Margin[1]***



14.5%

16.5%

3.0%

(4.0%)

2019     2020     2021     2025E

## Margin Improvement Drivers

- Increased production rates reflecting air traffic recovery

- Productivity & efficiency initiatives

- Lean cost structures





**Focused on achieving 16.5% segment operating margin**

1 Excludes changes in estimates

*Non-GAAP measure. Definitions, reconciliations, and further disclosures regarding this non-GAAP measure are appended to this document.



# Commercial Segment
## $ millions



**Revenue Growth Drivers**

- Commercial aerospace recovery
  - Narrowbody
  - Widebody

- Robust business jet demand

- Next-gen aircraft opportunities

**Margin Improvement Drivers**

- Rate readiness & strong execution on rate increases

- Digitization & automation projects

- Fabrication strategy

- Continuous improvements

| | 2019 | 2020 | 2021 | 2025E |
|---|---|---|---|---|
| Normalized Operating Margin*[1] | 14.5% | (8.3%) | 0.4% | ~16% |

**Segment performance driven largely by air traffic recovery**

1 Excludes changes in estimates

*Non-GAAP measure. Definitions, reconciliations, and further disclosures regarding this non-GAAP measure are appended to this document.

31

# Defense & Space Segment
## $ millions





**Normalized Operating Margin[1]***

**Revenue**

~14% CAGR

| | 2019 | 2020 | 2021 | 2025E |
|---|---|---|---|---|
| **Normalized Operating Margin*[1]** | 14.0% | 10.6% | 9.9% | 12% - 14% |

## Revenue Growth Areas

- Hypersonics

- Unmanned aircraft systems

- Next generation effects

- Fixed wing aircraft programs

- Space

**$1 billion in defense revenue by 2025**

1 Excludes changes in estimates

*Non-GAAP measure. Definitions, reconciliations, and further disclosures regarding this non-GAAP measure are appended to this document.

# Aftermarket Segment
## $ millions





## Revenue Growth Drivers

- Leveraging acquired capabilities

- Expanding global footprint

- Development of repair solutions

- Enter new markets

| Operating Margin | 18.7% | 18.3% | 21.0% | 20%+ |

$500 million in aftermarket revenue by 2025



# Free Cash Flow
## $ millions

**Free Cash Flow***

**FCF* % of Revenue**

**FCF Growth Drivers**

- Production rate recovery
- Lean initiatives
- Digitization & automation projects
- Diversification of revenues
- Disciplined capital allocation
- Decreased interest expense due to de-leverage

|  | 2018 | 2019 | 2020 | 2021 | 2025E |
|---|---|---|---|---|---|
| **FCF* % of Revenue** | 7% | 9% | (25%) | (5%) | 7% - 9% |

**Cash generation driven by significant earnings growth**

*Non-GAAP measure. Definitions, reconciliations, and further disclosures regarding this non-GAAP measure are appended to this document.

34



# Cash and Debt Balances
**$ billions**

### Cash

$2.4
$1.9
$1.5

Target:
$500 - $700 million

YE 2019    YE 2020    YE 2021

### Debt

$3.9
$3.8
$3.0

Target:
< 2.0x
Net Debt to EBITDA

YE 2019    YE 2020    YE 2021

**Goal to return to investment grade credit rating**

# Debt Maturities / De-Leverage Opportunities

$ millions



### Debt Maturity Profile

| Ratings | S&P Global | Moody's |
|---|---|---|
| Corporate | B | B2 |
| 1st lien Secured | BB- | Ba2 |
| 2nd lien Secured | B | B2 |
| Unsecured | CCC+ | Caa1 |
| Opinion date | Sep-21 | Sep-21 |
| Outlook | Stable | Stable |



## De-Leverage Priorities

- Initial focus on nearest maturities and pre-payable debt

- Opportunistic refinancing

- Return to normalized capital structure

# Disciplined Capital Allocation



**1**  Invest in Spirit to support growth and innovation

**2**  De-lever the balance sheet; return to investment grade credit rating

**3**  Fund M&A that meets our strategic criteria and financial thresholds

**4**  Return capital to shareholders

37

# Looking Ahead



**Significant revenue growth and gross profit improvement as market recovers**

**Increasing Free Cash Flow* to support growth strategy**

**Continued disciplined capital allocation**



Recovery        2022 mi

Even Stronger   2023  mi

38

*Non-GAAP measure. Definitions, reconciliations, and further disclosures regarding this non-GAAP measure are appended to this document.



