**Appendix A**
Table of Statements Challenged in Plaintiffs' Amended Complaint

| # | Source | Date | Topic | Alleged Misstatement(s) | Response |
|---|--------|------|-------|------------------------|----------|
| 1 | COVID Press Release ¶¶ 51-53 | Apr. 8, 2020 | Covid | "In light of the 737 MAX production suspension that began on January 1, 2020, Spirit initiated the following actions to reduce costs:<br>• Implemented workforce reductions of 2,800 employees in Wichita, Kansas and 400 employees in Oklahoma<br>• Initiated a voluntary retirement program for 850 hourly and salaried workers<br><br>To further reduce costs due to the economic impact of the COVID-19 pandemic and related production suspension, Spirit has taken the following additional actions:<br>• Initiated a 21 calendar-day furlough of production workers and managers supporting Boeing programs in Wichita, Kansas and Oklahoma<br>• Implemented a four-day work week for its salaried workforce at its Wichita, Kansas facility until further notice"<br><br>"Spirit has taken the actions highlighted above to reduce costs and preserve its liquidity in this unprecedented time, while also working to maintain the health and viability of its supply chain to support operations post-production suspension." | Not false or misleading<br><br>Spirit disclosed COVID-related risks |
| 2 | Q1 2020 10-Q ¶¶ 55-56 | May 6, 2020 | Risk Factors | "Our business depends on our ability to maintain a healthy supply chain and timely deliver products that meet or exceed stringent quality standards, which are negatively impacted by the COVID-19 pandemic."<br><br>"Operational issues, including delays or defects in supplier components relating to government mandated production shutdowns or otherwise, could result in significant out-of-sequence work and increased production costs, as well as delayed deliveries to customers." | Not false or misleading<br><br>Spirit disclosed the risk posed by (a) failing to meet quality standards and (b) operational disruptions |

| # | Source | Date | Topic | Alleged Misstatement(s) | Response |
|---|--------|------|-------|-------------------------|----------|
| 3 | Q1 2020 10-Q  ¶¶ 57-60 | May 6, 2020 | Items 105/303 | N/A | No specific statement identified  No regulatory duty to disclose  Spirit disclosed that it has experienced and may continue to experience quality issues |
| 4 | 2020 10-K  ¶¶ 62-63 | Feb. 25, 2021 | Risk Factors | "Our business depends on our ability to maintain a healthy supply chain, meet production rate requirements, and timely deliver products that meet or exceed stringent quality standards."  "If the Company fails to meet the quality or delivery expectations or requirements of its customers, disruptions in manufacturing lines could result, which could have a material adverse impact on the Company's ability to meet commitments to its customers and on its future financial results." | Not false or misleading  Spirit disclosed the risk posed by (a) failing to meet quality standards and (b) operational disruptions |
| 5 | 2020 10-K  ¶¶ 64-66 | Feb. 25, 2021 | Items 105/303 | N/A | No specific statement identified  No regulatory duty to disclose  Spirit disclosed that it has experienced and may continue to experience quality issues |
| 6 | Sustainability Report  ¶¶ 68-69 | Jun. 17, 2021 | Quality and Customer Service | "Spirit is dedicated to the production of high quality and safe products for our customers and ultimately the end user . . . . To ensure impeccable product quality and safety, Spirit has a dedicated Quality Department that uses a variety of assessment and audit tools." | Puffery  Not false or misleading  Spirit disclosed that it has experienced and may continue to experience quality issues |

