**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

HANG LI, et al.,

                        Plaintiffs,

           v.

SPIRIT AEROSYSTEMS HOLDINGS, INC.,
TOM GENTILE III and MARK J. SUCHINSKI,

                        Defendants.

No. 1:23-cv-03722-PAE

---

**DECLARATION OF MICHAEL P. ADDIS IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS**

I, Michael P. Addis, declare as follows in support of the Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint and the Request for Judicial Notice by Defendants Spirit AeroSystems Holdings, Inc. ("Spirit"), Tom Gentile III and Mark J. Suchinski (collectively, "Defendants"):

I am an attorney licensed to practice law in the State of New York, a member in good standing of the State Bar of New York (State Bar # 4900957), and admitted to practice in the United States District Court for the Southern District of New York. I am a partner of Cravath, Swaine & Moore LLP and counsel for Defendants. I make this declaration based upon my knowledge of the facts stated herein, and if called to testify, I could and would do so competently. I submit this declaration in support of Defendants' Motion to Dismiss the Second Amended Class Action Complaint for Violations of the Federal Securities Laws.

1.      Attached as Exhibit 1 is a true and correct excerpt of Spirit's 10-K ("10-K") for the year ended December 31, 2019, dated February 28, 2020. It was downloaded on or about February 15, 2024, from https://www.sec.gov/ixviewer/ix.html?doc=/Archives/edgar/data/1364885/000162828020002543/spr-20191231x10k.htm.

2.      Attached as Exhibit 2 is a true and correct excerpt of Spirit's 10-K for the

year ended December 31, 2018, dated February 8, 2019.  It was downloaded on or about February 15, 2024, from https://www.sec.gov/Archives/edgar/data/1364885/000162828019001118/spr-20181231x10k.htm.

3.     Attached as Exhibit 3 is a true and correct excerpt of Spirit's 10-K for the year ended December 31, 2021, dated February 15, 2022.  It was downloaded on or about February 15, 2024, from https://www.sec.gov/ixviewer/ix.html?doc=/Archives/edgar/data/1364885/000162828022002704/spr-20211231.htm.

4.     Attached as Exhibit 4 is a true and correct excerpt of Spirit's 10-K for the year ended December 31, 2022, dated February 17, 2023.  It was downloaded on or about February 15, 2024, from https://www.sec.gov/ixviewer/ix.html?doc=/Archives/edgar/data/1364885/000162828023004051/spr-20221231.htm.

5.     Attached as Exhibit 5 is a true and correct excerpt of Spirit's 10-K for the year ended December 31, 2023, dated February 22, 2024.  It was downloaded on or about May 6, 2024, from https://www.sec.gov/ix?doc=/Archives/edgar/data/0001364885/000162828024006331/spr-20231231.htm.

6.     Attached as Exhibit 6 is a true and correct excerpt of Spirit's 10-K for the year ended December 31, 2020, dated February 25, 2021.  It was downloaded on or about February 15, 2024, from https://www.sec.gov/ixviewer/ix.html?doc=/Archives/edgar/data/1364885/000162828021003321/spr-20201231.htm.

7.     Attached as Exhibit 7 is a true and correct excerpt of Spirit's 10-K for the year ended December 31, 2017, dated February 9, 2018.  It was downloaded on or about May 6, 2024, from https://www.sec.gov/Archives/edgar/data/1364885/000162828018001356/spr-20171231x10k.htm.

8.     Attached as Exhibit 8 is a true and correct excerpt of Spirit's 10-K for the year ended December 31, 2016, dated February 10, 2017,  It was downloaded on or about May 6, 2024, from https://www.sec.gov/Archives/edgar/data/1364885/000162828017001120/spr-20161231x10k.htm.

2

9.      Attached as Exhibit 9 is a true and correct copy of an article from The Air Current titled Boeing and Spirit Grapple with Newly Discovered 737 Max Quality Issue, dated August 23, 2023.  It was downloaded on or about December 22, 2023, from https://theaircurrent.com/aircraft-production/boeing-spirit-737-max-aft-pressure-bulkhead-drilling/.

10.      Attached as Exhibit 10 is a true and correct excerpt of Spirit's Q3 2022 Earning Call Transcript, dated November 3, 2022.  It was downloaded on or about May 6, 2024, from https://s23.q4cdn.com/405433451/files/doc_financials/2022/q3/CORRECTED-TRANSCRIPT_-Spirit-AeroSystems-Holdings,-Inc.(SPR-US),-Q3-2022-Earnings-Call,-3-November-2022-11_00-AM-ET.pdf.

11.      Attached as Exhibit 11 is a true and correct excerpt of a National Transportation Safety Board report, dated September 19, 2019.  It was downloaded on or about February 15, 2024, from https://www.ntsb.gov/investigations/AccidentReports/Reports/ASR1901.pdf.

12.      Attached as Exhibit 12 is a true and correct excerpt of Spirit's 8-K disclosing an April 14, 2020 press release, dated April 14, 2020.  It was downloaded on or about February 15, 2024, from https://d18rn0p25nwr6d.cloudfront.net/CIK-0001364885/d4114b46-53c4-4089-85b0-5a6bd6548ef5.html.

13.      Attached as Exhibit 13 is a true and correct excerpt of Spirit's March 2, 2022 Investor Day Presentation Transcript.  It was downloaded on or about February 15, 2024, from https://docs.publicnow.com/viewDoc?hash_primary=183DF6B5F03881C725C139578F3BEB6F1546A296.

14.      Attached as Exhibit 14 is a true and correct copy of Spirit's August 23, 2023 press release titled "Spirit AeroSystems 737 Aft Bulkhead Statement". It was downloaded on or about May 6, 2024 from https://www.spiritaero.com/pages/release/spirit-aerosystems-737-aft-bulkhead-statement/.

I declare under penalty of perjury that the foregoing is true and correct.

3

Executed on the 13th of May, 2024, in New York, New York.

/s/ *Michael P. Addis*

Michael P. Addis
CRAVATH, SWAINE & MOORE LLP
2 Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel.:  (212) 474-1000
Email:  maddis@cravath.com