# Exhibit 10

03-Nov-2022

# Spirit AeroSystems Holdings, Inc. (SPR)

**Q3 2022 Earnings Call**



[Pages Intentionally Omitted]

## Spirit AeroSystems Holdings, Inc. *(SPR)*
Q3 2022 Earnings Call

### Thomas C. Gentile III
*President, Chief Executive Officer & Director, Spirit AeroSystems Holdings, Inc.*

A

Thank you.

---

**Operator**: The next question is from the line of David Strauss of Barclays. Please go ahead.

---

### David Strauss
*Analyst, Barclays Capital, Inc.*

Q

Thanks. Just a follow-up on this line of questioning and helping us think about bridging this year to next year on free cash flow, is really the $450 million to $500 million a positive change, I guess, less the advance repayments? Is that really almost all MAX rates stabilizing at 31 a month? Is there anything else we should know in terms of that bridge? And then as a follow-up question, Mark, in terms of refinancing, is an equity raise on the table? Or are you solely focused on the refinance them fixed income side? Thanks.

---

### Mark J. Suchinski
*Senior Vice President & Chief Financial Officer, Spirit AeroSystems Holdings, Inc.*



Yes. So the second item first. We're not exploring an equity raise. At this stage of the game with where our stock price is, that would not be fair to our investors. There's other opportunities we have from a refinancing standpoint. The capital markets are available to a company like Spirit. So at this point in time, we're not looking at an equity raise.

When you think about the cash flow, David, and I know what the math you're doing, you're saying, hey, $450 million minus the $130 million, you're at $320 million, right? And so is that $320 million improvement between 2022 and 2023, all 737? It's more complicated than that, okay?

At the start of this year, we were at 21 aircraft per month. right? We broke rate, we had to bring in additional inventory. We've seen a whole lot of disruption, higher costs earlier in the year that had a significant negative impact to cash flow in the first quarter, and a lot of that was, I would just say, costs that were consumed to break rate from 21 to 31 that won't repeat. So I think you have a couple of things going on.

As you move into 2023, the – what I would call the cost – the inefficiency costs that occur when you go up in rate, hiring people ahead of time, learning curve, et cetera, those costs won't repeat if we stay and get stable at 31 for a longer period of time.

The second component is, just theoretically, we go up 70, 75 units on 737, very helpful from a revenue, earnings and cash flow standpoint. I will also tell you that we're expecting higher deliveries on the A320 program. Another very good program for us, a solid program. And so we're seeing an uptick in several of our other programs, higher revenue on Defense, higher revenue on Aftermarket. All those things are contributors to the cash flow.

And if we can get things stable from a factory standpoint, then we have an opportunity to start to burn down some inventory, not bring in the buffer inventory that is needed during this challenging time. So I think the combination of all those factors, right, lead us to believe that ex the Boeing repayments, that we can take that negative $320 million that was – that occurred here in 2022 and turned that around to being positive.

And again, we'll come back and talk more specifically about how much – how more positive can it be. Give us a little time to dial in our production rates for next year, let us take a couple of more months to work through the

## Spirit AeroSystems Holdings, Inc. *(SPR)*
### Q3 2022 Earnings Call

**C** Corrected Transcript
03-Nov-2022

disruption of our factories to try to get things a little bit more stable, and we'll have a better line of sight on that in a few months.

---

**David Strauss**
*Analyst, Barclays Capital, Inc.*

**Q**

Okay. And how does the forward loss burn-off on the A350, 787, A320 factor into all of this? I mean, you burned a lot of cash on those this year, just looking at the burn down of the forward loss balance. Is that a negative to next year given higher rates there? Or is that a neutral?

---

**Mark J. Suchinski**
*Senior Vice President & Chief Financial Officer, Spirit AeroSystems Holdings, Inc.*

**A**

Well, what I would tell you is our cash forecasting, we're well aware of the fact that we have multiple programs on our forward loss. We know specifically based on our forward cost projections, exactly how much cash they will consume in 2023, 2024 and 2025, give or take. Some of the recent forward losses is going to put a little bit of pressure on that, but based on our current situation with the forward losses that we've taken through the third quarter and our projected cost versus price in 2023 that is factored into our assumptions that we can get to cash flow positive.

---

**David Strauss**
*Analyst, Barclays Capital, Inc.*

**Q**

Thank you.

---

**Operator**: Our next question is from the line of Myles Walton of Wolfe Research. Please go ahead now.

---

**Myles Walton**
*Analyst, Wolfe Research LLC*

**Q**

Thanks, good morning.

---

**Mark J. Suchinski**
*Senior Vice President & Chief Financial Officer, Spirit AeroSystems Holdings, Inc.*

**A**

Good morning.

---

**Myles Walton**
*Analyst, Wolfe Research LLC*

**Q**

There was a comment that Boeing made yesterday on two quality slips at their fuselage supplier in October that was preventing deliveries at pace and is requiring rework. I'm just curious if that is something that happens at Spirit? And is it recovered? And is there a financial impact that was observed in the third or will be observed in the fourth quarter?

---

**Thomas C. Gentile III**
*President, Chief Executive Officer & Director, Spirit AeroSystems Holdings, Inc.*

**A**

Yes. It's – with the fuselage in all of our parts that go to Boeing across the different programs, there are occasionally some escapes either from things that we do or from our suppliers. I think the one that Stan was referring to was a supplier escape to us that ended up getting to Boeing.

