# Exhibit 11



# National Transportation Safety Board
### Washington, DC 20594

## Safety Recommendation Report

## Assumptions Used in the Safety Assessment Process and the Effects of Multiple Alerts and Indications on Pilot Performance

| | |
|---|---|
| **Accident Number:** | DCA19RA017 / DCA19RA101 |
| **Operator:** | PT Lion Mentari Airlines / Ethiopian Airlines |
| **Aircraft:** | Boeing 737 MAX 8 / Boeing 737 MAX 8 |
| **Location:** | Java Sea, Indonesia / Ejere, Ethiopia |
| **Date:** | October 29, 2018 / March 10, 2019 |

The National Transportation Safety Board (NTSB) is providing the following information to urge the Federal Aviation Administration (FAA) to take action on the safety recommendations in this report. They are derived from our participation in the ongoing investigations of two fatal accidents under the provisions of Annex 13 of the International Civil Aviation Organization. As the accident investigation authority for the state of design and manufacture of the airplane in these accidents, the NTSB has been examining the US design certification process used to approve the original design of the Maneuvering Characteristics Augmentation System (MCAS) on the Boeing Company (Boeing) 737 MAX. We note that, since the PT Lion Mentari Airlines (Lion Air) accident on October 29, 2018, Boeing has developed an MCAS software update to provide additional layers of protection and is working on updated procedures and training. However, we are concerned that the process used to evaluate the original design needs improvement because that process is still in use to certify current and future aircraft and system designs.

Although the NTSB's work in this area is ongoing, based on preliminary information, we are concerned that the accident pilot responses to the unintended MCAS operation were not consistent with the underlying assumptions about pilot recognition and response that Boeing used, based on FAA guidance, for flight control system functional hazard assessments, including for MCAS, as part of the 737 MAX design.[1] We are making these recommendations to address assumptions about pilot recognition and response to failure conditions used during the design certification process as well as diagnostic tools to improve the prioritization and clarity of failure indications presented to pilots.

---

[1] (a) We based our preliminary findings on information from the publicly released preliminary accident reports. (b) While Boeing uses the term "uncommanded MCAS function" in its assessment documents, in this report, we are using the term "unintended MCAS operation" as it relates to our review of the accident events.

## Factual Information

### *Accidents*

On October 29, 2018, Lion Air flight 610, a Boeing 737 MAX 8, PK-LQP, crashed in the Java Sea shortly after takeoff from Soekarno-Hatta International Airport, Jakarta, Indonesia. The flight crew had communicated with air traffic control and indicated that they were having flight control and altitude issues before the airplane disappeared from radar. The flight was a scheduled domestic flight from Jakarta to Depati Amir Airport, Pangkal Pinang City, Bangka Belitung Islands Province, Indonesia. All 189 passengers and crew on board died, and the airplane was destroyed. The National Transportation Safety Committee of Indonesia is leading the investigation.[2]

The airplane's digital flight data recorder (DFDR) recorded a difference between the left and right angle of attack (AOA) sensors that was present during the entire accident flight; the left AOA sensor was indicating about 20° higher than the right AOA sensor. During rotation, the left (captain's) stick shaker activated, and DFDR data showed that the left airspeed and altitude values disagreed with, and were lower than, the corresponding values from the right. The first officer asked a controller to confirm the altitude of the airplane and later also asked the speed as shown on the controller radar display. After the flaps were fully retracted, a 10-second automatic aircraft nose-down (AND) stabilizer trim input occurred. After the automatic AND stabilizer trim input, the flight crew used the stabilizer trim switches (located on the outboard side of each control wheel) and applied aircraft nose-up (ANU) electric trim. According to DFDR data, about 5 seconds after the completion of the pilot trim input, another automatic AND stabilizer trim input occurred. The crew applied ANU electric trim again. DFDR data then showed that the flaps were extended for almost 2 minutes. However, the flaps were then fully retracted, and automatic AND stabilizer trim inputs occurred more than 20 times over the next 6 minutes; the crew countered each input during this time using ANU electric trim. The last few automatic AND stabilizer trim inputs were not fully countered by the crew.

During the preceding Lion Air flight on the accident airplane with a different flight crew, the DFDR recorded the same difference between left and right AOA of about 20° that continued until the end of the recording. During rotation, the left control column stick shaker activated and continued for the entire flight, and DFDR data showed that the left airspeed and altitude values disagreed with, and were lower than, the corresponding values from the right. After the flaps were fully retracted, a 10-second automatic AND stabilizer trim input occurred, and the crew countered the input with an ANU electric trim input. After several automatic AND stabilizer trim inputs that were countered by pilot-commanded ANU electric trim inputs, the crew noticed that the airplane was automatically trimming AND. The captain moved the stabilizer trim cutout (STAB TRIM CUTOUT) switches to CUTOUT.[3] He then moved them back to NORMAL, and the problem almost immediately reappeared. He moved the switches back to CUTOUT. He stated that the crew

---

[2] Information in this section is taken from the preliminary report on this accident, which can be found at https://reports.aviation-safety.net/2018/20181029-0_B38M_PK-LQP_PRELIMINARY.pdf.

[3] Two STAB TRIM CUTOUT switches on the control stand can be used to stop the flight crew electric and autopilot trim inputs to the stabilizer trim actuator. The switches can be set to NORMAL or CUTOUT. If the switches are moved to CUTOUT, both the electric and autopilot trim inputs are disconnected from the stabilizer trim motor. NORMAL is the default position to enable operation of the electric and autopilot trim.

performed three non-normal checklists: Airspeed Unreliable, ALT DISAGREE (altitude disagree), and Runaway Stabilizer. The pilots continued the flight using manual trim until the end of the flight. Upon landing, the captain informed an engineer of IAS DISAGREE (indicated airspeed disagree) and ALT DISAGREE alerts, in addition to FEEL DIFF PRESS (feel differential pressure) light problems on the airplane.

