# Exhibit 13

C Corrected Transcript

02-Mar-2022

# Spirit AeroSystems Holdings, Inc. (SPR)

**Investor Day**



[Pages Intentionally Omitted]

## Spirit AeroSystems Holdings, Inc. *(SPR)*
Investor Day

**Corrected Transcript**
02-Mar-2022

missions like Saturn, Moon, Titan and then Venus and other programs like that, we're involved with all of those programs with thermal protection systems, because our material is the best solution for them.

So, those are the five areas. So, you can see, if you look at, what are we working on, what are we shaping, what are we pursuing and what are we awaiting awards on, you can see next-generation aircraft, like I said, is our biggest area there. We've made probably the biggest improvement there, but we have $6 billion of programs of record right now with a pipeline that we have right now. And so, we're very excited about that. We obviously want that to grow and continue to be larger, and we have more capability and capacity to do that. So, we're focusing on these areas to grow that pipeline. And so, we feel very confident about achieving a $1 billion in 2025. I'm not too worried about that. I think, like Sam said in her chart, it's really about execution. We just need to go execute what we have and we'll be fine. But obviously, we're focused on the 40%, right, which for us is obviously more growth and doing more with the defense industry. And we have a lot of great programs that we're on, but we've got a few more that we want to get on and we're working on those right now. So, anyway, the 2025 one, we're not worried about.

The other thing is, in the last two years, we were actually doing nothing with Lockheed Martin Skunk Works. And before we have this event, I couldn't even really – we couldn't even really talk about it, Lockheed wouldn't even let us talk about it. But then, they decided to do an open house, and this was back last summer. And to just show what they're doing in digital engineering and determine an assembly and designing for automation and all of that to just show the world that they get it and they know they got to improve in that area. So, they opened it up primarily to the press, to the media, for the first time in 20 years, and they only invited one partner out there, and that was us. Spirit was the only one they invited.

And so, I went out there and was busy talking to the press all day for five hours straight. And it was a great experience, so primarily me and Jeff Babione on who runs the Skunk Works for Lockheed. And this is a great example, I think of us gaining traction on what our strengths really are and showing the largest Defense contractor in the world that we can really contribute and help shore up those areas where maybe they need some help. And so, this again, a huge amount of traction. The products that we were making were all on display there. And I think we see this as a – as kind of a monumental event here for us to be able to participate. And I'm really glad they opened that up and let the rest of the community see what we're doing.

Okay. But we're still doing some other stuff. So, we've converted an older building, doesn't look old now, because we've completely redone it and worked with NIAR, which is part of Wichita State, and they help fund a lot of this too. And we now have national defense prototype center that can do all things from design, manufacturing, assembly, whatever on classified products, because all the new products are practically are classified and it'll probably be that way for a long time, is we can do those here in this facility. So, this is the first of this type of thing that clearly any Tier 1 company has ever done. Nobody has this, that's in our space. None of our competitors have anything like this, particularly with the NIAR part that we're sharing with. They do a lot of the testing for us, all the material valuation for us, it's a joint effort here. But our customers have really, really appreciated this and we're just starting to gain traction. So, one of our big development programs that we're working on is being run out of here all the way from design, all the way into our initial production in this classified space. And then, when that gets done, we'll move that to another part of our facilities and we'll have another one. But we can do more than one in this facility. We can do two or three in this facility and we're very excited about this. We think this enables future workforce also.

Okay. The other thing we're doing is we're taking some existing facilities. Again, part of the strategy is to fill up some available capacity in our factory, and we've converted this to a classified fabrication center and we've taken and put in there existing equipment, you don't have to go out and buy new equipment. This is existing equipment

and put it in an existing facility and this will be as far as we know, no one's been able to challenge us on this yet. This will be the largest classified fabrication center in the country. And so, this will be able to do classified fabrication, machining and in particular of some exotic materials, anywhere in the US. And so, you can see where these are actually real-time pictures, so you can see we're moving along in there. And in a little while, that facility will be open and will be able – we've already got lots of things lined up to go in there from our prime customers. So, that's just one more way of us adding value to our customers and getting involved right up front at the beginning of some of these really exciting programs that are coming out in the future.

So, I think to summarize, we're a $585 million business right now. We are targeting $1 billion. We're committed to $1 billion. We'll be at $1 billion in 2025. I think the most significant thing is that we – at one time, not too long ago, we only have four programs over $1 million and we have over 24 and that's growing. That's important, because a lot of – that means that there's a lot of design work and also future fabrication work that we're in process. There's a lot of programs we are involved with. Obviously, it's not just 24, there's a bunch of other ones too that we're working on. And so, we're getting involved in everything we possibly think we can have value and our customers feel like we can add value too. So, we're really excited about the things we're working on. And then, we've got our strategies in place. We're going to focus on these five areas. And we think in the future, after that, we'll be on our path to get the 40%. That's our objective.

