# Exhibit 14

# Spirit AeroSystems 737 Aft Bulkhead Statement

spiritaero.com/pages/release/spirit-aerosystems-737-aft-bulkhead-statement/



- [Home](#)
- [Press Release](#)

**WICHITA, Kan. – Aug. 23, 2023** – We are aware of a quality issue involving elongated fastener holes on the aft pressure bulkhead on certain models of the 737 fuselage produced by Spirit AeroSystems. Because Spirit uses multiple suppliers for the aft pressure bulkhead, only some units are affected. Spirit will continue to deliver units to Boeing.

Spirit has implemented changes to its manufacturing process to address this issue. We are working closely with our customer to address any impacted units within the production system and address any needed rework. Based upon what we know now, we believe there will not be a material impact to our delivery range for the year related to this issue.

Boeing has determined that there is no immediate safety of flight concern associated with this issue for the 737 fleet and that the in-service fleet may continue to operate.

Contacts:

Media:            Forrest Gossett

316-371-6751

forrest.s.gossett@spiritaero.com

Investor Relations:       (316) 523-7040

Ryan Avey

ryan.d.avey@spiritaero.com

### About Spirit AeroSystems Inc.

*Spirit AeroSystems is one of the world's largest manufacturers of aerostructures for commercial airplanes, defense platforms, and business/regional jets. With expertise in aluminum and advanced composite manufacturing solutions, the company's core products include fuselages, integrated wings and wing components, pylons, and nacelles. We are leveraging decades of design and manufacturing expertise to be an innovative and reliable supplier of military aerostructures, and specialty high-temperature materials, enabling warfighters to execute complex, critical missions.  Spirit also serves the aftermarket for commercial and business/regional jets. Headquartered in Wichita, Kansas, Spirit has facilities in the U.S., U.K., France, Malaysia and Morocco. More information is available at www.spiritaero.com.*

### Cautionary Statement Regarding Forward-Looking Statements

*This press release contains "forward-looking statements" that may involve many risks and uncertainties. Forward-looking statements generally can be identified by the use of forward-looking terminology such as "aim," "anticipate," "believe," "could," "continue," "estimate," "expect," "goal," "forecast," "intend," "may," "might," "objective," "outlook," "plan," "predict," "project," "should," "target," "will," "would," and other similar words, or phrases, or the negative thereof, unless the context requires otherwise. These statements reflect management's current views with respect to future events and are subject to risks and uncertainties, both known and unknown. Our actual results may vary materially from those anticipated in forward-looking statements. We caution investors not to place undue reliance on any forward-looking statements. Important factors that could cause actual results to differ materially from those reflected in such forward-looking statements and that should be considered in evaluating our outlook include, without limitation, the continued fragility of the global aerospace supply chain; our ability to accurately estimate and manage performance, cost, and revenue under our contracts; our ability and our suppliers' ability or willingness to meet stringent delivery requirements; the impact of significant health events (including the COVID-19 pandemic) on our business and operations; the timing and conditions surrounding the full worldwide return to service (including receiving the remaining regulatory approvals) of the B737 MAX, future demand for the aircraft, and any residual impacts of the B737 MAX grounding on production rates for the aircraft; our reliance on Boeing for a significant portion of our revenues; our ability to execute our growth strategy, including our ability to complete and integrate acquisitions; demand for our products and services; the effect of economic or geopolitical conditions in the industries and markets in which we operate in the U.S. and globally; our ability to manage our liquidity, borrow additional funds or refinance debt; and other factors disclosed in our filings with the Securities and Exchange Commission. These factors are not exhaustive and it is not possible for us to predict all factors that could cause actual results to differ materially from those reflected in our forward-looking statements. These factors speak only as of the date hereof, and new factors may emerge or changes to the foregoing factors may occur that could impact our business. Except to the extent required*

*by law, we undertake no obligation to, and expressly disclaim any obligation to, publicly update or revise any forward-looking statements, whether as a result of new information, future events, or otherwise.*

© 2024 Spirit AeroSystems, Inc.