**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HANG LI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPIRIT AEROSYSTEMS HOLDINGS, INC., TOM GENTILE III, and MARK J. SUCHINSKI,<br><br>Defendants. | Case No. 1:23-cv-03722-PAE |

**DECLARATION OF GARTH SPENCER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

I, Garth Spencer, hereby declare as follows:

1.      I am an attorney duly licensed to practice law in the State of New York.  I am a partner in the law firm of Glancy Prongay & Murray LLP, counsel of record for plaintiffs in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify to them.

2.      Attached as Exhibit A is a true and correct copy of excerpts of the proxy statement on Schedule 14A of Spirit AeroSystems Holdings, Inc., filed with the SEC on March 12, 2024, which was obtained from the SEC's online EDGAR database.[1]

3.      Attached as Exhibit B is a true and correct copy of the article "Boeing in Talks to Buy Troubled Supplier Spirit AeroSystems," dated March 1, 2024 and authored by Lauren Thomas

---

[1] https://www.sec.gov/ix?doc=/Archives/edgar/data/0001364885/000110465924033265/tm242650d2_def14a.htm

1

and Sharon Terlep, which was obtained from the Wall Street Journal's website.[2]

4.      Attached as Exhibit C is a true and correct copy of excerpts of the current report on Form 8-K of Spirit AeroSystems Holdings, Inc., filed with the SEC on June 5, 2024, which was obtained from the SEC's online EDGAR database.[3]

5.      Attached as Exhibit D is a true and correct copy of excerpts of the quarterly report on Form 10-Q of Spirit AeroSystems Holdings, Inc., filed with the SEC on May 7, 2024, which was obtained from the SEC's online EDGAR database.[4]

6.      Attached as Exhibit E is a true and correct copy of the Request to Examine from the Office of the Attorney General of Texas to Spirit AeroSystems Holdings, Inc., dated March 28, 2024, which was obtained from the Texas Attorney General's website.[5]

7.      Attached as Exhibit F is a true and correct copy of excerpts of the Texas Attorney General's Cross Motion for Summary Judgment filed in the matter of *Spirit AeroSystems, Inc. v W. Kennth Paxton*, W.D. Tex. Case No. 1:24-cv-00472, at docket number 15, on June 6, 2024, which was obtained through PACER.[6]

8.      Attached as Exhibit G is a true and correct copy of the article "Aviation Supply Chain Has Too Many Weak Links," dated August 24, 2023 and authored by Brooke Sutherland,

---

[2] https://www.wsj.com/business/airlines/boeing-in-talks-to-buy-troubled-supplier-spirit-aerosystems-22e0db4e

[3] https://www.sec.gov/ix?doc=/Archives/edgar/data/0001364885/000110465924068488/tm241638 3d1_8k.htm

[4] https://www.sec.gov/ix?doc=/Archives/edgar/data/0001364885/000162828024020955/spr-20240328.htm

[5] https://www.texasattorneygeneral.gov/sites/default/files/images/press/Spirit%20Aero%20Reques t%20to%20Examine%20Letter.pdf

[6] https://pacer.login.uscourts.gov/csologin/login.jsf

which was obtained from Bloomberg's website.[7]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this, the 12th day of July, 2024, Wilmington, North Carolina.

*s/ Garth Spencer*
Garth Spencer

---

[7] https://www.bloomberg.com/opinion/articles/2023-08-24/latest-boeing-glitch-shows-aviation-supply-chain-has-too-many-weak-links?sref=hdtC6crw

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On July 12, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 12, 2024.


*/s/ Garth Spencer*
Garth Spencer