# Exhibit A

TABLE OF CONTENTS

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# SCHEDULE 14A

Proxy Statement Pursuant to Section 14(a) of
the Securities Exchange Act of 1934 (Amendment No.      )

Filed by the Registrant   ☒

Filed by a Party other than the Registrant   ☐

Check the appropriate box:

☐   Preliminary Proxy Statement

☐   **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒   Definitive Proxy Statement

☐   Definitive Additional Materials

☐   Soliciting Material under §240.14a-12

## SPIRIT AEROSYSTEMS HOLDINGS, INC.

(Name of Registrant as Specified In Its Charter)

(Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of Filing Fee (Check the appropriate box):

☒   No fee required.

☐   Fee paid previously with preliminary materials.

☐   Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11.

TABLE OF CONTENTS



# 2024
## NOTICE OF ANNUAL MEETING AND PROXY STATEMENT





## COMPENSATION DISCUSSION AND ANALYSIS (continued)

(4) As of December 31, 2023, Mr. Gentile had not requested, and the Company had not paid any amount in connection with outplacement services.

### Ms. Marnick

On November 30, 2023, we entered into a Separation Agreement and General Release with Ms. Marnick to set out the terms of her separation from the Company, effective as of November 27, 2023. In consideration of Ms. Marnick's release of claims, future cooperation and compliance with certain obligations, including confidentiality, non–competition, non–solicitation and mutual non–disparagement covenants, Ms. Marnick received separation payments and benefits comprised of the following: (i) a severance payment of $720,000, which is equal to one year of Ms. Marnick's base salary of $700,000 and an additional sum of $20,000 to assist with the costs associated with COBRA continuation coverage; (ii) a lump sum payment of $556,850 in recognition of certain awards granted to Ms. Marnick pursuant to the LTIP that were forfeited upon her separation; (iv) a lump sum payment of $75,000 for the purpose of obtaining transition services; and (v) reimbursement of up to $15,000 in legal fees actually incurred by Ms. Marnick in connection with the negotiation and documentation of her separation agreement.

| Type of Benefit | Value of Benefit ($) |
| --- | --- |
| Severance Payment | 720,000 |
| Award Equivalent Payment | 556,850 |
| Transition Services | 75,000 |
| Attorney's Fees | 15,000 |
| Total | 1,366,850 |

### 2024 Agreements

#### Mr. Brown

On February 20, 2024, we entered into a Retirement Agreement and General Release with Mr. Brown that provides effective March 17, 2024, Mr. Brown will resign from his position as Senior Vice President, Quality of Spirit and the Company and will commence his position as Senior Advisor. Mr. Brown is expected to remain as an employee of the Company until March 17, 2025, or such other date as may be mutually agreed (the "Retirement Date") to facilitate an orderly transition of his duties. Mr. Brown will continue to receive his current base salary through the Retirement Date. From January 1, 2024, until the Retirement Date, Mr. Brown will be eligible to receive a prorated bonus for such period based on a target award opportunity of 100% of his annual base salary, subject to actual achievement of performance under the STIP. Mr. Brown is not entitled to any new LTIP grants for 2025 and will continue to vest in the awards previously granted to him under the OIP until the Retirement Date in accordance with their terms, which include, by reason of Mr. Brown's retirement after reaching age 62, accelerated vesting of certain time–based awards and prorated accelerated vesting of certain performance–based awards, subject to satisfaction of performance conditions, as described below. The agreement with Mr. Brown also contains non–competition and non–solicitation provisions, as well as confidentiality and non–disparagement provisions and a general release of claims against the Company.

## Potential Payments Upon Termination or Change in Control

While the Company does not maintain any specific change in control agreements or other similar plans or arrangements intended specifically to provide income protection for executive officers upon a change in control, the Company has several programs — Employment Agreements, the ACI, the LTIP, the Perquisite Plan, and the DCP — that deliver benefits upon certain types of termination or a change in control.

Information about these severance or change in control benefits is contained below, and in the table above titled "Potential Payments Upon Termination or Change in Control" summarizing the monetary benefits payable upon triggering events assumed to have occurred on December 31, 2023.

### Employment Agreements

Only the employment agreements of Messrs. Shanahan, Suchinski and McLarty provide for any payments to be made, or benefits provided, beyond the date of termination as of December 31, 2023. In the cases of Messrs. Shanahan and Suchinski,