# Exhibit B

non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/business/airlines/boeing-in-talks-to-buy-troubled-supplier-spirit-aerosystems-22e0db4e

<u>EXCLUSIVE</u>     **AIRLINES**

# Boeing in Talks to Buy Troubled Supplier Spirit AeroSystems

Spirit, maker of 737 MAX fuselages, has been hounded by production issues

By *Lauren Thomas* [Follow]  and *Sharon Terlep* [Follow]

*Updated March 1, 2024 4:56 pm ET*



Spirit AeroSystems has been under scrutiny regarding manufacturing problems that have snarled production at Boeing. PHOTO: DAVID RYDER/BLOOMBERG NEWS

Boeing  BA **1.71%** ▲  is in talks to acquire Spirit AeroSystems  SPR **1.48%** ▲ , the troubled jet-fuselage supplier it split off two decades ago that has been at the center of quality issues affecting 737 MAX jets.

Spirit has hired bankers to explore strategic options and has had preliminary discussions with its former owner, according to people familiar with the matter. The talks might not result in a deal.

Spirit is also exploring selling operations in Ireland that make parts for Boeing's chief rival, Airbus.

and Boeing issued statements confirming that they were in merger discussions.

"We believe that the reintegration of Boeing and Spirit AeroSystems' manufacturing operations would further strengthen aviation safety, improve quality and serve the interests of our customers, employees, and shareholders," Boeing said in a statement.

**6-month share performance**



Source: FactSet

Spirit has been under scrutiny regarding manufacturing problems that have snarled production at Boeing. Spirit ousted its chief executive officer last fall and brought in a former Boeing executive to run it.

Spirit's share price, around $100 five years ago, was trading under $30 on Friday morning, valuing the company at roughly $3.3 billion. Spirit shares jumped 15% in Friday's trading, while Boeing shares fell 1.8%.

Spirit, which makes 737 fuselages and other airframe components, was created when Boeing sold some of its factories in 2005. Boeing accounts for nearly two-

Spirit's factory in Wichita, Kan., made the fuselage involved in the Alaska Airlines door-plug blowout in January. In that case, investigators believe workers at a Boeing plant in Renton, Wash., failed to put back bolts needed to secure the door plug during production.

Boeing and Spirit have come under increasing pressure from airline customers and federal regulators to shore up quality issues following the Alaska Airlines accident.

Last year, as problems at Spirit mounted, stalling Boeing's production, Boeing CEO Dave Calhoun rejected suggestions that the company might acquire Spirit. More recently, Calhoun has softened his stance.

When asked about Boeing's outsourcing strategy, Calhoun recently told CNBC, "Did it go too far? Yeah, it probably did. But now it's here and now. And now, I've got to deal with it."

A deal would be a strategic reversal. Boeing sold the Wichita plant in a push to focus on final assembly. In recent years, that facility has been plagued by production problems and quality lapses that have slowed production and left the plane maker short of jets it promised to deliver to airlines.

Spirit has struggled financially for years. Last year it secured a $100 million cash infusion from Boeing as part of a deal aimed at stabilizing operations. It has been in negotiations for months with Airbus over a commercial agreement, with the two sides so far unable to reach a deal.

In February, Spirit said it was withholding financial guidance for the year until it has clarity on Boeing's effort to get approval from regulators to increase 737 MAX production, which U.S. regulators capped following the Alaska Airlines incident.



Spirit AeroSystems secured a $100 million cash infusion from Boeing last year as part of a deal to stabilize operations. PHOTO: NICK OXFORD/REUTERS

Acquiring Spirit would leave Boeing's brass with the task of cleaning up its operations at the same time that Boeing's own quality-control systems have been questioned by regulators. The Federal Aviation Administration has given Boeing 90 days from this week to come up with a quality-improvement plan.

Boeing executives have said privately that fixing up Spirit as a separate entity has proven tough.

While the Alaska Airlines accident appears to have been caused by a snafu at Boeing's factory, Spirit parts frequently arrive at the factory with defects, increasing the likelihood that Boeing ships problem planes to customers. The door plug in the Alaska Airlines incident had to be opened to replace damaged rivets that were identified the day after the fuselage arrived by rail from Spirit. To open the plug, the four bolts had to be removed.

Boeing has done everything short of acquiring Spirit to gain control over the supplier, and executives have been in close contact with Spirit CEO Pat Shanahan since he took over last fall.

Write to Lauren Thomas at lauren.thomas@wsj.com and Sharon Terlep at sharon.terlep@wsj.com

*Appeared in the March 2, 2024, print edition as 'Boeing in Talks to Acquire Supplier Spirit AeroSystems'.*

## Videos