**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HANG LI, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>SPIRIT AEROSYSTEMS HOLDINGS, INC.,<br>TOM GENTILE III and MARK J. SUCHINSKI,<br><br>         Defendants. | No. 1:23-cv-03722-PAE |

## <u>DECLARATION OF MICHAEL P. ADDIS IN SUPPORT OF DEFENDANTS' REPLY IN FURTHER SUPPORT OF MOTION TO DISMISS</u>

I, Michael P. Addis, declare as follows in support of Defendants' Reply in Further Support of the Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint and the Request for Judicial Notice by Defendants Spirit AeroSystems Holdings, Inc. ("Spirit"), Tom Gentile III and Mark J. Suchinski (collectively, "Defendants"):

I am an attorney licensed to practice law in the State of New York, a member in good standing of the State Bar of New York (State Bar # 4900957), and admitted to practice in the United States District Court for the Southern District of New York.  I am a partner of Cravath, Swaine & Moore LLP and counsel for Defendants.  I make this declaration based upon my knowledge of the facts stated herein, and if called to testify, I could and would do so competently.  I submit this declaration in support of Defendants' Motion to Dismiss the Second Amended Class Action Complaint for Violations of the Federal Securities Laws.

1.  Attached as Exhibit 15 is a true and correct copy of Spirit's March 2, 2022 Investor Day Presentation Transcript, an excerpt of which was attached to the M. Addis Declaration in Support of Defendants' Motion to Dismiss the Second Amended Complaint as Exhibit 13.  It was downloaded on or about February 15, 2024, from https://docs.publicnow.com/viewDoc?hash_primary=183DF6B5F03881C725C139578

F3BEB6F1546A296.

2.      Attached as Exhibit 16 is a true and correct certified transcript of a video titled "Raising the Bar on Quality".  It was downloaded on or about August 6, 2024, from https://www.spiritaero.com/manufacturing/raising-the-bar-on-quality.html.

3.      Attached as Exhibit 17 is a true and correct copy of Spirit's Q1 2023 Earning Call Transcript, dated May 3, 2023.  It was downloaded on or about August 6, 2024, from https://s23.q4cdn.com/405433451/files/doc_financials/2023/q1/CORRECTED-TRANSCRIPT_-Spirit-AeroSystems-Holdings-Inc-SPR-US-Q1-2023-Earnings-Call-3-May-2023-11_00-AM-ET.pdf.

4.      Attached as Exhibit 18 is a true and correct copy of Spirit's 10-K for the year ended December 31, 2021, dated February 15, 2022, which was attached to the M. Addis Declaration in Support of Defendants' Motion to Dismiss the Second Amended Complaint as Exhibit 3.  It was downloaded on or about August 6, 2024, from https://www.sec.gov/ixviewer/ix.html?doc=/Archives/edgar/data/1364885/000162828022002704/spr-20211231.htm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 12th of August, 2024, in New York, New York.


/s/ *Michael P. Addis*
Michael P. Addis
CRAVATH, SWAINE & MOORE LLP
2 Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel.:  (212) 474-1000
Email:  maddis@cravath.com

2