# **Commercial Segment Video**

March 2, 2022





Sam Marnick,
President Commercial / Chief Operating Officer

March 2, 2022

# Commercial Business
## Investor Day 2022

# Spirit Growth Strategy





**Vision**
Diversified Aerospace Design and Manufacturing Champion

**Strategic Priorities (Where to Compete)**

**Execution Requirements (How to Compete)**

**Aftermarket**
- Repairs
- Geographies
- Key Customers & Channels

**Make/Buy**

**Advantaged Supply Chain**

**Defense & Space**
- Hypersonics
- Space
- Unmanned
- Next-Gen Aircraft Effects

**World-Class Manufacturing**

**Distinctive Technology**

**Commercial Aero**
- Boeing
- Airbus
- Business Jets
- Emerging Markets
- eVTOL

**Digital**

**Talent & Inclusion**

**Values**

TRANSPARENCY
COLLABORATION
INSPIRATION

Speak Out

**DNA**
Safety          Quality
Customer Focus     Delivery

*Diversify*          *De-Lever*          *Drive Margin*



# Commercial Segment Revenue
$ millions



**Commercial revenue was 79% of total company in 2021**

# Commercial Statement of Work



## AIRBUS



### A220



### A320



### A350 XWB

## BOEING



### 737      747-8



### 767      777



### 787

## REGIONAL & BUSINESS JET



### Bombardier Challenger      Bombardier Global

### G650 BR725      Falcon 10X RB3070



Vertical Lift
Adjacent Markets
Sustainable Aircraft

43

# Commercial Global Footprint





**10,000+ commercial employees across 8 global locations | 19 million square feet**

# OEM Market Outlook



Total Demand = 43,500 aircraft



2021 World GDP Up 5.9%

Airbus = 39,020
- 29,690 Small
- 5,340 Medium
- 3,110 Large
- 880 Freighters

Boeing = 43,610
- 2,390 Regional
- 32,660 Narrowbody
- 7,670 Widebody
- 890 Freighters

**Outlooks Support Growth in Narrowbody Production**

Source: Boeing Commercial Market Outlook 2021-2040; Airbus Global Market Forecast 2021-2040

45

# OEM Backlogs (As of December 2021)




Chart showing OEM Backlogs with stacked bar graph:

**Boeing:** 5,793 total — Widebody 996, Narrowbody 4,797

**Airbus:** 7,071 total — Widebody 757, Narrowbody 6,314

Legend: ■ Widebody   ■ Narrowbody

**85% of Spirit Backlog = Narrowbody**

46

# Indicators Point to Strong Narrowbody Demand



### Increased Traffic
- Domestic near Pre-Covid Levels
- International slower to Recover

### OEM Production
- MAX approved for flight in most markets
- Rate 31 on 737
- Rate 65 on the A320 by 2023
- Rate 14 on the A220 by 2025



US Airline Traffic

(99%) Reduction

80% of Peak

52% of Peak

Domestic

International

2017    2018    2019    2020    2021

**Preparing for Increased Rates**

47

# 2022 Key Commercial Priorities



| Execute | Drive Company to 16.5% Segment Operating Margin | Grow for the Future |
|---|---|---|

  



# 2022 Key Commercial Priorities

| Execute | Drive Company to 16.5% Segment Operating Margin | Grow for the Future |
|---|---|---|





- Safety & Quality
- Rate Readiness (Narrowbodies)
- On-Time Delivery
- Lean & Cost Initiatives
- Continuous Improvement

# Plant II Redesign





- Reduce flow, work in progress, congestion, and travelled work
- Reduce crane movements
- Improve quality & safety

**Improving flow, traveled work, quality and safety**

50

# Section 41 North East Manufacturing Facility





Previous Layout





Improved Layout

Move:

- Reorganize feeder tools and join tools for flow improvement

Benefits:

- Direct Labor Reduction: 25% Movement Reduction: 50%
- Safety Improvements

**Supporting future rate increases**

51

# Tulsa 737 Transfers



### Sec 11 Slugger



### Upper and Lower Panels



### Rear Spar



### Pressure Floor & Drivmatic



## Utilizing floor space across sites

52

# Digitization



## Supply Chain Control Tower



## Management Operating System



## Visual Work Instructions



## Opticrew



**Accelerating learning curves**

53

# Automation and Robotics



| A320 Spoiler Line | Automated Floor Beams | Global Digital Logistics |
|---|---|---|

  

**Implementing advance manufacturing**

# Supply Chain



Demographics

- ~$4B in annual spend

- 80K+ part numbers

- 900+ suppliers



$2B in-kind / direct disruption support:

- Supported 600+ Suppliers

- Converted VOI to SOI

- Bought excess inventory

- Changed payment terms

- Extended contracts



Rate Readiness

- VP / dedicated rate readiness team

- Experienced rapid deployment team



| Supporting our supply chain |
| --- |

# Spirit Fabrication – Competitive Advantage



**Skin Fabrication**



**Machine Fabrication**



**Sheet Metal Fabrication**



**Chemical Processing**



- One of the largest aerospace fabrication suppliers in the world
- Make/buy process under the same leadership
- Fully integrated support team
- Insourced a significant amount of work during COVID disruption
- Outsourcing work to manage costs and focus on rate readiness
- Blue-streak capability to assist with supplier disruptions

**Balancing make / buy through internal fabrication**

56

# 2022 Key Commercial Priorities



| Execute | Drive Company to 16.5% Segment Operating Margin | Grow for the Future |
|---------|------------------------------------------------|---------------------|