A-2

| # | Source | Date | Topic | Alleged Misstatement(s) | Response |
|---|---|---|---|---|---|
| 7 | Sustainability Report ¶¶ 70-71 | Jun. 17, 2021 | Quality and Customer Service | "Spirit is dedicated to a Zero-Defect target, with no escapements to our customers. To ensure product quality and safety, daily compliance audits are conducted internally, while independent organizations review items that could negatively affect safety and quality, including Foreign Object Debris, Product Protection, Proper Tools (calibrated, inspected, and safe to use), and conformance to Spirit's standard work instructions and regulatory requirements. These audits are completed in partnership with our customers to provide real-time feedback." | Puffery<br><br>Not false or misleading<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |
| 8 | 2021 10-K ¶¶ 73-75 | Feb. 15, 2022 | Risk Factors | "Our business depends on our ability to maintain a healthy supply chain, meet production rate requirements, and timely deliver products that meet or exceed stringent quality standards. . . From time-to-time the Company has experienced, and may continue to experience, quality or delivery timing disruptions. This includes common carrier disruptions and other disruptions that affect manufacturing lines, any of which could have a material adverse impact on the Company's ability to meet commitments to its customers and on its future financial results." | Not false or misleading<br><br>Spirit disclosed the risk posed by (a) failing to meet quality standards and (b) operational disruptions |
| 9 | 2021 10-K ¶¶ 76-78 | Feb. 15, 2022 | Items 105/303 | N/A | No specific statement identified<br><br>No regulatory duty to disclose<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |
| 10 | Mar. 2, 2022 Investor Day ¶¶ 79-80 | Mar. 2, 2022 | Quality and Customer Service | "So yes, we build product that is the right quality, the first time that don't break. However, others break it, and so we really do have to fix it, which we are thankful for." | Puffery<br><br>Not false or misleading<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |

A-3

| # | Source | Date | Topic | Alleged Misstatement(s) | Response |
|---|--------|------|-------|-------------------------|----------|
| 11 | Mar. 2, 2022 Investor Day ¶¶ 81-82 | Mar. 2, 2022 | Quality and Customer Service | "We are going above and beyond what the requirements ask of us to make sure that our customers are successful when it comes to quality so that they can enable the sale of that product to their customers efficiently and effectively." <br><br> "When I talk with our Board about quality, I mean that is one -- that is my primary job. I talked to them about the fact that I'm focused on building a production system and quality is a key component of that. And our team has done a great job of embracing that throughout the last few years as we've taken that opportunity to transform during the pandemic." | Puffery <br><br> Not false or misleading <br><br> Spirit disclosed that it has experienced and may continue to experience quality issues |

A-4

| # | Source | Date | Topic | Alleged Misstatement(s) | Response |
|---|--------|------|-------|------------------------|----------|
| 12 | Mar. 2, 2022 Investor Day ¶¶ 83-85 | Mar. 2, 2022 | Quality and Customer Service | "The other thing we realized is that we needed to perpetually ensure that when we're building the product, we're building it per specification, per engineering, per the planning. And so we've deployed a technique that we refer to as 3 lines of defense. You may have heard that in a couple of different areas. We've leveraged this a lot, not just from a quality perspective, but wherever we think -- we want to make sure that we have a surety in what we're doing. We're leveraging this type of technology. We actually spent time over the last year, and we have about one more year to go, ensuring that our processes and our products are actually in conformance with the engineering requirements. We've deployed teams to go verify all of that, which is mitigating any potential for future escapes. And then we deploy these 3 lines of defense perpetually. So when the mechanics and the inspectors are responsible for making sure that the product is done every day, but we also have our engineering team out auditing that process and product to make sure that indeed it is actually being built per specification. And where it's not, we can actually make adjustments or update the planning. And we've seen a lot of value by doing this, we can actually update the planning to make it a little bit more clear for the mechanics and inspectors so that they get it right. And then finally, we have a, what I would call that audit function, making sure that all of this works and is behaving, we're randomly selecting areas to dig in deeper." | Puffery<br><br>Not false or misleading<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |

| # | Source | Date | Topic | Alleged Misstatement(s) | Response |
|---|--------|------|-------|------------------------|----------|
| 13 | Q1 2022 10-Q ¶¶ 87-88 | May 4, 2022 | Risk Factors | "There have been no material changes from the risk factors described in our 2021 Form 10-K." | Not false or misleading |
| 14 | Q1 2022 10-Q ¶¶ 89-91 | May 4, 2022 | Items 105/303 | N/A | No specific statement identified<br><br>No regulatory duty to disclose<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |
| 15 | Q3 2022 10-Q ¶¶ 93-94 | Nov. 3, 2022 | Risk Factors | "There have been no material changes from the risk factors described in our 2021 Form 10-K." | Not false or misleading |
| 16 | Q3 2022 10-Q ¶¶ 95-97 | Nov. 3, 2022 | Items 105/303 | N/A | No specific statement identified<br><br>No regulatory duty to disclose<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |
| 17 | 2022 10-K ¶¶ 99-100 | Feb. 17, 2023 | Risk Factors | "Our business depends on our ability to maintain a healthy supply chain, meet production rate requirements, and timely deliver products that meet or exceed stringent quality standards. From time-to-time the Company has experienced, and may continue to experience, quality or delivery timing disruptions. This includes common carrier disruptions and other disruptions that affect manufacturing lines, any of which could have a material adverse impact on the Company's ability to meet commitments to its customers and on its future financial results." | Not false or misleading<br><br>Spirit disclosed the risk posed by (a) failing to meet quality standards and (b) operational disruptions |

A-6

| # | Source | Date | Topic | Alleged Misstatement(s) | Response |
|---|--------|------|-------|------------------------|----------|
| 18 | 2022 10-K<br><br>¶¶ 101-103 | Feb. 17, 2023 | Item 105/303 | N/A | No specific statement identified<br><br>No regulatory duty to disclose<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |
| 19 | Mar. 29-31, 2023 Spirit Website Statements<br><br>¶¶ 105-106 | Mar. 29-31, 2023 | Quality and Customer Service | "Q. Talk about our quality journey and the basic principles of quality. A. The basic principles of quality are do not create, do not pass and do not accept a defect. Think about it in order: If you create a defect, that creates an opportunity that could be expensive all the way to the customer. If you pass a defect or accept a defect…we can pass an expensive problem to our customer. Work it in that order. Do not create a defect and remember no one does anyone a favor by accepting or passing a defect down the line. We are in a role of continuously reinventing ourselves. Sometimes it might not seem that way if you are a mechanic building the same thing over and over again . . . (but) we need to challenge the status quo and raise the bar. That is the foundational piece of quality." | Puffery<br><br>Not false or misleading<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |
| 20 | Mar. 29-31, 2023 Spirit Website Statements<br><br>¶¶ 107-109 | Mar. 29-31, 2023 | Quality and Customer Service | "Our slogan is quality matters. It's quality without compromise. Why? We can't risk our products ever being involved in an incident or accident. And to protect that we have a great quality system that ensures our parts are inspected and controlled and go out FOD [foreign object debris] free and defect free. That's a pretty simple process." | Puffery<br><br>Not false or misleading<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |

| # | Source | Date | Topic | Alleged Misstatement(s) | Response |
|---|--------|------|-------|-------------------------|----------|
| 21 | April 14, 2023 Spirit Website Statements ¶¶ 120-121 | Apr. 14, 2023 | Quality and Customer Service, Tail-Fin Fitting | "Spirit has notified our customer, Boeing, that we have identified a quality issue on the aft fuselage section of certain models of the 737 fuselage that Spirit builds. This is not an immediate safety of flight issue. We have processes in place to address these of types of production issues upon identification, which we are following. Spirit is working to develop an inspection and repair for the affected fuselages. We continue to coordinate closely with our customer to resolve this matter and minimize impacts while maintaining our focus on safety." | Not false or misleading<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |
| 22 | May 3, 2023 Earnings Call ¶¶ 133-134 | May 3, 2023 | Tail-Fin Fitting | "I want to begin today by providing an update to the quality issue with the Vertical Fin Attached Fittings, certain models of the 737 fuselage that Spirit builds. After identifying the issue, our top priority was to work with Boeing and the FAA for their confirmation that it was not an immediate safety of flight issue. Once we confirm this, we turned our attention to ensuring our ongoing production meets manufacturing standards. We have revised our assembly process in production, have restarted production and have resumed shipments of conforming fuselages to Boeing." | Not false or misleading<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |
| 23 | May 3, 2023 Earnings Call ¶¶ 135-136 | May 3, 2023 | Quality and Customer Service, Tail-Fin Fitting | "As part of our quality management system, we have processes in place to address issues like the Vertical Fin Attached Fittings, which we followed in this case. We also have an extensive root cause corrective action process and are implementing additional protocols to reinforce our quality systems to prevent similar occurrences in the future. We are committed to strengthening and continuously improving our safety and quality culture as a trusted partner to our customers." | Puffery<br><br>Not false or misleading<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |
| 24 | May 3, 2023 Earnings Call ¶¶ 138-139 | May 3, 2023 | Tail-Fin Fitting | "Yeah. Well, David, we're doing both. We're shipping units to Boeing and we're completing units, conforming units and putting them into ship in place.<br><br>So, that's how we've been supplementing deliveries to Boeing in the short term, is taking units that are with no defects out of the stored units and also producing new conforming units." | Not false or misleading<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |

| # | Source | Date | Topic | Alleged Misstatement(s) | Response |
|---|--------|------|-------|------------------------|----------|
| 25 | May 3, 2023 Earnings Call ¶¶ 141-142 | May 3, 2023 | Quality and Customer Service, Tail-Fin Fitting | "And here in Wichita, on the 737, this was obviously an unexpected issue related to a quality issue.  But we have a strong quality team, operations team, engineering team, and they've all been working in close association with Boeing to address the issue and get execution back on track to get production flowing again and also to recover some of the units that we lost.  And I would say, one of the big things in terms of the 737 line is having those strong teams, but also really the strong coordination with Boeing." <br><br> "In challenging times like this, our two companies have really come together in terms of program, operations, supply chain, engineering, to help address the issue. We've shared a lot of information, for example, on how to do the repair and shared best practices to accelerate and come down the learning curve. And so, I think that level of cooperation also gives us confidence that we can recover from this issue and get back to meeting the production rate increases as we go throughout the year." | Not false or misleading <br><br> Opinion <br><br> Puffery <br><br> Spirit disclosed that it has experienced and may continue to experience quality issues |
| 26 | May 3, 2023 Earnings Call ¶¶ 144-145 | May 3, 2023 | Tail-Fin Fitting | "It really is just to have some additional surplus and cushion because you're right, that's about the -- those are the right numbers. We just felt it was prudent to make sure we had some additional cushion. We've always said we want between $300 million and $500 million to run the business. And the $280 million gave us some cushion to put us above that threshold. And that's really the reason. I don't think there's any other underlying reason other than we felt it prudent to have that cushion. And we were fortunate that our customers were able to support us, particularly Boeing." | Not false or misleading <br><br> Spirit disclosed that it has experienced and may continue to experience quality issues |
| 27 | August 2, 2023 Earnings Call ¶¶ 156-157 | Aug. 2, 2023 | Tail-Fin Fitting | "On the vertical fin attach fittings, first, all the rework on the available 737 fuselages in Wichita was completed during the second quarter, which was ahead of the timeline we provided on our last call and within the financial estimates that we provided." | Not false or misleading <br><br> Spirit disclosed that it has experienced and may continue to experience quality issues |

A-9

| # | Source | Date | Topic | Alleged Misstatement(s) | Response |
|---|--------|------|-------|-------------------------|----------|
| 28 | August 2, 2023 Earnings Call<br><br>¶¶ 158-159 | Aug. 2, 2023 | Quality and Customer Service, Tail-Fin Fitting | "With the quality issue resolved in our factory and a new labor contract in place, our entire focus is directed towards executing on our customer commitments, including the upcoming production rate increases." | Puffery<br><br>Not false or misleading<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |
| 29 | August 23, 2023 Press Release<br><br>¶¶ 167-168 | Aug. 23, 2023 | Mis-drilled Holes | "We are aware of a quality issue involving elongated fastener holes on the aft pressure bulkhead on certain models of the 737 fuselage produced by Spirit AeroSystems.  Because Spirit uses multiple suppliers for the aft pressure bulkhead, only some units are affected. Spirit will continue to deliver units to Boeing." | Not false or misleading<br><br>Spirit disclosed that it has experienced and may continue to experience quality issues |

A-10