---

# Spirit AeroSystems Holdings, Inc. *(SPR)*

Q3 2022 Earnings Call

**C** Corrected Transcript

03-Nov-2022

And if you think about it, there's 80,000 parts on a fuselage and 450,000 fasteners, it can happen. It's not routine, but we do see escapes. And we work with Boeing to get those fixed. So it's nothing systemic. I think it was isolated to one of our suppliers who had an escape in their factory, which unfortunately flowed through to Boeing, and we're working with them to resolve it.

---

### Myles Walton

*Analyst, Wolfe Research LLC*

**Q**

And so was the impact observed in the third quarter deliveries? Or will it be observed in the fourth quarter deliveries? And to Cai's point, that's all contemplated [indiscernible] (00:55:50)?

---

### Thomas C. Gentile III

*President, Chief Executive Officer & Director, Spirit AeroSystems Holdings, Inc.*

**A**

Yes. I mean I think there are – I don't know specifically in their line, but it's something that we don't expect is going to persist all the way through the fourth quarter. So it would get resolved as these things normally do in a period measured in days and weeks, not months.

---

### Myles Walton

*Analyst, Wolfe Research LLC*

**Q**

Okay. Okay. All right.

---

### Thomas C. Gentile III

*President, Chief Executive Officer & Director, Spirit AeroSystems Holdings, Inc.*

**A**

I will call this a routine escape that we will resolve with Boeing.

---

### Myles Walton

*Analyst, Wolfe Research LLC*

**Q**

Got it. Thanks, again.

---

**Operator**: Our next question comes from Michael Ciarmoli of Truist Securities. Please go ahead.

---

### Michael Ciarmoli

*Analyst, Truist Securities, Inc.*

**Q**

Hey, good morning, guys. Thanks for taking the questions. Just curious again, staying on the free cash flow. As we think about 31 a month into next year, where do you think the excess capacity costs track to, especially contemplating the cost reduction plan? And then just I guess you made some comments on 2025 for Aftermarket and Defense relative to the Investor Day. Should we still be thinking the commercial targets are still good? Or does anything change with Boeing being at 50 and 10 for the 787? Thanks.

---

### Thomas C. Gentile III

*President, Chief Executive Officer & Director, Spirit AeroSystems Holdings, Inc.*

**A**

Right. Well, in terms of the excess cost. I'll leave that one for Mark. Let me just talk about the 2025 outlook. Again, we were anticipating that the 737 rates would go up, we were anticipating the 787 rates would go up. I think Boeing has been more clear publicly now about those. And so we will incorporate those into our thinking and start to think about how that impacts 2025 and 2026. But it's consistent with what the scenarios were that we have been working with. So no surprises on that.

---

## Spirit AeroSystems Holdings, Inc. *(SPR)*

Q3 2022 Earnings Call

**C** Corrected Transcript

03-Nov-2022

---

### Michael Ciarmoli
*Analyst, Truist Securities, Inc.*

Q

Okay.

---

### Thomas C. Gentile III
*President, Chief Executive Officer & Director, Spirit AeroSystems Holdings, Inc.*

A

Mark, on the 31 excess costs, I'll let you answer that, accounting issues.

---

### Mark J. Suchinski
*Senior Vice President & Chief Financial Officer, Spirit AeroSystems Holdings, Inc.*

A

Yes. And we've talked about this before, just to give you a little history. In 2020, we incurred $280 million of excess costs. In 2021, it's $218 million of costs through the first three quarters, we're at $126 million, and we incurred around $31 million in the third quarter. Based on the 31 a month production rate as well as a couple of our other programs that are – have excess costs, we expect the excess cost again to significantly improve year-over-year. And we expect that to – it should end up being slightly inside of $100 million. So another nice benefit from an earnings and from a cash flow standpoint.

---

### Thomas C. Gentile III
*President, Chief Executive Officer & Director, Spirit AeroSystems Holdings, Inc.*

A

Yes. And I would say that the positive about the MAX going up to 50 in the 2025 timeframe, and Airbus has already said they want the A320 family to be in the 75 range, that will be very positive for Spirit. 85% of our backlog is narrow-body aircraft. And as we get back to those rates, as we get back up to 52 – towards 52 on the MAX, for example, the excess costs will go away. And we'll be absorbing a lot better in terms of our fixed cost, and that will drive overall benefits for Spirit.

So that's, I think, one positive aspect of the recovery is that domestic travel is recovering first. That favors narrow-body production. 85% of our backlog is narrow-bodies. And as those production rates increase on narrow-bodies and we can absorb more of our fixed cost and drive productivity and efficiency in our factories that will be very positive for our productivity, our profitability and our cash flow.

---

### Michael Ciarmoli
*Analyst, Truist Securities, Inc.*

Q

Got it. Thanks, guys.

---

### Thomas C. Gentile III
*President, Chief Executive Officer & Director, Spirit AeroSystems Holdings, Inc.*

A

Thanks, Michael.

---

**Operator**: Our next question comes from the line of Ron Epstein of Bank of America. Please go ahead.

---

### Thomas C. Gentile III
*President, Chief Executive Officer & Director, Spirit AeroSystems Holdings, Inc.*

A

Ron, are you there?

---

[Pages Intentionally Omitted]