On March 10, 2019, Ethiopian Airlines flight 302, a Boeing 737 MAX 8, Ethiopian registration ET-AVJ, crashed near Ejere, Ethiopia, shortly after takeoff from Addis Ababa Bole International Airport, Ethiopia. The flight was a scheduled international passenger flight from Addis Ababa to Jomo Kenyatta International Airport, Nairobi, Kenya. All 157 passengers and crew on board died, and the airplane was destroyed. The investigation is being led by the Ethiopia Accident Investigation Bureau.[4]

The airplane's DFDR data indicated that shortly after liftoff, the left (captain's) AOA sensor data increased rapidly to 74.5° and was 59.2° higher than the right AOA sensor; the captain's stick shaker activated. Concurrently, the airspeed and altitude values on the left side disagreed with, and were lower than, the corresponding values on the right side; in addition, DFDR data indicated a Master Caution alert. Similar to the Lion Air accident flight, a 9-second automatic AND stabilizer trim input occurred after flaps were retracted and while in manual flight (no autopilot). About 3 seconds after the AND stabilizer motion ended, using the stabilizer trim switches, the captain, who was the pilot flying, partially countered the AND stabilizer input by applying ANU electric trim. About 5 seconds after the completion of pilot trim input, another automatic AND stabilizer trim input occurred. The captain applied ANU electric trim and fully countered the second automatic AND stabilizer input; however, the airplane was not returned to a fully trimmed condition. Cockpit voice recorder data indicated that the flight crew then discussed the STAB TRIM CUTOUT switches, and shortly thereafter DFDR data were consistent with the STAB TRIM CUTOUT switches being moved to CUTOUT.

However, because the airplane remained in a nose-down out-of-trim condition, the crew was required to continue applying nose-up force to the control column to maintain level flight. About 32 seconds before impact, two momentary pilot-commanded electric ANU trim inputs and corresponding stabilizer movement were recorded, consistent with the STAB TRIM CUTOUT switches no longer being in CUTOUT. Five seconds after these short electric trim inputs, another automatic AND stabilizer trim input occurred, and the airplane began pitching nose down.

### *Design Certification of the 737 MAX 8 and Safety Assessment of the MCAS*

The 737 MAX 8 is a derivative of the 737-800 Next Generation (NG) model and is part of the 737 MAX family (737 MAX 7, 8, and 9).[5] The 737 MAX incorporated the CFM LEAP-1B engine, which has a larger fan diameter and redesigned engine nacelle compared to engines installed on the 737 NG family. During the preliminary design stage of the 737 MAX, Boeing testing and analysis revealed that the addition of the LEAP-1B engine and associated nacelle

---

[4] Information in this section is taken from the preliminary report on this accident, which can be found at http://www.ecaa.gov.et/Home/wp-content/uploads/2019/07/Preliminary-Report-B737-800MAX-ET-AVJ.pdf.

[5] The 737-600, -700, and -800 airplanes are part of the 737 NG family.

3

changes produced an ANU pitching moment when the airplane was operating at high AOA and mid Mach numbers. After studying various options for addressing this issue, Boeing implemented aerodynamic changes as well as a stability augmentation function, MCAS, as an extension of the existing speed trim system to improve aircraft handling characteristics and decrease pitch-up tendency at elevated AOA. As the development of the 737 MAX progressed, the MCAS function was expanded to low Mach numbers.

As originally delivered, the MCAS became active during manual flight (autopilot not engaged) when the flaps were fully retracted and the airplane's AOA value (as measured by either AOA sensor) exceeded a threshold based on Mach number. When activated, the MCAS provided automatic trim commands to move the stabilizer AND. Once the AOA fell below the threshold, the MCAS would move the stabilizer ANU to the original position. At any time, the stabilizer inputs could be stopped or reversed by the pilots using their stabilizer trim switches. If the stabilizer trim switches were used by the pilots and the elevated AOA condition persisted, the MCAS would command another stabilizer AND trim input after 5 seconds.

The FAA's procedures for aircraft type certification require an aircraft manufacturer ("applicant") to demonstrate that its design complies with all applicable FAA regulations and requirements.[6] For transport-category airplanes, as part of this process, applicants must demonstrate through analysis, test, or both that their design meets the applicable requirements under Title 14 *Code of Federal Regulations* (*CFR*) Part 25. Specifically, 14 *CFR* 25.671 and 25.672 define the requirements for control systems in general and stability augmentation and automatic and power-operated systems, respectively. Title 14 *CFR* 25.1322 addresses flight crew alerting and states, in part, that flight crew alerts must

> (1) Provide the flightcrew with the information needed to:
>     (i) Identify non-normal operation or airplane system conditions, and
>     (ii) Determine the appropriate actions, if any.
> (2) Be readily and easily detectable and intelligible by the flightcrew under all foreseeable operating conditions, including conditions where multiple alerts are provided.

Advisory Circular (AC) 25.1322-1, "Flightcrew Alerting," provides guidance for showing compliance with requirements for the design approval of flight crew alerting functions and indicates that "Appropriate flightcrew corrective actions are normally defined by airplane procedures (for example, in checklists) and are part of a flightcrew training curriculum or considered basic airmanship." Title 14 *CFR* 25.1309 relates to aircraft equipment, systems, and installations, and the primary means of compliance with this section for systems that are critical to safe flight and operations is through safety assessments or through rational analyses; AC 25.1309-1A, "System Design and Analysis," provides guidance for showing compliance with

---

[6] Title 14 *Code of Federal Regulations* Part 21 defines the procedures for certification.

[Pages Intentionally Omitted]