So, that's what I have. I think I'm going to introduce a video and then for Aftermarket and then Kailash Krishnaswamy, I practiced that, is going to follow up and talk to you about Aftermarket.

## Kailash Krishnaswamy
*Senior Vice President-Aftermarket Services, Spirit AeroSystems Holdings, Inc.*

Thank you, Duane. I usually say that my last name is too long, so thank you for trying. It's Kailash Krishnaswamy. I'm happy to talk to you about Spirit Aftermarket today. Aftermarket means different businesses to different companies. And so, hopefully today, you'll get a sense for what exactly Spirit Aftermarket means, because we've not really talked about it publicly in a long time. So, with regards to the strategy pyramid, that's where we fit. I'm going to talk to you about repairs, customers, geographies, some of the key elements and I'll also tell you a little bit about how we differentiate ourselves versus our peers. And that will help giving you a flavor of how we're different.

Notionally, the commercial aerospace business is, let's say, about $200 billion. Now, these days, it depends on the year that you look at it, but OEM is about 60% and Aftermarket is about 40%. There are certain fundamental attractive elements of Aftermarket. Usually, it's a lot longer. It's a long tail past the OEM and there's a lot more customers and usually they're better margins. And so, it is a space that most aerospace and defense companies, at least on the Commercial side, do have a role in. And so, it was time for us to tell you what we do in Aftermarket.

The performance in the last three years, we've grown steadily about 15% CAGR, I would say, but it's been on the back of a few acquisitions. Tom already talked to you about these. In 2019, it was primarily Wichita. We have a repair center here in Wichita that did a lot of 737 and 777 nozzles and flight control surfaces. In 2020, we acquired the Belfast business of Bombardier; along with that came Dallas operations. And so, we added capability on A330, 757, A320. And so, there was a bit of an organic – an inorganic growth in 2020. However, that was also the year where we saw the massive impact of COVID on all of aerospace and defense. And then, in 2021, we added applied aerodynamic, we added the JV with EGAT. And so, we added some more capability. And so, on the back of all of that, we've grown about 15% cumulative.

The other part of this chart that I'd like to draw your attention to is the difference between spares and repairs. A lot of what I'm going to tell you today is about our repairs business, because that's really where we have a lot more

ability to be agile and respond to the market. Our spares business is typically to the OEMs, so Boeing, Airbus, Rolls-Royce and so on. Now, we do have – so the spares business is primarily based on orders from the OEMs and of course we fulfill. There are a couple of platforms where we can go directly to the market, but today's focus is going to be on repairs.

So what exactly are repairs? So, couple of pictures here. This is a narrowbody nacelle sleeve, on the top left is a unit that shows up in our shop typically. In this case, it's a damaged sleeve that happened because a slack got extended at a time when the thrust reversal was still open, or sometimes you could have ground handling equipment just run into the nacelle. So, yes, we build product that is the right quality, the first time that don't break, however, others break it. And so, we really do have to fix it, which we're thankful for. Now, the bottom picture is again something similar, the bottom one is ground handling equipment. They're just trucks that run into the nacelle. They're thankfully so low to the ground and we fix those. So, these are the kinds of complex repairs that that we do. And there's enormous value that we would deliver to our customers, because the alternative would be to replace the entire unit.

On widebodies, for example, this is a fixed structure. This is a situation where a borescope that was inserted into the nacelle to do an inspection of the engine was left unplugged. And so, you had heat escapes and essentially that blew a hole through the fixed structure. So in situations like this, you can see from the bottom left image, it's fairly damaged and it's about a foot, foot and a half big in size. And so, in situations like this, it's hard to repair, but what we can do is replace just a part of the fixed structure. So again, that's not something that can be easily done. You need specific tooling, you need access to parts, and so you need engineering repair approvals. And so, I'll tell you a little bit about the fabric that goes behind as doing these kinds of repairs.

More pictures, you can see on the bottom left, for example, is an inlet. And that said, you see the size of the inlet and the damage in the lipskin, typically happens when you have a large bird that flies into – that flies into the engine or the plane flies into a bird. You could also get this from debris on the runway, if you're landing in airports that don't necessarily have the right kind of cleaning, for example. On the bottom right, you also see radomes. We do a lot of radome repairs. These typically again, are birds, are lightning strike, bird strike related repairs, so these are all the kinds of products that come into our shop, the more damaged these are, the more economics we generate and we also deliver to our customer.