- Cost-Reducing Technology
- Make/Buy/Where
- Fabrication Strategy
- Asset & Space Utilization

57

# Contributing to improved margins



| Lean Manufacturing | Industry 4.0 | Make Buy Advantage |
| --- | --- | --- |

  

**Implementing cost reducing processes and technology**

58

# 2022 Key Commercial Priorities



| Execute | Drive Company to 16.5% Segment Operating Margin | Grow for the Future |
|---|---|---|

  

- Next-Gen Aircraft
- Sustainable Aircraft
- Business Jets
- Adjacent Opportunities

# Prepare for Next-Gen Aircraft



## R&D 7 Distinctive Capabilities

      

| Performance Architectures | Material Optimization | Product Development Tools | Lean Metallic Structures | Ultracompetitive Composites | Competitive Tooling Solutions | Accelerate Learning Curves |
|---|---|---|---|---|---|---|

## Advanced Research Center



## Aerospace Innovation Center



## Helping customers win and perform

# Capturing Share in Business Jet Markets











Target of $500M
Book of Business
by 2023

2020     2021     2025E

■ Regional and Business Jets

**Growing Regional and Business Jet Book of Business**

61

# Capturing Share in New Markets



## Vertical Take Off and Landing





## Sustainable Aircraft








**Looking for relevant adjacent market opportunities**

# 2022 Key Commercial Priorities



| **Execute** | **Drive Company to 16.5% Segment Operating Margin** | **Grow for the Future** |
|---|---|---|





- Safety & Quality
- Rate Readiness (Narrowbodies)
- On-Time Delivery
- Lean & Cost Initiatives
- Continuous Improvement

- Cost-Reducing Technology
- Make/Buy/Where
- Fabrication Strategy
- Asset & Space Utilization

- Next-Gen Aircraft
- Sustainable Aircraft
- Business Jets
- Adjacent Opportunities



# **Defense & Space Segment Video**

March 2, 2022





Duane Hawkins, President Defense & Space

March 2, 2022

# Defense & Space

**Investor Day 2022**

# Diversity vision: Grow Defense & Space to 40% of Spirit's Business



**Vision**
Diversified Aerospace Design and Manufacturing Champion

**Strategic Priorities
(Where to Compete)**

**Execution Requirements
(How to Compete)**

**Aftermarket**
- Repairs
- Geographies
- Key Customers & Channels

**Make/Buy**

**Advantaged Supply Chain**

**Defense & Space**
- Hypersonics
- Space
- Unmanned
- Next-Gen Aircraft
- Effects

**Values**

TRANSPARENCY
COLLABORATION
INSPIRATION

Speak Out

**World-Class Manufacturing**

**Distinctive Technology**

**Commercial Aero**
- Boeing
- Airbus
- Business Jets
- Emerging Markets
- eVTOL

**DNA**
Safety        Quality
Customer Focus    Delivery

**Digital**

**Talent & Inclusion**

*Diversify*        *De-Lever*        *Drive Margin*

66



# Defense & Space Segment
## $ millions

**Revenue**

$508

$491

$585

2019

2020

2021

**Normalized Operating Margin*[1]**    14.0%    10.6%    9.9%

**~19% revenue growth from 2020**

1 Excludes changes in estimates

67

*Non-GAAP measure. Definitions, reconciliations, and further disclosures regarding this non-GAAP measure are appended to this document.

# We established 5 growth areas we will pursue



| Next Generation Aircraft Programs | |
| --- | --- |
| Next Generation Effects | |
| Hypersonics | |
| Unmanned Aircraft Systems | |
| Space | |

**Focused strategies and go-to-market plans underway**

# Next Generation Aircraft Programs



| Bell V-280 | Sikorsky CH-53K | B-21 | KC-46A Tanker | P-8A, P-8I |
|---|---|---|---|---|

    

1 of 6 major suppliers B-21





Existing
Future

Defense expanding into Twin Aisle space

**Pursuing Next Generational Opportunities**

69

# Next Generation Effects



**Re-Entry Vehicle Nosetip**

**Nozzle Assembly**

**Spirit Customer**

NORTHROP GRUMMAN

NORTHROP GRUMMAN

NORTHROP GRUMMAN

NORTHROP GRUMMAN

BOEING

LOCKHEED MARTIN

AEROJET ROCKETDYNE

AEROJET ROCKETDYNE

AEROJET ROCKETDYNE

AEROJET ROCKETDYNE

AEROJET ROCKETDYNE

AEROJET ROCKETDYNE

AEROJET ROCKETDYNE

| GBSD | Minuteman | Trident D5 | THAAD | SM-2/SM-3 | PAC-3 MSE |

**System Prime**

NORTHROP GRUMMAN

BOEING

LOCKHEED MARTIN

LOCKHEED MARTIN

Raytheon Technologies

LOCKHEED MARTIN

# Hypersonics












Providing state of the art Thermal Protection Systems

Innovating for scale and affordability

**Combining Spirit scalability and FMI Material technology as value proposition**

71

# Unmanned Aircraft Systems





**Existing competencies translate well into unmanned aircraft**

# Space







NASA's MARS 2020 Heatshield

NASA's Perseverance Rover on Mars

NASA's Orion Spacecraft





**Thermal Protection System Solutions protecting in space**

73

# Building on $6B Programs of Record with Robust Pipeline





**Shape**
- UAS
- Hypersonics
- Next Gen Aircraft

**Interest Pursue**
- Space
- Next Gen Effects
- Hypersonics
- Next Gen Aircraft

**Awaiting Award Decision**
- Next Gen Aircraft

| Next Gen. Aircraft | Hypersonics | UAS | Next Gen. Effects | Space |
|---|---|---|---|---|