So, in terms of expansion, you've seen this chart before, but we started with Wichita, we added the Belfast business, which brought us the Dallas operations of in aftermarket as well as Morocco. And then, we cross-pollinated our capabilities from Wichita to Belfast, from Belfast to Taiwan. Taiwan, which is the EGAT facility, they had an extensive repair library. They're very agile with delivering value to the customer. They're of course, captive with EVA Air, [ph] so they're all (02:03:26) part of the Evergreen family. So they have a diverse fleet and they need to deliver repairs to their own fleet. And so, they've been very entrepreneurial in developing repairs for their fleet. So, we are transferring that knowledge down to Dallas. And then, of course, we continue this cross-pollination across many regions.

Now, one of the key things that I will say in aftermarket in order to be able to succeed is, we kind of needs to work with the customers. The customers have really focused on turnaround times. They're really focused on delivering a quality and value at those at the turnaround times. And so, Wichita and Belfast are primarily production houses and they had an aftermarket business. However, Taiwan and Dallas are more aftermarket businesses and they're solely aftermarket businesses. So, as we expand, when we look at Middle East or when we look at China or Central America, our focus is to be work with partners that are more aftermarket focused as opposed to being production focused. So getting that culture into the larger Spirit aftermarket business where you have a diverse group of people, diverse regions, all thinking entrepreneurially about delivering value to the customer quickly and

with the right quality is very critical for us to gain share in this market. And so, that's what we are focused on and that's how we intend to grow over the next three to five years.

So, this growth in the last three years essentially brought us a lot of capability. So, in 2019 on this chart, what I'm showing you are the various platforms in the vertical axis and then the various components that we could either repair or replace in the horizontal axis. So in 2019, it was pretty much focused on the Boeing platforms and primarily, Inlet, Fan Cowl and TRs. But then in 2021, you see that our capabilities have grown across and down, so we can address a lot more platforms. We can address a lot more components and so going forward, one can expect discharge to get more populated. So, for example the activation systems, exhaust and all those. We do that on very specific platforms. Landing gear, we do that on very specific platforms. One could ask, what are you – are you thinking about APUs? Are you thinking about hydraulics? So those are all opportunities that exist out there that we can go pursue either organically or inorganically and essentially populate this chart. So that's kind of the – that's the way we're thinking about growth for in aftermarket.

In terms of competitive advantage, when you think about a repair, you really need engineering and you need parts and then, you need the mechanics that will make the magic work and then you deliver it to your customer. When you think about parts and Sam touched on this. We globally source about 80,000 plus parts. This is a view that gives you geographical spread. This is important, especially when you have global customers. You want to sell them locally. No customer wants their systems shipped all the way from Middle East to Wichita except, if it's an exceptional situation or you don't want customers from the south of South America getting units shipped over to Belfast. I mean, that's just not the way customers would like to work.

So, we need to be able to serve them in their own regions, which means we need access to parts and repairs in their own regions. And so, our ability to work with 900-plus suppliers and all these parts across all the platforms that we are on, gives us a competitive leg up. This has not been – this is not something that we have actively looked at. But it's just waiting for us to unlock and deliver value to our customers. Same thing with engineering. The top half of the page here shows you all the platforms. The dark gray shows you all the platforms that we built, we produced. Many cases, we engineer. So that means we have and we have about 1,000 engineers between Belfast and Wichita and Morocco and Subang in Malaysia. And these engineers have all the knowledge necessary for us to deliver, design and deliver repairs to our customers. So that's again another element that we needed to unlock. On the bottom table, I'll show you all the repairs that our people have designed in the last 10 years. This is about 2,500 repairs and there is a lot more that we actively need to develop. It's a portfolio that we manage. So between parts that we have global access to and repairs that we can develop, there is a lot of value that we can deliver to our customers.

So, using all of that, the DNA that I just talk to you about, we are looking at some very specific strategic initiatives. Now, we always reserve the right to get smarter and we always reserve the right to evolve these strategic initiatives as markets evolve. But for now, one of the key ideas is, what – is about the Spirit Inside concept. So, the reason why EGAT has turned out to be successful for us and the JV with EGAT is going to be successful for us is, because they are right at the heavy maintenance facility of Evergreen of Eva Air. So, that would be a recipe that you can repeat over and over again with low capital intensity and with several other strategic partners. So, that's one area that we are actively looking into and actively deploying resources to make announcements and to start getting our capabilities into various other regions. We will, of course, continue to develop repair solutions. If you look hard at the capabilities page that I showed you, yes, there are gaps on platforms and we need to start getting aggressive about developing repairs for some of those platforms. And so, that's something that we actively [ph] do by (02:09:50), like I told you, managing our portfolio for developing repairs.

Copyright © 2001-2022 FactSet CallStreet, LLC

[Pages Intentionally Omitted]