**Pipeline targeting opportunities beyond next generation aircraft**

# Current Programs Contribute to Growth
**$millions**



**Revenue**

| | 2019 | 2020 | 2021 | 2025E |
|---|---|---|---|---|
| Revenue | $508 | $491 | $585 | $1,000 |

~14% CAGR

**Normalized Operating Margin\*[1]**

| 14.0% | 10.6% | 9.9% | 12% - 14% |
|---|---|---|---|

## We have a path to $1B in revenue by 2025

1 Excludes changes in estimates

\*Non-GAAP measure. Definitions, reconciliations, and further disclosures regarding this non-GAAP measure are appended to this document.

# Skunk Works® & Spirit Unveil Game-Changing Assembly Technique



*Spirit ONE*



**Design Time**

**Manufacturing Development**

**Manufacturing Time**

**Quality Improvement**







Photos: Credit Lockheed Martin





**Integrated digital engineering and production is strong value proposition**

# National Defense Prototype Center









**DEFINE – DEVELOP - DELIVER**



106,605 sq. ft.

**Joint classified center for development, prototyping, industrialization & test**

# Establishing a Classified Fabrication Center





59,000 Sq. ft.



RigiMill #2        RigiMill #1

Double Column #2        Double Column #1

78



# Summary

- We are on great programs; $585M revenue in 2021, targeting ~$1B by 2025

- We have grown from 4 programs greater than $1M to 24 in 2021

- We have strategies in place along 5 focus areas to grow the business to be 40% of Spirit's portfolio



**Defense growth is key to Spirit's strategy**

79



# **Aftermarket Segment Video**

March 2, 2022





Kailash Krishnaswamy, SVP, Aftermarket

March 2, 2022

# Aftermarket

## Investor Day 2022

# Aftermarket Strategy





**Vision**
Diversified Aerospace Design and
Manufacturing Champion

**Strategic
Priorities
(Where to Compete)**

**Execution
Requirements
(How to Compete)**

**Aftermarket**
- Repairs
- Geographies
- Key Customers
  & Channels

**Make/Buy**

**Advantaged
Supply Chain**

**Values**

**Defense**
- Hypersonics
- Space
- Unmanned
- Next-Gen Aircraft
- Effects

**World-Class
Manufacturing**

TRANSPARENCY
COLLABORATION
INSPIRATION

**Distinctive
Technology**

Speak Out

**Commercial Aero**
- Boeing
- Airbus
- Business Jets
- Emerging Markets
- eVTOL

**DNA**

Safety          Quality

Customer Focus    Delivery

**Digital**

**Talent &
Inclusion**

*Diversify*          *De-Lever*          *Drive Margin*

# Commercial Aerospace



## OEM  ~$120 Billion
*10-year CAGR: 5%*

## Aftermarket  ~$80 Billion
*10-year CAGR: 5%*

**Customers:  < 10**
**Margins: ~10%**

**Customers:  > 100**
**Margins: > 20%**









**$200B**



**Aftermarket is a large segment with diverse customers and higher margins compared to OEM segment**

Sources: Aviation Week, AIA, Teal



# Aftermarket Revenue
## $ in millions

**Repairs**

**Spares**
(*primarily to OEM)*

|  | 2019 | 2020 | 2021 |
|---|---|---|---|
| Total | $186 | $202 | $240 |
| **Operating Margin** | 19% | 18% | 21% |

| Wichita | + Belfast | + Applied Aerodynamics |
|---|---|---|
| 737 | 737 | 737 |
| 777 | 777 | 777 |
|  | A330 | A330 |
|  | 757 | 757 |
|  | A320 | A320 |
|  |  | Radomes |

84

# Typical Repairs – Narrowbody Nacelle Sleeve



## BEFORE

## AFTER







**Target 30-day turnaround time**

# Typical Repairs – Widebody Fixed Structure



## BEFORE

## AFTER





**Repair or replace based on value opportunity**

# Typical Repairs – Other





**Major Damage on
Thrust Reverser Inner Wall**



**Major Damage on  Nozzle Assy**



**Major Damage on
Translating Sleeve**



**Major Damage on Inlet**



**Major Damage on Fan Cowl**



**Radome and Inlet**

Spirit AeroSystems Proprietary

87

# Spirit Aftermarket Expansion



**Developing and deploying repair solutions globally**

# Spirit Aftermarket Capability -- 2019



| AIRCRAFT MANUFACTURER | AIRCRAFT | ENGINE | INLET COWL | FAN COWL | THRUST REVERSER | ACTUATION SYSTEM T/R | EXHAUST NOZZLE | FLIGHT CONTROL SURFACES | RADOME | MAIN LANDING GEAR | NOSE LANDING GEAR | WINGLET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOEING | B737 | CFM56-7B | ●(black) | ●(black) | 🔵 | | | 🔵 | | | | |
| | | LEAP-1B | | | 🔵 | | | | | | | |
| | B747 | CF6-80C2 | | | | | | | | | | |
| | | PW4000 | 🔵 | 🔵 | 🔵 | | | | | | | |
| | | GENX-2 | 🔵 | 🔵 | | | | | | | | |
| | B757 | RB211-535 | | | | | | | | | | |
| | | PW2000 | 🔵 | 🔵 | 🔵 | | | | | | | |
| | B767 | CF6-80C2 | | | | | | | | | | |
| | | PW4000 | 🔵 | 🔵 | 🔵 | | | | | | | |
| | B777 | PW4000 | 🔵 | 🔵 | 🔵 | | | | | | | |
| | | TRENT 800 | 🔵 | 🔵 | 🔵 | | | | | | | |
| | | GE90 | 🔵 | 🔵 | 🔵 | | | | | | | |
| | B787 | GENX-1 | | | | | | 🔵 | | | | |
| | | TRENT 1000 | | | | | | 🔵 | | | | |
| AIRBUS | A220 | PW1500G | | | | | | | | | | |
| | A320 | CFM56-5B | | | | | | | | | | |
| | | V2500 | | | | | | | | | | |
| | | LEAP-1A | | | | | | | | | | |
| | | PW1100G | | | | | | | | | | |
| | A330 | CF6-80E | | | | | | | | | | |
| | | TRENT700 | | | | | | | | | | |
| | | TRENT7000 | | | | | | | | | | |
| | A350 | TRENTXWB | | | | | | | | | | |
| BOMBARDIER | CRJ | CF34 | | | | | | | | | | |
| | DHC-8 / Q400 | PW100 | | | | | | | | | | |
| | CHALLENGER | CF34 | | | | | | | | | | |
| | GLOBAL | BR700 | | | | | | | | | | |
| | LEARJET 40/45 | TFE731 | | | | | | | | | | |
| EMBRAER | 135/140/145 | AE3007 | | | | | | | | | | |
| | 170/190/195 | CF34 | | | | | | | | | | |
| | 175/190/195 E-2 | PW1900G | | | | | | | | | | |
| GULFSTREAM | G550/650 | BR700 | 🔵 | 🔵 | 🔵 | | | | | | | |

🔵 Component is manufactured by Spirit
● Spirit MRO only
🔺 Spirit MRO capability in development
🔺 Evaluating for future capability

# Spirit Aftermarket Capability -- 2021



**COMPONENTS** ➡

| | | | INLET COWL | FAN COWL | THRUST REVERSER | ACTUATION SYSTEM T/R | EXHAUST NOZZLE | FLIGHT CONTROL SURFACES | RADOME | MAIN LANDING GEAR | NOSE LANDING GEAR | WINGLET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BOEING** | B737 | CFM56-7B | ⚫ | ⚫ | 🔵 | 🔺 | ⚫ | 🔵 | ⚫ | | | ⚫ |
| | | LEAP-1B | △ | △ | 🔵 | △ | △ | 🔵 | ⚫ | | | ⚫ |
| | B747 | CF6-80C2 | ⚫ | ⚫ | ⚫ | ⚫ | ⚫ | 🔵 | ⚫ | | | |
| | | PW4000 | 🔵 | 🔵 | 🔵 | | | 🔵 | ⚫ | | | |
| | | GENX-2 | 🔵 | 🔵 | | | | 🔵 | ⚫ | | | |
| | B757 | RB211-535 | 🔵 | ⚫ | ⚫ | | ⚫ | 🔵 | ⚫ | | | |
| | | PW2000 | 🔵 | 🔵 | 🔵 | | | 🔵 | ⚫ | | | |
| | B767 | CF6-80C2 | ⚫ | ⚫ | ⚫ | ⚫ | ⚫ | 🔵 | ⚫ | | | |
| | | PW4000 | 🔵 | 🔵 | 🔵 | | | 🔵 | ⚫ | | | |
| | B777 | PW4000 | 🔵 | 🔵 | 🔵 | | | 🔵 | ⚫ | | | |
| | | TRENT 800 | 🔵 | 🔵 | 🔵 | | | 🔵 | ⚫ | | | |
| | | GE90 | 🔵 | 🔵 | 🔵 | | | 🔵 | ⚫ | | | |
| | B787 | GENX-1 | ⚫ | ⚫ | 🔺 | | | 🔵 | ⚫ | | | |
| | | TRENT 1000 | | | | | | 🔵 | ⚫ | | | |
| **AIRBUS** | A220 | PW1500G | | | | | | 🔵🔺 | ⚫ | | | 🔵🔺 |
| | A320 | CFM56-5B | ⚫ | ⚫ | ⚫ | ⚫ | ⚫ | 🔵△ | ⚫ | | | |
| | | V2500 | 🔵 | 🔵 | ⚫ | ⚫ | ⚫ | 🔵△ | ⚫ | | | |
| | | LEAP-1A | | | | | | 🔵△ | ⚫ | | | |
| | | PW1100G | | | | | | 🔵△ | ⚫ | | | |
| | A330 | CF6-80E | ⚫ | ⚫ | ⚫ | ⚫ | ⚫ | | ⚫ | | | |
| | | TRENT700 | 🔵 | ⚫ | ⚫ | 🔺 | ⚫ | △ | ⚫ | | | |
| | | TRENT7000 | | | | | | | ⚫ | | | |
| | A350 | TRENTXWB | | | | | | △ | ⚫ | | | |
| **BOMBARDIER** | CRJ | CF34 | 🔵 | 🔵 | 🔵 | | 🔵 | 🔵 | ⚫ | ⚫ | ⚫ | |
| | DHC-8 / Q400 | PW100 | | | | | | 🔵 | ⚫ | ⚫ | ⚫ | |
| | CHALLENGER | CF34 | 🔵 | 🔵 | 🔵 | | 🔵 | 🔵 | ⚫ | ⚫ | ⚫ | |
| | GLOBAL | BR700 | 🔵 | 🔵 | | | | 🔵 | ⚫ | | | |
| | LEARJET 40/45 | TFE731 | | | | | | | ⚫ | | | |
| **EMBRAER** | 135/140/145 | AE3007 | | | | | | | ⚫ | | | |
| | 170/190/195 | CF34 | ⚫ | ⚫ | ⚫ | | ⚫ | | ⚫ | | | |
| | 175/190/195 E-2 | PW1900G | | | | | | | ⚫ | | | |
| **GULFSTREAM** | G550/650 | BR700 | 🔵 | 🔵 | 🔵 | | | | ⚫ | | | |

🔵 Component is manufactured by Spirit
⚫ Spirit MRO only
🔺 Spirit MRO capability in development
△ Evaluating for future capability

Spirit AeroSystems Proprietary

90

# Competitive Advantage – Global Access to Parts



W. Europe
31,000 parts

E. Europe
7,000 parts

N. America
34,000 parts

Middle East
4,500 parts

Asia
17,000 parts

**Spirit's Global Supply Chain supports Spares and Repair parts requirements**

91

# Competitive Advantage – Engineering





**1,000 Engineers**

**Global Partners**

**Drawing Releases** **10,000**

**1.5M** Eng Hours



**AIRBUS**
- Airbus A220
- Airbus A320
- Airbus A330
- Airbus A350 XWB

**BOEING**
- Boeing 737
- Boeing 747-8
- Boeing 757
- Boeing 767
- Boeing 777
- Boeing 787







**REGIONAL & BUSINESS JET**
- Bombardier Challenger Family
- Bombardier Global Family
- Rolls-Royce BR710
- Rolls-Royce BR725
- Rolls-Royce RB3070
- Vertical Lift Adjacent Markets Sustainable Aircraft

**# of Repairs**

|  | AIRBUS | BOEING | REGIONAL & BUSINESS JET |
|---|---|---|---|
| **Inlet** | 700 | 600 | 250 |
| **Fan Cowl** | 50 | 300 | 50 |
| **Thrust Reverser** | 100 | 600 | 50 |
| **Radomes and Other** | 50 | 50 | |

**Spirit's engineering capabilities provide a strong advantage**

92

# Key Strategic Initiatives

- Expand global footprint by "Spirit Inside" Heavy Maintenance providers

- Continue to develop repair solutions

- Enter new markets
  - ❑ Passenger to Freighter Conversions
  - ❑ Sustainment

- Position to win Next Gen platforms

- Explore M&A opportunistically







# Robust Long-Term Growth

$ in millions



Revenue

$500

~20% CAGR

$240

$186    $202

|                   | 2019  | 2020  | 2021  | 2025E |
|-------------------|-------|-------|-------|-------|
| Operating Margin  | 18.7% | 18.3% | 21.0% | 20%+  |

**Leverage growth opportunities to achieve target**

94



Kevin Matthies
Chief Technology & Quality Officer

March 2, 2022

# Spirit Innovation and Quality
**Investor Day 2022**



# Agenda

- Innovation - Research and Technology
  - Aerospace/Defense architecture trends
  - Investing in our people and knowledge
  - Spirit's seven Distinctive Capabilities (DCs)

- Quality
  - Journey to outstanding Quality
  - Quality improvement in action
  - Quality technology advancements



# **Research and Technology**



# Innovation Key to Spirit's Role on Future Architectures




















**Paradigm Shift in Aviation Occurring**

# Investing in Our Future

## 7% Improvement in Engineering Capacity



Engineering Staffing

## 11% Increase in R&T Spending



Research and Technology Investment

■ Internal  ■ External

## 15% Increase in Technical Fellows



Technical Fellows

## Two New Research Facilities



Aerospace Innovation Centre

**National Defense Prototype Center**

99

# Spirit Intellectual Property Portfolio



**SPIRIT ▸▸▸▸**
**RESEARCH &**
**TECHNOLOGY**

- **335** Granted Patents
- **179** Patents Pending
- **30** Trade Secrets
- **693** Filed Applications
- **874** Inventions

**LEADERS IN INNOVATION**

**Patents pending and granted in 15 countries**

100

# Seven Distinctive Capabilities



| Performance Architectures | Material Optimization | Product Development Tools | Lean Metallic Structures | Ultracompetitive Composites | Competitive Tooling Solutions | Accelerate Learning Curves |
|---|---|---|---|---|---|---|
| Next gen aircraft configs, topology optimized, additive | Material industrialization, CMC's, thermoplastics, pi joints | Composite analysis tools, Engineering automation | Automated skin quality, additive, hi temp metals, alternate coolants | Infusion, thermoplastic, high temp materials, NDI, next gen. AFP | Right-lifed adaptable tooling, Improved maintenance | Digital thread, flexible automation, multi-sensor CMM |

101

# Performance Architectures

## Military Architectures





### eVTOL

## Next Generation Commercial Aircraft

**Wing of Tomorrow**



 

**Zero Carbon / Efficient Airframes**

## Propulsion



**Translating Cowl Reverser**

**Laminar Flow Lipskin**



# Material Optimization



## Ceramic Matrix Composites

C/C    C/SiC    SiC/SiC    Ox/Ox    UHT Coatings

  

 

## Thermoplastics



 

## Integrated Computational Materials Engineering

Process - Structure - Performance



Process Modeling




Controlled Microstructure



Structural Performance & Environmental Durability

103



# Product Development Tools
### Achieving Digital Trinity - Digital Design, Digital Twin, and Digital Thread





**Acoustics Analysis**



**Stress Analysis**





**Computational Fluid Dynamics**



**Digital Twin**



**Ice Protection**

104

# Lean Metallic Structures



## Rapid Plasma Deposition



## Linear and Stir Friction Welding



**Linear Friction Welding**          **Stir Friction Welding**

## High Temp Metals






## Kinetic Fusion



105

# Ultra Competitive Composites



## Resin Transfer Molded Spoiler



## Dry Fiber



**Fault Tolerant Stitched Dry Fiber**

**Resin Infused Dry Fiber**



## Automating Composites



Next Generation Thermal Protection System



Automated Yarn Placement (AYP)





Net Shape 3D Weaving



Automated Fiber Placement (AFP)

# Competitive Tooling Solutions



## 3D Printed Tools





**Forming tools**





## Design for Manufacturing







Old process – Manual, Strenuous, poor quality

M-guns improved ergonomics and hole quality

## Reconfigurable Tools



Modular design

Re-usable components

## Advanced Assembly Tooling



107

# Accelerated Learning Curve



## Digital Engineering



Photo: Credit Lockheed Martin

## Virtual/Augmented Reality






## Visual Work Instructions



## Opticrew



## Floorsight



## Spirit Fastener Inspection (Spifi)



108



# Quality Strategy



SPIRIT
AEROSYSTEMS®

▶▶▶ spiritaero.com

# Journey to Outstanding Quality



Vision Statement:

- **Culture of compliance** evidenced by people working toward common understood goals

Mission Statement:

- **Customer-focused, quality/compliance driven culture** evidenced throughout the manufacturing process

**Optimizing**

**Pro-Active**

**Re-Active**

**Awareness**

Increasing Business Advantage

Quality Maturity

**Quality Culture Fueling Spirit's Future**

# Building a Better Team – Spirit Excellence Councils



**Safety Excellence Council**

**Operations Excellence Council**

**Quality Excellence Council**

QUALITY MATTERS

TRANSPARENCY. COLLABORATION. INSPIRATION.

# **Protecting the Customer – Improving Quality**



- ## Quality initiatives
  - Teaming to improve manufacturing processes
  - Leveraging our Seven Distinct Capabilities
  - Innovating how products are inspected

- ## Voice of the Customer
  - Reducing cycle times
  - Increasing closure rates
  - Goal of ZERO delinquent items







**Double-digit gains in quality performance**

112

# Build to Engineering – Three Lines of Defense



Executive Leadership Team (ELT)

Product & Process Verification Project Management Team

| 1st line of defense | 2nd line of defense | 3rd line of defense |
|---|---|---|
| **Mechanics**<br><br>**Quality Assurance** | **Systems Engineering**<br><br>**Design Engineering**<br><br>**Manufacturing Engineering**<br><br>**Manufacturing Leadership** | **Product and Process Verification**<br><br>**Continued Build Assessment** |
| Responsible for building the product per engineering and meeting quality standards | Audit product and build process to verify it is being built as engineered | Confirm processes are being followed as planned and product is being built as engineered |

**Internal Shake Inspection**

**Customer Feedback**

**Per Requirements ⇒ As Engineered ⇒ As Planned ⇒ As Built ⇒ As Confirmed**

113

# Quality Technology Advancements



| **Lynx** | **Creaform** | **8Tree** |
|---|---|---|






| **Visual Work Instructions** | **Digital Inspection Tools** | **Spifi** |
|---|---|---|







# Summary

- Innovative Research & Technology bringing game changing advancements to Spirit's customers

- Spirit recognized as leading "Digital Trinity" transformation adoption

- Relentless pursuit of quality excellence



115



▶▶▶ **spiritaero.com**

# Non-GAAP Measure Disclosure



Management believes the non-GAAP (Generally Accepted Accounting Principles) measures used in this report provide investors with important perspectives into the company's ongoing business performance. The company does not intend for the information to be considered in isolation or as a substitute for the related GAAP measure. Other companies may define and calculate the measures differently than we do, limiting the usefulness of the measures for comparison with other companies.

Free Cash Flow. Free Cash Flow (FCF) is defined as GAAP cash provided by (used in) operating activities (also referred to herein as "cash from operations"), less capital expenditures for property, plant and equipment. Management believes Free Cash Flow provides investors with an important perspective on the cash available for stockholders, debt repayments including capital leases, and acquisitions after making the capital investments required to support ongoing business operations and long term value creation. Free Cash Flow does not represent the residual cash flow available for discretionary expenditures as it excludes certain mandatory expenditures. The most comparable GAAP measure is cash provided by (used in) operating activities. Management uses Free Cash Flow as a measure to assess both business performance and overall liquidity.

**Free Cash Flow**
($ in millions)

|  | **2018** | **2019** | **2020** | **2021** |
|---|---|---|---|---|
| Cash from Operations | $ 770 | $ 923 | $ (745) | $ (63) |
| Capital Expenditures | (271) | (232) | (119) | (151) |
| **Free Cash Flow** | $ 499 | $ 691 | $ (864) | $ (214) |

117

# Non-GAAP Measure Disclosure



**Normalized Segment Margins**
**($ in millions)**

| | For the Twelve Months Ended December 31, 2019 | As Percentage of Revenue | For the Twelve Months Ended December 31, 2020 | As Percentage of Revenue | For the Twelve Months Ended December 31, 2021 | As Percentage of Revenue |
|---|---|---|---|---|---|---|
| **Commercial segment** | | | | | | |
| Operating earnings | $968.4 | 13.5% | ($620.6) | -22.9% | ($220.6) | -7.1% |
| Adjustments to normalize earnings: | | | | | | |
| Cumulative catch-up adjustment, net | (4.5) | | (28.9) | | (5.7) | |
| Forward loss, net | (63.5) | | (366.8) | | (227.3) | |
| Total adjustments | ($68.0) | | ($395.7) | | ($233.0) | |
| Normalized Commercial operating earnings | $1,036.4 | 14.5% | ($224.9) | -8.3% | $12.4 | 0.4% |
| | | | | | | |
| **Defense & Space segment** | | | | | | |
| Operating earnings | $73.5 | 14.5% | $47.0 | 9.6% | $44.3 | 7.6% |
| Adjustments to normalize earnings: | | | | | | |
| Cumulative catch-up adjustment, net | 2.5 | | (1.5) | | 0.7 | |
| Forward loss, net | - | | (3.5) | | (14.2) | |
| Total adjustments | $2.5 | | ($5.0) | | ($13.5) | |
| Normalized Defense & Space operating earnings | $71.0 | 14.0% | $52.0 | 10.6% | $57.8 | 9.9% |
| | | | | | | |
| **Aftermarket segment** | | | | | | |
| Operating earnings | $34.8 | 18.7% | $37.0 | 18.3% | $50.3 | 21.0% |
| Adjustments to normalize earnings: | | | | | | |
| Cumulative catch-up adjustment, net | - | | - | | - | |
| Forward loss, net | - | | - | | - | |
| Total adjustments | $0.0 | | $0.0 | | $0.0 | |
| Normalized aftermarket operating earnings | $34.8 | 18.7% | $37.0 | 18.3% | $50.3 | 21.0% |
| **Total segments** | | | | | | |
| Segment operating earnings | $1,076.7 | 13.7% | ($536.6) | -15.8% | ($126.0) | -3.2% |
| Adjustments to normalize earnings: | | | | | | |
| Cumulative catch-up adjustment, net | (2.0) | | (30.4) | | (5.0) | |
| Forward loss, net | (63.5) | | (370.3) | | (241.5) | |
| Total adjustments | ($65.5) | | ($400.7) | | ($246.5) | |
| Normalized total segment operating earnings | $1,142.2 | 14.5% | ($135.9) | -4.0% | $120.5 | 3.0% |