# Exhibit 15

C Corrected Transcript

02-Mar-2022

# Spirit AeroSystems Holdings, Inc. (SPR)

**Investor Day**

**FACTSET:call**street

1-877-FACTSET   www.callstreet.com

Total Pages: 46

Copyright © 2001-2022 FactSet CallStreet, LLC

**Spirit AeroSystems Holdings, Inc.** *(SPR)*
Investor Day

**C** Corrected Transcript
02-Mar-2022

# CORPORATE PARTICIPANTS

**Aaron Hunt**
*Director-Investor Relations, Spirit AeroSystems Holdings, Inc.*

**Thomas C. Gentile III**
*President, Chief Executive Officer & Director, Spirit AeroSystems Holdings, Inc.*

**Mark J. Suchinski**
*Chief Financial Officer & Senior Vice President, Spirit AeroSystems Holdings, Inc.*

**Samantha J. Marnick**
*Executive Vice President & Chief Operating Officer; President, Commercial, Spirit AeroSystems Holdings, Inc.*

**Duane F. Hawkins**
*Executive VP, President-Defense & Space Division, Spirit AeroSystems Holdings, Inc.*

**Kailash Krishnaswamy**
*Senior Vice President-Aftermarket Services, Spirit AeroSystems Holdings, Inc.*

**Kevin Matthies**
*Senior Vice President, Chief Technology & Quality Officer, Spirit AeroSystems Holdings, Inc.*

# OTHER PARTICIPANTS

**Ken Herbert**
*Analyst, RBC Capital Markets LLC*

**Kristine Tan Liwag**
*Analyst, Morgan Stanley & Co. LLC*

**Seth M. Seifman**
*Analyst, JPMorgan Securities LLC*

**Sheila Kahyaoglu**
*Analyst, Jefferies LLC*

**David Strauss**
*Analyst, Barclays Capital, Inc.*

**Louis Raffetto**
*Analyst, UBS Securities LLC*

**Jack Ayers**
*Analyst, Cowen & Co. LLC*

**Andre Madrid**
*Analyst, Bank of America*

**Jon Raviv**
*Analyst, Capital One*

# MANAGEMENT DISCUSSION SECTION

### Aaron Hunt
*Director-Investor Relations, Spirit AeroSystems Holdings, Inc.*

Okay, we'll get started. Good morning everybody, welcome to Spirit AeroSystems 2022 Investor Day. I'm Aaron Hunt, Director of Investor Relations. We've got a lot of good information to share with you today. But before we do that, I need to remind you that any forward looking statements, goals, objectives we may include in our discussions are likely to involve risks, which are detailed in our news release and our SEC filings.

I have a few logistics to cover with you before we get started. Presentations will be available on our Investor Relations website as well as a replay of this event. At the end we'll have a question-and-answer session today, in-person questions will be taken live. So please wait for a microphone before asking your questions. Ryan and Jessica will run a microphone to you.

Virtual participants can submit questions any time during the event, using the question-and-answer box on your screen. Then the virtual questions will be asked by a moderator during the session. And finally,  technology exhibits as well as lunch will be available in the room next door for our Wichita participants after the event.

So let's take a quick look at the agenda. First, Tom will get up and talk about our business and strategy. Then Mark is going to get into some details about our segments and our financial outlook. Sam, Duane and Kailash will go over some of their key priorities. And then Kevin will give you some details about – how we're thinking about research and technology, as well as our quality journey. And then we'll finish the day, as I mentioned before, with a question-and-answer session. And closing comments from Tom.

So with that, I'll turn the podium over to our first speaker President and CEO, Tom Gentile. Tom?

### Thomas C. Gentile III
*President, Chief Executive Officer & Director, Spirit AeroSystems Holdings, Inc.*

Okay, well, thank you, Aaron and good morning, everybody. Welcome to Wichita. We're thrilled to be able to have an in-person meeting and actually a hybrid event, where we have a lot of people who are joining us digitally. But we appreciate the effort that so many of you've made to get here to Wichita, because part of what we wanted to show and communicate are some of the changes to our factory, which have taken place over the last couple of years. And we're proud of those, but also wanted to be able to highlight how much impact that they'll have as we start to go up and rate as we start to emerge from this pandemic.

And an event like this obviously takes a lot of planning. And so thank you to our Investor Relations team, our audio-visual team, for pulling everything together. Timing, of course, is not great. Right now we're still emerging from the pandemic. We knew we would be where we are on that. We, of course, couldn't anticipate the events in Ukraine, which is really a humanitarian issue. It's a military issue. And so again, we couldn't anticipate those events, but we decided to go forward with our in-person event anyway.

We have a lot to talk about in terms of some of the changes that have happened to Spirit, where we're going in the future? And so the presentations this morning will give you a much better sense of that.

**C** Corrected Transcript
02-Mar-2022

But I thought what I would do is start off by really going back and looking at the challenges that we faced the last two years and there have been two major crises. The first was the MAX grounding and then the subsequent halt in production, which occurred at the end of 2019. But there were the two tragic crashes in Indonesia and in Ethiopia. And what that resulted first was the plane got grounded, but Boeing kept building, as you call it 42 aircraft per month, eventually they had 470 aircraft that were stored at different locations around Seattle and other places. We kept producing at 52 aircraft per month, thinking that it would be a fairly short-lived grounding and that everything would resume again and we would be able to burn off any inventory. We ended up, at one point, with about 140 shipsets stored, and you can see the pictures of the fuselages stored right across the street on Air Capital Flight Line, which is adjacent to McConnell Air Force Base.

And so coming at the end of 2019, when Boeing made the decision to really stop production for a period of time that was already a major crisis for us, MAX represented half our revenue. We make 70% of the structure of the MAX. We're a proud partner on the MAX. It's a great aircraft, but obviously that created a lot of challenge for us.

And then really, just a couple of months later, we were in the middle of the pandemic. I mean, the early signs of the pandemic were already apparent at the end of January 2020, that the Singapore Air Show was almost cancelled. It wasn't cancelled, but attendance dropped precipitously in 2019 in February. And then in mid-March, everything shut down. It was about March 13 or so when all the lockdown started. And you can see the decrease in air traffic had dropped 96% by the end of March 2020, which is the biggest drop in the history of the aviation industry. Even after 9/11 air traffic only dropped about 15% or 20%, and it recovered in about three months. And as you can see, it's been almost two years and we still have not recovered to the levels that we were at before. In fact, domestic traffic has recovered faster. It's about 85% recovered to 2019 levels, but international traffic is still far below where it was, and so the overall is still down.

The picture at the bottom shows some of the things that we did. We had to take a lot of precautions. These are some employees making masks. In fact, this picture is of a factory we set up at the end of March and into April 2020 to produce ventilators. And that's the governor of Kansas, Governor Kelly, Laura Kelly on the far right, but we've produced over 20,000 critical care ventilators which we shipped around the world to help fight the pandemic and also to leverage some of the excess capacity in the workers that we had. At one point, we had over a 1,000 workers trained working in the factory, three shifts. When we started by air, our partner was building three ventilators a week, we got it up to 500 per day and ended up shipping 20,000 around the world.

So that was the, the two crises that we faced throughout 2020. And it had a big impact on us. Our deliveries overall fell 48%, but the MAX went from 606 units in 2019 to 72 units in 2020, a drop of 90%. And that, of course, had a big impact on our revenue. We were at about $8 billion in 2019, dropped to $3.4 billion in 2020. And our free cash flow went from about $690 million in 2019 to negative $870 million or so in 2020. So it was a big drop. Liquidity was very important. And because of that, obviously we had our credit rating downgraded and we went from an investment grade credit rating to something far less. We had three separate drops and we had to renegotiate our covenants with the banks on three separate occasions.

So very challenging time. And we responded aggressively. The first thing we did is we had to keep employees safe. We kept producing right through the pandemic. Yes, deliveries were down, but even the MAX, there were still some deliveries and on our Defense customers there were a lot of deliveries. We never missed a single delivery during that time. We put in place protocols. We had people wear masks. Some people worked remotely when they could. But the vast majority, 85% of our people were here the entire time. We did [indiscernible] (00:08:02) all of our US workers back by June of 2021 and we've been there ever since. So we managed to get through the pandemic, keep delivering, but kept our employees safe.

# Spirit AeroSystems Holdings, Inc. *(SPR)*

Investor Day

We also had to align our costs to lower levels of production. And we did reduce our commercial head count by more than 8,000 people, and we took out over $1 billion of costs, about 40% of our total costs. So we had to make some very difficult decisions under very tight timetables, but we had to do that in order to stabilize the company.

And, of course, the last thing was liquidity. We had to take a lot of liquidity actions to ensure that we had enough cash to weather the entire storm. Part of that was raising bonds in the debt market. Our partners here from Bank of America really led the charge with us on that. And we appreciate that. We had two different offerings. Both ended up being oversubscribed substantially. So that was good. We also mutually terminated our acquisition of Asco, which was a $450 million acquisition. And we negotiated a significant discount with Bombardier to reflect the different environment that we faced in the pandemic. And so in total, along with reducing capital expenditures and cutting our dividend, it was about $3 billion worth of liquidity actions that really put us in a stable position, while rates were down.

But our focus coming out of the pandemic is really to come back as a stronger company and a more diversified company. And so the three key issues first is, is this diversification. And I'll show you some of the concentration levels that we had, but it was imperative for us to think about how do we get a broader base set of customers coming out of the pandemic, so that we could really be in a stronger position? And what we've talked about is a vision of where we are 40% Commercial, 40% Defense & Space and 20% Aftermarket.

The second big priority is delever. We took on an additional $2.1 billion of debt during the pandemic that took our total debt at one point to about $3.8 billion and we lost our investment grade credit rating. So, one of our focuses is to pay down debt. We've said we want to get $1 billion out between 2020 and 2023 and we paid down $300 million already. Mark is going to talk a little bit more about this with the goal of getting our investment grade credit rating back and reducing the interest rates that we pay and so, therefore, lowering the total interest expense so that we free up cash flow for innovation and growth.

And then the last thing is to drive margins is to get back to margins where we were back in 2016 when we were stable, producing one type of major aircraft on the MAX side and were at 42 aircraft per month. So, to get back to 16.5% margins once the MAX gets back to a level of 42 aircraft per month. So these are the three major strategic objectives that we have.

Let's go through these a little bit more. In terms of diversification, going into the pandemic, it was very clear we were too concentrated. We were too concentrated in terms of original equipment, 98%. We were too concentrated in terms of commercial aerospace, about 95%. Boeing represented 79% of our revenue in 2019, and the MAX was 50%. So, this level of concentration meant that we traded at a discount to our peers. Structures is, by definition, lower margin than some of the other segments of aviation, and we don't have as much Aftermarket typically. I always like to say we built things right the first time. We don't need as much Aftermarket, but nevertheless the concentration did cause us to trade at a discount to our peers. And you all know the numbers very well.

And so, it was an objective for us to say, how do we start to diversify? And yes, it was difficult in 2020 when the market was low for us to think about diversification. But it was that important strategically that it was worth making the effort.

And so the biggest thing that turned this around was the acquisition of Bombardier's assets, their aerostructures assets in Belfast Ireland. This was the old Short Brothers, which has a huge legacy, goes back to 1908 when the three Short Brothers built the first Wright Flyers in Europe in partnership with Orville and Wilbur Wright. And then

Copyright © 2001-2022 FactSet CallStreet, LLC

# Spirit AeroSystems Holdings, Inc. *(SPR)*

**Corrected Transcript**

they also were very active during World War II building aircraft for the. The UK military fight. Also had an operation in Casablanca, low-cost country, very competitive, very highly skilled and then an Aftermarket operation in Dallas. So it came with a significant amount of assets. But what it really did strategically is help us along our strategic journey as we thought about how can we continue to grow and diversify?

First, it gave us a lot of Airbus content. On the A220, we build the entire integrated composite wing. It's plug-and-play. When we ship it to Airbus in Montréal, now in Mobile, they simply connect it. So all of the hydraulics, everything is in working order, very active thing. And that made us one of Airbus's top 10 suppliers and their biggest structure suppliers even bigger than Airbus Atlantic and what is PAG. It also gave us a lot of business in terms of business jets, four times the size. Bombardier becomes one of our biggest customers. We have now significant work packages on the Challenger and the Global Express and business jets is going to become a big market for us and a very profitable one.

In addition, we got a lot of Aftermarket. It doubled our Aftermarket content and gave us significant maintenance, repair and overhaul, and I'll take you through it. But more on Airbus, but similar things in terms of flight control surfaces, nozzles and thrust reversers, but it gave us a significant base in terms of Aftermarket. And it even gave us some defense. We didn't know it when we were first started doing the due diligence, but they were bidding in Belfast and the Project Mosquito with the UK Ministry of Defense, which is an incredible drone, a loyal wingman. So it's similar to the Skyborg program in the US.

So fundamentally, it gave us a much broader portfolio and a foundation for future diversification. And as I said, it made us one of Airbus' largest customers. It gave us growth opportunities in business jets and a significant Aftermarket capability. So it was really a transformative deal for us.

And what it allowed us to do is to think differently about our business. So previously we reported, as you all well know, in terms of the structures we built, fuselages, which is about 50%, then wings, which is about 25% and propulsion, which included things like the pylons that hold the engines to the wing, the thrust reversers and the nozzles. That's how we presented ourselves.

And that was really how Spirit did operate once when we separated from Boeing back in 2005, but over time, as we started to shift, it became less and less the way we operated. And certainly after the Bombardier acquisition, we could think of our business differently, very differently, in fact. And so we shifted to these new segments Commercial, Defense & Space and Aftermarket. And in our last call, our fourth quarter earnings call, we now present our results with these segments. And so we fundamentally have changed the way we look to the market and the way we operate and the way we are organized, in fact. So we changed our organization and we aligned around these three segments.

So Sam Marnick, who you'll hear from a little bit later, leads our Commercial group. Duane Hawkins, you'll also hear from Duane today, he leads our Defense & Space group, and Kailash Krishnaswamy leads our Aftermarket group. So they'll each describe their businesses, but this was a fundamental shift in terms of how we present ourselves externally and how we're organized internally to go-to-market.

So let's just talk about Commercial, because growth is important there. And of course, Boeing and Airbus remain critically important. And the other thing that remains critically important are narrowbodies, because our backlog is still $35 billion, 85% of which is narrowbodies. And as domestic travel recovers and it's recovering first and fastest, it favors narrowbody aircraft. So Boeing has said they're going to increase their rates. They've said they'll be at 31 aircraft per month in early 2022. Airbus has also committed to increasing their rates. They remain at

Copyright © 2001-2022 FactSet CallStreet, LLC

# Spirit AeroSystems Holdings, Inc. *(SPR)*

Investor Day

**Corrected Transcript**

02-Mar-2022

about 40 through the pandemic, they're now at about 50. They're saying they'll be at 65 by mid-2023, even the A220 is going to go up from about 4 today to 14 by mid-2025.

But in addition, there's a lot of other growth opportunities that Sam will talk about. I mentioned business jets, we have a significant relationship now with Bombardier. We also still have our relationship with Rolls-Royce on the BR725, which is the engine for the G650 at Gulfstream. And we make the entire nozzle and thrust reverser. But we won the nozzle and thrust reverser on the RB3070, which is the engine that's going to go on the Falcon 10X. So we have a significant opportunity to continue to grow business jets to $500 million by 2023 at very good margins.

And then there's other emerging opportunities in Commercial, like electric vertical takeoff and landing. And even our fab business, as we continue to grow that for rate with Boeing 737, we have one of the biggest fabrication businesses in the world. We make more than 38,000 parts, three, four, five axis machining, skins, chemical processing. We have a very significant opportunity to continue to grow fabrication. So Commercial has a lot of growth opportunity.

We also have a very big opportunity in Defense & Space, and Duane will go through this, but we see five areas that are natural adjacencies for us as we go forward. The first is next-generation aircraft programs. We already build aircraft like the P-8 and KC-46. Those are military derivatives of Boeing Commercial aircraft, the Boeing 737 and the Boeing 767. But going forward, we're bidding on work with Bell for the FLRAA, the Future Long Range Assault Aircraft for the Army's future vertical lift. That would replace the Black Hawk helicopters.

We're also working on the B-21. We are one of seven suppliers that was named to that program. In addition, we've been able to grow a number of other programs in Defense. Next-generation effects, missiles in effect, are big structures, and there's opportunities for us to contribute to that. Hypersonics, when we bought FMI in the first part of 2020, we became one of the leaders in a high-temperature material called 3D woven carbon-carbon, which is used in high temperature applications like hypersonics. So, we can play a significant role there. Unmanned aircraft systems, [indiscernible] (00:18:54) drones, loyal wingman. These are structures, and what we're doing with Project Mosquito in the UK will play very well for what we can do in this area.

And then, lastly, Space, the vehicles that they're talking about to go into space and even come back again our structures and play very well into the core strengths for Spirit. So, we have a lot of growth opportunities here.

And then, in Aftermarket, this is also a big opportunity. I would say we have a very strong niche position on some high-margin repair activities as well as spare parts. So, before we did the Bombardier deal, we had our Wichita operations and we could repair, flight control surfaces like slats and flaps in elevators rudders as well as [audio gap] (00:20:10-00:20:17) of applied aerodynamics and they repair radomes. So a very specialized structure which is at the nose of the aircraft, and it tends to be what is at the nose and it is – behind it are all the communication and radar equipment. So it's a very important structure and as you can imagine because it's at the front of the nose, it gets damaged a lot, bird strikes things like that and so they need constant repairs. So we were able to put that in the US, in Europe and in Asia.

Where we go from here is we keep adding repairs and capabilities and we keep adding geographies, like China, Latin America, eventually, the Middle East. And this is how we think we can continue to grow our Aftermarket business and maintain steady growth to get to $500 million by 2025 at margins in excess of 20%.

So this diversification effort is starting to pay off and we're starting to see some results. So when we go back to 2019 Boeing was 79% of our revenue and everything else was 21%. This year as we reported in our 10-K and our

# Spirit AeroSystems Holdings, Inc. *(SPR)*

Investor Day

earnings result Commercial was 79%, of that Boeing was about 56% and Airbus was about 23%. So we've already seen some significant diversification there. Defense is already 15% of our business and Aftermarket is 6%. Now the Defense, Duane is going to go through this, unfortunately a lot of the work that we're doing is classified. So we can't go into details, but what we can say is that we've been able to win a lot of new work because we have capacity available.

Now it's true that domestic travel is recovering first, that favors narrowbody. International travel is taking longer to recover and so that is going to impact widebody production. And widebody production may not ever get back to the levels that it was. So in other words the Boeing 787 was at 14 aircraft per month, unlikely they return to that. Boeing 777 at one time back in 2016 was at eight aircraft per month, it may not return to that. So we've been taking a lot of that excess widebody capacity and shifting it to Defense. So back in 2016 we had just one program above $1 million, today we have 24.

Today, we have about 500,000 square feet in our plants that are dedicated to Defense work, in a couple of years, it'll be 1 million square feet. So that gives you a sense of the growth that we're experiencing with just the programs that we're on as they get into production. And then going forward, as we continue to win new work that organic growth will continue to grow. And ultimately our vision is 40%, 40%, 20%. So it's going to take us some time to get there. It won't all be organic, but that is what we would like to see Spirit [indiscernible] (00:22:52) a very broad-based business with multiple customers and different revenue sources coming from these different areas, which will help us be a more solid, stable company and one that is ultimately more valuable to all of our stakeholders, our customers, our employees, our suppliers, our investors and the communities in which we operate.

So in terms of delevering what we want to do is to pay down the debt that we took on during the pandemic and we've said we want to pay down $1 billion over three years. We started off in 2020, we paid off a $300 million note. We have another note in 2023 for $300 million that we'll pay down. And the goal really here is by paying down debt we can regain our investment grade credit rating and ultimately get better interest rates to lower our interest expense. In 2021, as we reported, our interest expense was $240 million, which is significant. Obviously, we would like to drive that back down to where it was a few years ago with investment grade credit rating. So this is the objective here. Mark will again go into a lot more detail, but this is the idea on the delever.

In terms of driving margins, we want to get our margins back to where they were in 2016, when we were much more stable. Back then, we were producing one form of the Boeing 737 that was the NG. We were AT 42 aircraft per month. What we'd like to do is get back to those levels. Now, lot is changed. We have more headwinds with widebody production, but we've also made a lot of progress. And so let me just go through some of the things that will help us drive our margin.

First is we're redoing the flow of some of our factories, so you've got a chance to see Plant 2 yesterday where we build the Boeing 737 fuselage. When we started back in 2019, we were going up to 57 aircraft per month. It had been built up over 50 years. Things had just been put where they fit and it wasn't coordinated, it wasn't lean, it wasn't linear. What we've done since is we've completely changed the flow of Plant 2. We've moved a lot of the big intermediate sections out, I'll show you that in a second and we've streamlined and made the flow more lean, so that we can improve quality, delivery and productivity.

One of the things that we did is we took out the Section 41, the forward fuselage that used to be built in Plant 2. There were a lot of crane moves associated with it. We moved it across the street to what we call the North East manufacturing facility. We are now extending that so that we can go up in rate over time. So this is adding about 120,000 square feet of new capacity.

Copyright © 2001-2022 FactSet CallStreet, LLC

# Spirit AeroSystems Holdings, Inc. *(SPR)*
Investor Day

 Corrected Transcript
02-Mar-2022

We've also moved out Section 11, the wing box. Part of it has gone to one of our suppliers, Orizon in Chanute. The other part of it is going to our facility down in Tulsa. The Boeing 747, we built the wing box, many components of the wing box in Tulsa that building about a 120,000 square feet is now being repurposed to Section 11 for Boeing 737. And so we've been able to free up over 125,000 square feet in that Plant 2 to make it more lean by adding these additional facilities to build the sub-sections of the fuselage.

So we've also put in place a lot of automation. One of the things you saw yesterday is what we call [indiscernible] (00:26:10), but it's our Boeing 737 floor beam automation. There are about 45, 48 floor beams in every Boeing 737 MAX-8, but there are as many as 400 different configurations and what the automated line does is it automates that so that we can improve quality and productivity. And you can see our flow time reduces, our touch time reduces, our work-in-process inventory reduces, significant benefits on the core operating metrics.

We also put in place a new Global Digital Logistics Center, you had a chance to see that. It's a state-of-the-art warehousing system. It's the same type of Dematic system that Amazon uses in its fulfillment centers. It's got 26 stories. It's different levels. Things fly through there at about 25 miles an hour, we can store 2 million pieces, more than 90,000 individual parts, but very importantly we have 8,000 unique kits now that we can retrieve, stock and send right to the factory floor. So it's significantly increases our efficiency.

We've also put in place a lot of robotics. One of the things and our Airbus A320 program over in Prestwick, Scotland, we put in place a new state-of-the-art resin transfer molding production system for spoilers. There are 10 spoilers on each line. We can go up now to rate 80 on this new line, a highly automated and really state-of-the-art production system, as well as control system.

In addition, we just put in place a new thermoplastic clip line in our Kinston facility. You can see 1,500 individual clips, 500 different part numbers on a every Airbus A350, we've now pulled this in-house. It's highly automated and a lot of robotics to produce these thermoplastic clips.

In addition digitization, we've put in place a factory floor digitization, which we call Floorsight and this helps us track the flow of all of our goods as they go through the factory and we can manage it in a centralized way. We've got a labor optimization program, we call it Opticrew and we're able to get the right worker assigned to the right aircraft at the right time and make sure that they have the right training and the right certifications.

We've also put in place visual work instructions. So every tasks that our mechanics do now, they can go to their computer terminal and they can see not just written work instructions, but they can see visual work instructions, pictures, diagrams, even videos to help them do the job that they do. So this improves quality and productivity.

And then we've also put in place new tools, like this torque talk methodology that we have, where we have stored all the torque values for every single fastener on the Boeing 737 in the cloud and mechanics can pull that off before they do their job, so they know exactly what torque value they need and confirm that the tool they have has the correct torque value. So these are some of the digitization methods that we put in place.

But 65% of our cost comes from supply chain and supply chain is very important. We have a six pillar program that we've been using to drive supply chain efficiency. The first is clean sheets. We've reverse-engineered virtually every part we buy, over 125,000. So we know what every part should cost in terms of labor, material, overhead profit. Then what we do is we have a process to help the suppliers get to those costs, we call it our strategic sourcing process S3P. We have teams that meet every week and go through a very disciplined rhythm.

# Spirit AeroSystems Holdings, Inc. *(SPR)*

Investor Day

We have an operating mechanism with these meetings. We have scorecards and we drive execution to get to those clean sheet values.

We've also provided a lot of supplier support to help suppliers get to these levels. During the pandemic we provided direct support to about 600 suppliers worth $2 billion. A lot of that was contract extensions, but it was also inventory purchases, raw material purchases, processing, engineering, quality, logistics, we provided help across a lot of different mechanisms to help them get to the clean sheet values.

But we also put in place centers of excellence, where we have capability to produce our own products. This is our fabrication division that Sam oversees. We make 38,000 different parts, 3 and 4-Axis centers of excellence, 5-Axis centers of excellence skins, stretch pressing, chemical processing, very comprehensive.

In addition, we use a process that we call Waves, where we bring in groups of suppliers and they bid often on different work packages. So we start this on a Monday. By Thursday, we're awarding the work and we've been able to see some significant reductions and also improvements in quality and delivery. And then we have a very rigorous transfer of work process. We've transferred over 26,000 parts in the last few years, again to get to the right parts with the right suppliers, with the right cost and the right quality at the right time. So this is how we have been able to drive supply chain savings.

Now, when you add it all together, our strategy is this, this is how we summarize it. Our vision is to be a diversified design and manufacturing champion in aerospace. The strategic priorities in terms of where we want to compete are Commercial, Defense & Space and Aftermarket. And then we have very focused emphasis on execution requirements. How do we get there? And it's about having a very strong make/buy, a world-class supply chain, the digitization that I talked about, continue to invest in innovation, and you'll hear some more about that, and build a world-class team. And within that, we have a very strong set of values, transparency, inspiration and collaboration. And that core elements of our DNA, which are customer service, safety, quality and delivery. And that's how we think of our business. And as I talked about the three strategic objectives diversify, delever and drive margin.

So just to summarize, Spirit is emerging from this MAX crisis. It's been a tough two years, but we're a stronger, more diversified company. Domestic travel is recovering faster and that's good for Spirit. 85% of our backlog is narrowbodies, which serve domestic routes.

We're also able to really turn a potential challenge into an opportunity. Our widebody capacity is something now we can repurpose to defense work and win new defense work. And so as we think about our business going forward, obviously we want to get back to positive cash flow, but we want to do that by paying down our debt and reducing our interest expense, getting back our investment grade credit rating and then getting back to the 16.5% margins through all the initiatives that I just described and ultimately helping to diversify us to a 40%, 40%, 20% business in the future. So that's how we want to emerge stronger from the pandemic, and we'll go through a lot of the details this morning and then we'll have some opportunity for question-and-answers a little bit later.

But with that, I'll turn it over to Mark to go through the financial details. So Mark?

## Mark J. Suchinski

*Chief Financial Officer & Senior Vice President, Spirit AeroSystems Holdings, Inc.*

Well, thanks, Tom, and good morning, everyone. It was great to have you guys out to visit our plant yesterday and spend some time and see the things that we've been working on over the last couple of years. And it was also great to have an opportunity to meet with folks last night. [indiscernible] (00:33:39) I hope you guys enjoyed the



# Spirit AeroSystems Holdings, Inc. *(SPR)*

Investor Day

 Corrected Transcript

02-Mar-2022

event. It's a wonderful place to visit. It has a lot of aircraft history and it was just good for me to connect with some folks and meet with you face-to-face. We haven't been able to do a lot of this over the last couple of years. And so, really from my standpoint, we really appreciate you guys coming out. Your interest in Spirit as a company and we think we've got a really exciting story to tell here as we move forward in our overall recovery.

So I'm going to talk to the financials, but my big focus is going to be around how are we diversifying? What are we going to do to delever? And how are we going to go and drive margins? So as Tom talked earlier, big focus for us is how do we go and diversify? We understand where we were pre-pandemic, heavy concentration with Boeing and the Boeing 737 program. Boeing is a great customer, right. It's our number one customer, it's our largest customer. They've got great airplane programs and we're very, very excited to support them.

As you can see, our aspirational goals here, as we move forward both from an organic and inorganic standpoint is how do we get to 40% Commercial, 40% Defense and 20% Aftermarket. And we've made a lot of progress even through the tough times over the last 24 months, right? But we are going to need as we move forward here to look at potential acquisitions to meet our overall growth objectives.

On our revenues, as you can see and Tom talked about it previously, in 2019, $7.9 billion of revenue that's pre-acquisition of the Belfast, Morocco and Dallas sites. 2020 the pandemic hits. MAX is grounded, revenues were $3.4 billion. We see a slight recovery in 2021, okay, $4 billion.

And as we think about our growth over the next several years, one is the commercial aerospace recovery. We're poised to support that. There's really not a lot of work that we need to do to achieve that growth. Single aisle is our backbone to our backlog. Boeing and Airbus are driving higher production rates on the Boeing 737 program and on the Airbus A320. And so those volumes will be driven to Spirit, and that will drive a significant amount of revenue growth over the next several years.

We know that over the next couple of years, the twin aisle markets are going to be continued to be challenged, right, with international travel. But as we think about where we're going between now and 2025, right, we feel confident about our Defense growth, the programs that we're on in achieving $1 billion of revenue in 2025. Aftermarket is on track and Kailash will talk about some of the growth initiatives in the area of Aftermarket to get the $500 million. We also have our business jets that are included in our Commercial business, with goals to achieve $500 million on that book of business by 2025.

So if you look at that growth, along with the growth that we will see from Boeing and Airbus as commercial aerospace recovers, we're looking at more than a 20% compounded annual growth rate between now and 2025. Now, obviously, there's a lot of airspace between now and then. There's a lot of things that could happen, okay. But if you look at where we're at, we're on the backside of the pandemic, we obviously see the geopolitical challenges are going on with the situation with Russia and Ukraine, you never know. But we have a line of sight. Narrowbodies are going to recover and we're going to see that growth and we're excited about that and we believe that we're on track to meet those initiatives.

So you see where the revenue growth is, right, that growth is – does not include potential inorganic opportunities, right. So we have a strong growth profile over the next several years and what is that going to mean? You generate more revenue, you generate more earnings. You see over the last several years where are, what will call is, our segment margins, simply put, it's gross margins, in 2019 if you normalize that for [ph] cum catches (00:38:30) and forward losses, we generated about 14.5%. We know that we had some operational challenges in 2019 as we were going up in rate on the single aisle platforms. We generated 14.5% margins, right. We know what happened in 2020 and 2021, a lot of challenges there. We've worked really, really hard to adjust our cost

# Spirit AeroSystems Holdings, Inc. *(SPR)*

Investor Day

 
with the lower levels of production, while investing in the business to prepare, right? And Tom talked about some of the things that is going to enable us to continue to grow our margins over the next couple of years. First and foremost, it's revenue growth, absorbing your fixed costs, right. We've got to execute and then the initiatives that Tom talked about and Sam will talk a lot about those as it relates to the Commercial side of things, right?

Aftermarket, 20-plus percent margins, that's steady, Defense typical margins where our opportunity is on the Commercial side, the largest portion of our business. And those production rates, the productivity initiatives and all the cost takeout that we've done is ready for the taking, right? And that really gives us an opportunity to hit the 16.5% margins even through – even with a lot of inflationary pressures. I'll let Sam talk about some of those initiatives, because they're exciting and I think you guys got to see some of those in the factory yesterday.

I'm going to spend a little time over the next couple of pages, just going into the segments a little more, right. At the end of the day, Sam, Duane and Kailash will talk about that. But if you look at the Commercial segment back in 2019, right, you're looking at revenues in the area of $7 billion, 14.5% margins. We saw what happened over the last couple of years. But we're going to be looking at growth rates in excess of 20% over the next several years. And with that, we're targeting approximately 16% margins on the Commercial side of the business, right.

And so, where is the revenue coming from? We talked about it. You guys are industry experts or you guys follow our business. Narrowbodies, right, by 2025, we feel as though the twin aisle should start to recover, probably not to the levels that we saw pre-pandemic, but higher production rates than what we're seeing today, right. We're seeing business jet demand grow and we're really focused on growth there, we're Bombardier's larger supplier.

And then we continue to look at other opportunities, next-generation eVTOLs and Sam will talk a little bit about that. And so that's going to drive the Commercial revenue. It's in front of us. It's ready for the taking, right. We've got to prepare for the rate. We've got to execute, right. We talked about the digitization, the automation projects that we have and the focus on continuing to improve our overall business. We've got the facilities, the capital tooling in place to support the production rate climbs over the next several years, right.

When we look at Defense & Space, right, great business for us, we have come a long way. As Tom said, in 2016, it was a very, very small part of our business one program over $41 billion. We're looking at $1 billion of revenues that's just based on our current programs that we're on today. Tom talked a little bit about the five areas that we're going to go focus on growing in Defense. And Duane will talk about that. But we're looking at about $1 billion business by 2025 a typical Defense margins 12% to 14%.

Aftermarket, a great part of our business, although it's smaller, it gets overlooked to a certain degree, but very, very good strong profitability, and I will tell you, there are lots of opportunities for us to grow in the area of Aftermarket. As you can see in 2019, margin stabled over the last three years, somewhere between 18% and 20%. In 2021, we were at 21% margins. And we've got a line of sight to growth rates in excess of 20% between now and 2025, which will lead us to $500 million of revenues just organically.

So we're expanding our global footprint, right. We're entering new markets. We're developing new repairs. We've got that nice new business that we acquired in Dallas on the radome repairs. It's a good new book of business, and we'll continue to add right and drive this growth at 20-plus-percent margins.

Free cash flow, well, one of my favorite topics, cash, cash is really important. And so obviously, we've had some challenges over the last two years as we look at our business and the declines in our overall revenues, right. We've worked hard, very hard over the last several years to adjust our costs to address our liquidity position and put us in a position to be ready for the recovery. As you can see, historically 2018-2019, Spirit drove free cash

# Spirit AeroSystems Holdings, Inc. *(SPR)*

Investor Day

flow of 7% to 9% as a percentage of revenues. Fundamentally, we're the same business we were pre-pandemic from a cost structure standpoint. We're a better company as we move forward than we were back then. And so that gives us a lot of confidence on our ability to continue to drive 7% to 9% free cash flow margins right. Production rates, our cost initiatives, right. We'll continue to focus on delevering, and I'll talk about that in a minute, and that will help us reduce our overall interest costs and our borrowing costs.

Cash and debt balances over the last several years, right. We've got good liquidity, right. We've got a good amount of cash on the books. I think we've done the right things over the last couple of years to put ourselves in a position to control our own destiny as it relates to cash. We have taken on some additional debt, but over the next couple of years, right, if you look at where we've been historically, we typically when we look at a normalized capital structure, we'll have somewhere between $500 million to $700 million of cash on the balance sheet. We'll be looking at less than 2 times net debt to EBITDA.

And we have a line of path when we think about our debt pay-down between now and the end of 2023, taking down to $1 billion. We look at our revenue growth in 2023. If you look at where our EBITDA is, we have a line of sight to get there. And so, we're working very hard as we get through and get more confidence that the pandemic is behind us and commercial aero is on a sustained recovery. We'll be working on a more normalized capital structure, right, which will be beneficial to us as we move forward.

Debt maturities, we've had some challenges as it relates to our credit rating. We were investment grade. I can tell you that I've been at Spirit for 15 years and in finance for quite a few of those years. And going back to Jeff Turner, our first CEO, one of our big goals in the area of finance was to be investment grade. Not every company wants to be investment grade. We think it's a huge goal for us. We've been there before. We know the benefits of being investment grade and we're focused on returning to those levels.

And so as we look forward over the next couple of years for growth, diversification and execution, you see here from a maturity stack, we have a lot of space between now and 2025, we don't have a lot of maturities. That helps us make sure that we're doing the right things to invest in the business. And so our big maturities don't come up until 2025. And we feel very, very good that we will be far down the recovery path and we'll be an even stronger company to deal with those maturities in the future.

And so really, we'll be focused on paying down debt between now and 2023. Right. We're going to look at some opportunistic refinancing.

Markets are a little choppy now with what's going on, but I think there's some opportunities for Spirit as we look at some of our debt and refinancing that in the current interest rate environment and then focused as we move into 2023, getting back to a more normalized capital structure.

So capital allocation, get this question a lot. First and foremost, we're going to use our cash and the cash that we generate to support our growth initiatives, to focus on innovation, to focus on our business. Second component right is we need to delever the balance sheet. We need to reduce our overall debt. We want to get back to investment grade. Okay, two big, big priorities. Once we achieve check that box, check the second box, the next focus is focusing in on inorganic growth. What are we going to do to continue to allow us to move closer to 40%, 40%, 20% from a diversification standpoint. And we will be – we've done now three acquisitions during challenging times. We've got experience in that. We've been able to incorporate those businesses fit rather seamlessly into our business and execute it quite well.

# Spirit AeroSystems Holdings, Inc. *(SPR)*
Investor Day

So we're confident that as we move forward and look at opportunities that meet our strategic and our financial goals that we can take advantage of that. And then at that point in time, we'll have a healthy balance sheet, a strong business. We can look at opportunities to return capital back to our shareholders.

So as we look ahead, right, we talked a lot about revenue growth with revenue growth comes strong earnings. When you generate earnings, you generate cash. For me, getting back and generating free cash flow from my seat is a very, very important goal for us and we're making a lot of progress, right? We need to continue to be very, very disciplined in capital allocation, we'll continue to focus on that. And as we think about 2022, right, it is – 2021 for us was a bridge year. 2022 we're not recovered yet. We're on the road to recovery, right ? There's some still some uncertainty in our business. When is the Boeing 787 – when is Boeing going to start delivering on Boeing 787? We're supporting them right decisions, Boeing has to make on going higher than 31 a month. 31.5 month on Boeing 737. Right. We see some of the challenges due to the Ukraine and Russia situation on raw materials. We've got inflation. We've have some challenges. We're on the back side of the pandemic, right? So as I said in our earnings call back in February first quarter will be the slowest financial metrics or the lowest financial metrics that we have for the year. and we expect as we move through the course of the year, to move past some of the uncertainties and look at meaningful financial metric growth and improvements as we get through the rest of the year.

We feel good about as we get to the back half of the year and as we move into 2023 that some of these uncertainties will be behind us. And once that happens, what you'll see is you'll see the financial performance that you saw from Spirit in 2017, 2018 to 2019, a company that is in the $8 billion, $7 billion revenue range, a company that generates in excess of 15% margins with goals of hitting 16.5% and a company that has historically generated very, very strong free cash flow. And that's what our goals are, right. We believe we – all the work that we've done over the last couple of years, lots of challenge that we've had it from a business standpoint. We've grown closer as a company that we are going to emerge even stronger, more diversified, with lots of opportunities for growth and I think Sam and Duane and Kailash will talk about some of those things.

Now with that, we're going to take a break now. We're going next door in [ph] Rose Bud C (00:51:37) we have a technology exhibit, right some of our teams will be over there with some small exhibits for you guys. So take a break. Relax a little bit. Check up on some emails. Make some calls, but go see the exhibits. There's some really cool things, right? We'd like to have brought more to the hotel, but I think you guys got to see some of it in the factory yesterday. So take a few minutes look at that. And then when we come back from the break, Sam is going to talk a whole bunch about our Commercial business and all the things we're doing to grow, diversify and generate a lot of profit. Right, Sam?

Okay, thank you.

[Break] (00:52:19-01:14:12)

## Samantha J. Marnick
*Executive Vice President & Chief Operating Officer; President, Commercial, Spirit AeroSystems Holdings, Inc.*

Everyone, so I'm going to talk to you this morning about the Commercial piece of Spirit's business. And as Mark showed you and Tom talked about before, we're the largest part of Spirit's business today. In 2019, we were – as a segment, we were a little over $7 billion. Obviously as Tom described, we then dropped to $2.7 billion in 2020 after the MAX grounding and with the COVID implications. In 2021, we're back up over $3 billion and we represent most of the revenue today. As we move forward and we look forward to the returning of narrowbody rates in particular, while looking forward, I'm very optimistic too about somewhere north of the 20% growth CAGR.



# Spirit AeroSystems Holdings, Inc. *(SPR)*

Investor Day

When you think about what's the kind of work that we do in the Commercial segment, it's really in kind of three areas; you've got Airbus, we're on the A220, the A320 and the A350. That purchase of the Bombardier Aerostructures business really put us on the map in terms of being an Airbus supplier. We're doing the wings and the fuselage on the A220. And the Boeing platforms are flagship is the 737, you got to look at a lot of that, those of you that were on the tour yesterday and we make about 70% of the content on the 737. And we also do that fully integrated 787, which I think you also saw yesterday.

In the regional and business jet market, this is a growing area for us and it really – it grew significantly with the acquisition. We're now Bombardier's biggest structures supplier. We've got the Challenger series, we have the Global series, as well as doing – we do nacelles, thrust reversers, horizontal stabilizers, fuselage is really good business jet platforms and we're seeing a lot of growth opportunity in that area. There are also other areas that we're working on. I'll cover that in a little bit more detail in a moment.

So, in terms of footprint, where is the Commercial work done? Well, a lot of it's done here in Wichita. You got to see a lot of it yesterday. Then we also have Tulsa operations, which feeds Section 11 and also wing components as well. We have our state-of-the-art facility in Kinston, which produces the composite Section 615 sensor panels of the fuselage for the A350. And they go across the water to San Jose where they're put together, and they're rolled across to Airbus. Over there in Europe, we have Prestwick, if you think back, that was our first acquisition and that goes on the Airbus supply chain.

Our Belfast acquisition with the Bombardier Aerostructures, that gave us that fully integrated wing in the A220, as well as the regional and business jet work. And along with that Belfast operation, we got another low-cost operating facility with Morocco. Morocco is working on the A220 fuselage, but we see lots of opportunity and development opportunities for more work to go into Morocco. So, Morocco gives us a second low-cost country manufacturing site in addition to the site that we already have with Malaysia. Malaysia already supplies significant parts to the 737 and the A320, so we've got two low-cost operating regions, as well. Overall, we have 19 million square feet of manufacturing, a little over 10,000 employees, and that includes a significant make/buy organization.

So, when we think about demand, as we know, GDP is up to 5.9% and the OEMs are pretty consistent in what they're saying. So, between 2021 and 2040, they see a demand for 40,000 aircraft, 80% of which they're saying narrowbody. So, narrowbody for us is A220, A320 and 737.

When you think about the specific backlogs that are in existence today for both of the OEMs, so you see, Boeing's got a little – over 5,783% of their backlog today is narrowbody. Airbus, on the other hand, is little over 7,089% of their backlog is narrowbody. For Spirit, it's 85% of our backlog. And what are the indicators? Well, we think the indicators are pretty strong, as we're seeing travel come back. You see the reduction there in 2020, that 99% reduction in travel, but where are we today? Domestic travel is back to 80% of the peak and that pertains mainly to narrowbody aircraft. So, twin-aisle craft, 52%. So, international travel is only at 52% of the peak of where it was. So, in terms of OEM production, we're talking about Rate 31 on the 737, Airbus is talking about Rate 65 on the A320 by 2023, and on the A220 aircraft getting to Rate 14 by 2025.

So, what are the priorities for the Commercial business for Spirit? Then, it really comes down to three areas. First is execution. Above all else, we've got to execute on these rate increases, these rate ramps. We've got to drive the company back to that 16.5% margin that both Tom and Mark talked about. And then, it's about where are we going to grow for the future? So, we'll talk about execution first. While it goes without saying safety, we've got to keep our employees safe and we've got to have our products safe. So, safety is paramount, but quality is too. It goes without saying in our industry.

# Spirit AeroSystems Holdings, Inc. *(SPR)*
Investor Day

 Corrected Transcript
02-Mar-2022

But then, second, with this coming back from the times that we've been in, our customers quite rightly and their customers have a much higher bar in terms of the quality expectations. And that means a lot of new thinking around what are the processes and technologies that we can apply to ensure that rate executes flawlessly. We spent a lot of time during the downturn getting ready for these next lot of rate increases. Frankly, we learned a lot from before, when we had the NG and we have the MAX kicking in. We were in high 50s rate. We learned a lot of lessons in terms of the state of our factory, the gaps in our factory, what would it take to get to high rates and what things could we do, like Tom outlined a few of them in order to set us up well for this this next journey.

So, the plan to redesign is really kind of like a spaghetti map when you look at it on the left hand side. When you look to the right hand side, you can really see what an improved flow does for you. When you've got less moves, you've got less work in progress, you've got less opportunity for quality issues, for work being done out of station, but also you have opportunities in terms of labor hours, taking cost out. Also, if you – when you were doing the tour yesterday and you looked above, you probably saw the cranes up above – the fewer crane moves that you can do, the more efficient that factory can be. So, how do we get to that improved flow? It's about technology. It's about moving work out and it's about reorganizing and redesigning that flow. Ultimately, quality and safety improves with a reduced flow.

So, one of the things that you saw yesterday, those on the tour was the Northeast manufacturing facility. So, this is one area of work that we took out of the main factory. So that Northeast manufacturing facility was originally built for the 767 for that Section 41 integration work. This last year, we also moved the 737 Section 41 work into that building, and this created a center of excellence. So, it's about using the common tools. It's about looking at the feeder lines, it's about thinking about that whole flow of Section 41 and making that as efficient as possible.

Tom talked about the expansion now of that facility for rate; and not only rate, but also adding in of automation. So, in that Section 41, there's about 14,000 fasteners that need to be installed. About half of those fasteners are skin – are on the skin fasteners, right, the drilling of the skin fasteners. So, automation will bring much more accuracy, higher quality, less labor hours, less rework, so that really kind of makes that Section 41 much more efficient.

Other area of work that we took out the plant to main factory was a part of the process called Section 11. And we have a dual strategy here. So, it's a very complex piece of the build. And so, we wanted to have a backstop, so we took a dual approach here. Half of the work is going into Tulsa, well, half of the rate is going into Tulsa and half of the rate into one of our supply is called Orizon, one of our lead suppliers. This helps us use empty capacity in Tulsa and we've got a ready-able workforce with the right kind of skill set. And our Orizon supplier and they're going hand-in-hand here. So you've got – you're testing the process, you're – you've got competition against each other is coming up to speed, so that's going – that's working really well. And it's freed up very valuable floor space in plant too.

Another area of work has been digitization. So, big lessons learned from before is we need to see the problems before that coming. We need to see real-time data and be able to act on it in real-time. So, that's really what digitization is. Supply chain control tower is something I'm really excited about. This is something that Terry George, if you met him, really, really put our energy behind. So, this is about not just going out there and visiting suppliers, right, and seeing what they want you to see or taking their word for it. This is about looking into the system, into the supply chain, seeing if they've hired the people, altered the material, if the jobs have started on time, where the jobs and how the jobs dispatched, right, so you actually can see. So, we're piloting this now in 737 on certain suppliers. This is a big opportunity for us in the future as we look about the health of the supply chain through rate.

Copyright © 2001-2022 FactSet CallStreet, LLC

# Spirit AeroSystems Holdings, Inc. *(SPR)*

Investor Day

 Corrected Transcript

02-Mar-2022

Second area, Tom mentioned Floorsight. Floorsight is also part of our management – overall management operating system. So, this is where our managers on the floor can get very quick access to work with our crews on data real-time right there and then. So, you may have seen that on the tour yesterday. That visual work instruction, so as well as updating and making the work instructions available and Kevin Matthies can talk more about this. There was an opportunity to improve the instructions, but also, if you think about it, as we think about this next generation of workers that we're trying to attract into aerospace, they're not thinking blueprints, they're not thinking about walking 300 yards to a computer to go into a database, to look up a drawing that kind of looks alien to them. They're looking for this kind of technology where it's visually very easy to see and you can pull it up straight away and it looks like what I'm looking at, right. So, Visual Work Instructions is a big deal on the factory floor.

Then, Opticrew. So if you're somebody like [ph] Kristen Robert (01:25:20) who runs 737 program, she loves nothing better to walk around and see real-time allocation of crews. So, we through the old method is okay, watch your champion time to get something done. But this is kind of a reactive look. What Opticrew does is you're actually watching where every piece of work is, so you know where the crews are. So, in real-time, you can go, okay, this is done, let's move this piece of the crew over here. So, that's going to – we'll see how in rate this helps us to get massive value and faster champion times that Tom's always pushing us on, but Opticrew is a significant advancement.

You talk about automatization and robotics. So, that A320 spoiler line, so Sean in our technology area and the break there was really showing this is a fantastic opportunity. So, this is going from a in autoclave, very complex, multi-care type of person. She loved to talk to Sean about the technical details, but it's going to an out and out of autoclave with less parts, it's about maintaining the work, but taking about 30% of the cost out. This is a high rate composite production. So, right now, this line can produce over 650 units a month, a shipset takes about 10 units, 10 swallows. So, this – that's a great example.

And you saw the automated floor beam line, the five fully automated stations, the five semi-automated stations. This is a phenomenal area for us to look at. If you think about that floor beam assembly, where in a shipset and floor beams, you have 45 to 50 floor beams of about 300 different configurations. And you're able to put that down the line, improve tack time, you improve your WIP, you improve safety ergonomics, all of those things and you take hours out. So, you probably heard some of the savings that we're expecting there. And then, the question on that is where else can it be applied? This is a scalable solution. Today, it could go up to 70 aircraft per month on a three shift. But where else could it go? It's a scalable system.

And then, you saw our global digital logistics center, our own Amazon, for our delivery. If you think about it in the past, so the Wichita campus is between, I don't know, 11.5 million, 12 million square feet, and all of those parts were all over the campus. So, they've all been brought into one location, those 28 levels, over 9 acres. And so, they're all in one place. So that's one thing. The other thing is, all the parts are then tracked. You can see where everyone is. You can hit them much more efficiently. You can watch the ordering and the polls from production. So, one of the things that often happens in operations because the logistics were slow is, let me order an extra kit, right. So, you got more WIP in the system. This takes all of that. Out of that is a guaranteed hour delivery. So, on a daily basis, like Tom mentioned, we're handling about 60,000 pieces, so 20,000 – that make up 20,000 parts. There are about 800 kits of one type that go out to the floor. There are 750 foam [ph] kits (01:28:38) arrangements that go out as well on a daily basis. So, this is going to really as we get up into rate, this is going to really streamline the delivery of our parts to our operations.

# Spirit AeroSystems Holdings, Inc. *(SPR)*
Investor Day

Supply chains, so looking externally and then that was a lot about internal. So, our supply chain, we buy about 80,000 part numbers, across 900 suppliers. And as Tom said in the downturn, it was really important to provide assistance to keep that supply base healthy, and that was done in a number of ways. It was extending contracts, it was inventory, it was a number of things, payment terms. But I think that set us up well for us we're coming back now for rate increases. Keeping the supply chain healthy as possible is paramount. One of the other things that we've done, as well as supply chain control tower and bringing, introducing technology is we've really beefed up the team that just looks at supply chain readiness. And they look at not only through the system, they're out there visiting. They're doing lots of assessments, but they're also doing our three lines of defense. So, getting ahead, seeing indicators of what's happening, what would we triage, what would be our plan B, where are our multiple sources of cover or even to move work. We've also assembled a very experienced operational team that will back up this rate readiness team that we can deploy on site by region.

So, one of our secret advantages, it's not really a secret, because it's like Tom said the largest aerospace fabrication unit in the world, is really our – is our capabilities on this front. It gives us an advantage from a number of angles. Number one, today, we actually today are fabricating 41,000 parts. And so, that's a little bit different than what Tom said. What that tells you is we can bring parts in and out. So, if one of those suppliers is in trouble, we can bring it in and we can blue streak or we can produce, we can do cover and we can push it back out. So, that's why that varies from time to time.

One other things that we did, we put the fabrication team together with the supply chain team to make it make/buy team. So, what this does for you is, it gives you untold benefits, not only from a cover and a safety standpoint to protect rate, it also gives you a competitive advantage, which I'll talk to you about in a little while here. So, driving the company to the 16.5% margin, what are we doing around that? Well, it's a lot around the technologies and implementing those technologies. We'll talk a little bit more about that. But this make/buy and where, so do we do it internally? Do it externally? What region in the world do we do it and total landed cost, all of the clean sheeting, the wave process, the cover? How does all of that work? The fabrication strategy, the ability to bring in and pivot and push it back out and using that 90 million square feet and those assets in the best way.

So, lean manufacturing. In a manufacturing environment, you'll never get away from lean. We've taken a renewed energy, so we've done all of the work that we've done so far while rate was down, but we're renewing our efforts on the lean side of things. Industry 4.0, so another industry to – another technology to mention, you probably saw Spifi those of you that went on the tour to the to the fuselage center of excellence. So, Spifi is Spirit's Fastener Inspection system and it automatically inspects and correlates with the engineering and it provides trend data. So, this is a real great piece of technology. And if you are listening to the video last night, the dinner where Connie said she was really proud of her riveting and she said the inspector ran his hand across and he is, that's how it was done. So, basically, inspection, you kind of run your nail across and then you go, that feels a bit high and you go, look at the engineering. So, this takes all of that out of that. This is much more accurate. This is much more deterministic.

And then, our R&D team. Remember, what I said at the beginning about qualities of the game, skin quality, especially, the team's looking at the application of this technology when you think about dents and scratches. So, why you think those are the kind of minor issues and generally within engineering, there are issues for our customers and this is a technology that we can use to look at that. And then, make/buy advantage. When you've got that supply chain, you've got a strong robust supply chain and you've got this wave process. So, they know how it works now. And you might say, well, what do you think that might sit down on you if they lose the work in the way they know another wave is coming. And actually through every wave, the work improves, the drawings improve, so they get into the flow and they get they get used to the wave process. We also know there's a threat

Copyright © 2001-2022 FactSet CallStreet, LLC

# Spirit AeroSystems Holdings, Inc. *(SPR)*
Investor Day



**Corrected Transcript**
02-Mar-2022

of the large fabrication business where we can pull the work in or we can take parts of the process and make it more cost effective.

Okay. And then, to kind of finish with, the third area that we need to focus on is growing for the future. So, that's about next-gen aircraft and where is Spirit is going to play and how is Spirit is going to play in that? What's our answer going to be to sustainability? A big deal with our OEM customers and then this emerging business jet growth market as well as adjacent opportunities. So, I'll leave this for Kevin to talk about, but we focus on seven distinctive capabilities, all across the range that you can see. It's not just about metal and composite structures. It's also about accelerating learning curves. So, that's a big piece of the work that our R&D team helped us with. We've made some significant investments in our research centers and in fact in Scotland, we opened last year a part funded with Scottish Enterprise, a collaboration center that works on robotics, automatization, 4.0 there in Prestwick. Our business jet business, so is some yet to be announced programs on the business jet arena. It's growing nicely. There's a lot of opportunities that are coming down the pipeline there. We're optimistic that we can get to $500 million in revenue on the business jets by 2023, so it starts to become a significant business in of itself.

And then, there's the new markets; again, we've got some yet-to-be-announced programs on vertical takeoff and landing and eVTOL, and what does Spirit bring to that? So, we've got a lot of knowhow, as you guys know, both from a metallic and a composite, all the work that we're doing in thermoplastics, but also technology consulting services around industrialization, those types of things and access to our supply chain. So, the vertical takeoff and landing is definitely an opportunity area as well as the sustainable aircraft.

So, to summarize then, we're working on three things. Above all, it's execution and getting back to rate safety, with safety and quality first in mind, and that's internal and external, that's about our supply chain as well as our internal work. At the same time, we've got to reap the benefit of all of these great changes that we've made and look at continuing to implement [ph] more (01:35:45) to improve – to continually improve and to use our assets in the best way possible. And then, in terms of growing for the future, it's really these four areas. It's about what role is Spirit going to play in the future on the next-gen aircraft. It's about sustainability solutions. We're working on those from R&D; business jet growth and capitalizing on that and then looking at these adjacent opportunities. There's lots of pieces of work that fit Spirit profile. It doesn't mean to say we do them all. It has to be accretive to the position that we're in, but we're looking at those as well.

Okay. Thank you. And so, with that, I'm going to pass over to my colleague, Duane Hawkins.

## Duane F. Hawkins
*Executive VP, President-Defense & Space Division, Spirit AeroSystems Holdings, Inc.*

Okay. Thank you very much, Sam. So, I get to talk to you about Defense, that's – and Space. Those are my two favorite topics in the world and really talk to you a little bit about some of the exciting things that we're doing. And even though we can't talk to you about everything that we're doing, at least we can give you a flavor for the progress we've made and we anticipate making going forward.

So, this is where we fit on the chart. We're right above Sam, eventually will be the same size as Sam right, and but not quite yet. And so, that's a big challenge for us, because Sam is going to continue to grow and of course, we have to continue to grow. But we've got five major segments here that I'm going to talk to you about. This is our – these are – this is our revenue for the last few years. And you can see we've got a pretty solid segment here with some very good margins. And then, what we decided to do a little while ago is say, hey, let's get a little bit more strategic about how we're winning things. Obviously, we've been very opportunistic and we'll continue to be

## Spirit AeroSystems Holdings, Inc. *(SPR)*

Investor Day

**C Corrected Transcript**

02-Mar-2022

opportunistic. But how do we really focus our energies in those areas where we think we can provide the best value to our customers and have the most leverage and move that more quickly.

So, we went into these five areas and I'll go ahead and explain each one of them just a little bit more in case you might have some questions as to what we're talking about. But we really felt like these areas are the areas that really match our capabilities up with what our customers' – Defense customers need and I think that's playing out very nicely. So, I think we picked the right ones. We reserve the right to modify them a little bit as conditions change in the world, but I think overall these are the areas where we can provide the most value.

So, let me go and talk about the first one here. Next-generation aircraft; obviously, aircraft makes the most sense, that's what we do. That's what we've done on the Commercial side. And if you – just the P8 – KC-46 work that we do, obviously that makes sense. But if you really look at all the other types of things that fly for the Air Force and the Navy and the Army and the Marines, that makes total sense for us to stay in that business. So, what we've done is we've actually grown this business and this is where we're probably the best penetrated of all those five areas. To the point where we feel like we're pretty fully penetrated in this area in the sense that all these programs that we've added over the last two years in particular are mostly in this area, and we're very excited about it, because we're on – we're at the very beginning. I can't mention the programs, but if you think of a new program out there in this space, we are on it and we're not just building structures. Obviously, that was an entry point for us, but we're actually designing them from the beginning. We're designing the structures and we're also designing all the components that go inside and doing [ph] this assembly (01:40:24) very similar to what we're doing on 787 Section 41. So, this just isn't structures. This is full-up, very complex, integrated sub-assemblies that go into next-generation aircraft. So, we're very excited about that and I think our customer sees the value proposition there.

Part of that is that we have – we design using digital tools and digital thread, because we actually build a lot of things. We can take that digital thread from design all the way through the end of the product cycle and which advances our strategy when you think about it nicely. And so, this is something that has really gained a lot of traction with some of the major primes here, because a lot of them have over the years have gotten out of the manufacturing business, have gotten out of the fabrication business and they need someone to come in and help them make the case that they can design for a production, they can design for automation, they can design for scalability and that's exactly how we operate here at Spirit.

So, these programs here, you can see they're very, very exciting programs. We're obviously on the B-21, the V-280. We're very excited to be on that team. The other thing we're able to offer our customers, as Tom mentioned, is that we're able to take some of the turnover capacity, both facility and machine wise and offer that to our Defense customers to manufacture their products, even in the design phase. And so, that's been very attractive to them, because obviously we cut a huge amount of time out in the cycle, because we already have the facility, we already have the capital. We're going to have to go build it and go buy it and install it. It's already there. And so, that's been a huge attraction to our customers. They like that. There's nobody else that can offer that kind of capability in the industry right now. And so, we've been leveraging that a lot.

So, you can see how much – you look at the green, one of our buildings there and the CFF building, the green is where we're at and see where we're going in with the blue in the future and we're utilizing this – one important thing is we're utilizing these assets now for really important work and allowing us to leverage and get ahead of our competitors in these spaces. So, next-generation aircraft, that's the first one.

Next-generation effects. So, if you know my background, you know I'm a missile guy for most of my career, so I like these things. The – when we bought FMI, we were able to say, hey, we're now in this business, because all a high temperature applications where it's the very tip of a missile or where the exhaust comes out of the rocket

# Spirit AeroSystems Holdings, Inc. *(SPR)*

Investor Day

Corrected Transcript
02-Mar-2022

motors, which are very, very hot applications, high temperature applications, FMI builds these products for virtually all missiles, both cruise type missiles and tactical missiles. So, you can see down there we're in on almost all of the important programs there and a lot of this has to do with our FMI acquisition. So, we see a lot of opportunity there in that space. And I think our customers are starting to see that too.

Hypersonic, so again, FMI has put us on the map in hypersonics. It was somewhat aspirational before that. We got a lot of interest because of our scalability, our ability to get to the production fast. And as most of you know, that's a real issue right now is, how do we build these things fast. So, once they get designed and proven, we need to get a lot of them out there. And of course, I think we're being seen as that solution because of our Commercial capability and our ability to ramp up in production quickly. So, this is just an example here. So, we have a contract to do the thermal protection system. And if you look at that product on the right, this is an example of us proving a larger scalability for 3D carbon woven product. Most of the stuff that FMI builds out is a little bit smaller. This would actually allow you to build larger acreage product.

We are Wichita guys who obviously know automation really, really well, worked with our folks up in Maine and designed this fully automated system that builds larger 3D woven carbon product much quicker, much faster and much more efficiently. And this has gained a lot of attention here. And so, obviously, if we wanted to scale up and build at much higher rates than what this would allow us to do, it's relatively easy to go do that. And we know how to do all that. So we feel like we have a solution for the hypersonic issue coming up, and I think most of our customers felt the same way about that.

Okay, unmanned aircraft system. Again, this wasn't something that we were really – it was a little bit aspirational for us. We felt like it's a good space for us. But until Bombardier acquisition happened, it was still a little bit aspirational. Well, it's not aspirational anymore. We're actually building this thing, the whole thing, the entire thing. This thing will fly away from our facility over in the UK, and the work that they're doing is very, very, very impressive. And some of us on the ELT are actually cleared on the program and it's very, very excited to see what we're doing here. So, we also feel like this is a great opportunity for us here in the United States. And so, even if it's not selling the [indiscernible] (01:46:24) that's a possibility over here. But clearly, our design capability and our ability to manufacture is now out there and we think this puts us in a pretty competitive spot. So, that's another one of our areas where we're very excited about.

And then, Space. Again, Space wasn't even on our radar screen. I think it was a few months ago, Tom and I decided to change the name to Defense & Space. And it's all because primarily because of FMI, because FMI does some really exciting things in Space and the Space, and we went with NASA quite a few times, that's their biggest customer. But not only NASA, but other folks that are in the Space business, private companies that are in the Space business, and we're gaining a lot of traction in that area. And we're hoping to have some pretty exciting things to announce here shortly about what we're doing in Space.

So, you can see the idea, the heat shield on the Perseverance program, going through the atmosphere on Mars. We were all just kind of waiting there in my office watching it, hoping everything would go well, and it did thankfully. And then, we're also, in a few years, we're going to bring all those samples back that we got from Mars, bring them back here to the United States. But you have to actually bring them back and get through the atmosphere and travel the long journey. And so, we're designing the thermal protection system for the vehicle, the return vehicle that will show up in a few years and bringing those things safely back to Earth, so we can do more further analysis on it and learn more about Mars.

So, we're also part of the asteroid Bennu, where we landed on the asteroid for a few seconds, and got some samples out of that. What I understand, they got some pretty exciting things on that. And then, also future

**Spirit AeroSystems Holdings, Inc.** *(SPR)*

Investor Day

missions like Saturn, Moon, Titan and then Venus and other programs like that, we're involved with all of those programs with thermal protection systems, because our material is the best solution for them.

So, those are the five areas. So, you can see, if you look at, what are we working on, what are we shaping, what are we pursuing and what are we awaiting awards on, you can see next-generation aircraft, like I said, is our biggest area there. We've made probably the biggest improvement there, but we have $6 billion of programs of record right now with a pipeline that we have right now. And so, we're very excited about that. We obviously want that to grow and continue to be larger, and we have more capability and capacity to do that. So, we're focusing on these areas to grow that pipeline. And so, we feel very confident about achieving a $1 billion in 2025. I'm not too worried about that. I think, like Sam said in her chart, it's really about execution. We just need to go execute what we have and we'll be fine. But obviously, we're focused on the 40%, right, which for us is obviously more growth and doing more with the defense industry. And we have a lot of great programs that we're on, but we've got a few more that we want to get on and we're working on those right now. So, anyway, the 2025 one, we're not worried about.

The other thing is, in the last two years, we were actually doing nothing with Lockheed Martin Skunk Works. And before we have this event, I couldn't even really – we couldn't even really talk about it, Lockheed wouldn't even let us talk about it. But then, they decided to do an open house, and this was back last summer. And to just show what they're doing in digital engineering and determine an assembly and designing for automation and all of that to just show the world that they get it and they know they got to improve in that area. So, they opened it up primarily to the press, to the media, for the first time in 20 years, and they only invited one partner out there, and that was us. Spirit was the only one they invited.

And so, I went out there and was busy talking to the press all day for five hours straight. And it was a great experience, so primarily me and Jeff Babione on who runs the Skunk Works for Lockheed. And this is a great example, I think of us gaining traction on what our strengths really are and showing the largest Defense contractor in the world that we can really contribute and help shore up those areas where maybe they need some help. And so, this again, a huge amount of traction. The products that we were making were all on display there. And I think we see this as a – as kind of a monumental event here for us to be able to participate. And I'm really glad they opened that up and let the rest of the community see what we're doing.

Okay. But we're still doing some other stuff. So, we've converted an older building, doesn't look old now, because we've completely redone it and worked with NIAR, which is part of Wichita State, and they help fund a lot of this too. And we now have national defense prototype center that can do all things from design, manufacturing, assembly, whatever on classified products, because all the new products are practically are classified and it'll probably be that way for a long time, is we can do those here in this facility. So, this is the first of this type of thing that clearly any Tier 1 company has ever done. Nobody has this, that's in our space. None of our competitors have anything like this, particularly with the NIAR part that we're sharing with. They do a lot of the testing for us, all the material valuation for us, it's a joint effort here. But our customers have really, really appreciated this and we're just starting to gain traction. So, one of our big development programs that we're working on is being run out of here all the way from design, all the way into our initial production in this classified space. And then, when that gets done, we'll move that to another part of our facilities and we'll have another one. But we can do more than one in this facility. We can do two or three in this facility and we're very excited about this. We think this enables future workforce also.

Okay. The other thing we're doing is we're taking some existing facilities. Again, part of the strategy is to fill up some available capacity in our factory, and we've converted this to a classified fabrication center and we've taken and put in there existing equipment, you don't have to go out and buy new equipment. This is existing equipment

Copyright © 2001-2022 FactSet CallStreet, LLC

# Spirit AeroSystems Holdings, Inc. *(SPR)*
Investor Day

and put it in an existing facility and this will be as far as we know, no one's been able to challenge us on this yet. This will be the largest classified fabrication center in the country. And so, this will be able to do classified fabrication, machining and in particular of some exotic materials, anywhere in the US. And so, you can see where these are actually real-time pictures, so you can see we're moving along in there. And in a little while, that facility will be open and will be able – we've already got lots of things lined up to go in there from our prime customers. So, that's just one more way of us adding value to our customers and getting involved right up front at the beginning of some of these really exciting programs that are coming out in the future.

So, I think to summarize, we're a $585 million business right now. We are targeting $1 billion. We're committed to $1 billion. We'll be at $1 billion in 2025. I think the most significant thing is that we – at one time, not too long ago, we only have four programs over $1 million and we have over 24 and that's growing. That's important, because a lot of – that means that there's a lot of design work and also future fabrication work that we're in process. There's a lot of programs we are involved with. Obviously, it's not just 24, there's a bunch of other ones too that we're working on. And so, we're getting involved in everything we possibly think we can have value and our customers feel like we can add value too. So, we're really excited about the things we're working on. And then, we've got our strategies in place. We're going to focus on these five areas. And we think in the future, after that, we'll be on our path to get the 40%. That's our objective.

So, that's what I have. I think I'm going to introduce a video and then for Aftermarket and then Kailash Krishnaswamy, I practiced that, is going to follow up and talk to you about Aftermarket.

## Kailash Krishnaswamy
*Senior Vice President-Aftermarket Services, Spirit AeroSystems Holdings, Inc.*

Thank you, Duane. I usually say that my last name is too long, so thank you for trying. It's Kailash Krishnaswamy. I'm happy to talk to you about Spirit Aftermarket today. Aftermarket means different businesses to different companies. And so, hopefully today, you'll get a sense for what exactly Spirit Aftermarket means, because we've not really talked about it publicly in a long time. So, with regards to the strategy pyramid, that's where we fit. I'm going to talk to you about repairs, customers, geographies, some of the key elements and I'll also tell you a little bit about how we differentiate ourselves versus our peers. And that will help giving you a flavor of how we're different.

Notionally, the commercial aerospace business is, let's say, about $200 billion. Now, these days, it depends on the year that you look at it, but OEM is about 60% and Aftermarket is about 40%. There are certain fundamental attractive elements of Aftermarket. Usually, it's a lot longer. It's a long tail past the OEM and there's a lot more customers and usually they're better margins. And so, it is a space that most aerospace and defense companies, at least on the Commercial side, do have a role in. And so, it was time for us to tell you what we do in Aftermarket.

The performance in the last three years, we've grown steadily about 15% CAGR, I would say, but it's been on the back of a few acquisitions. Tom already talked to you about these. In 2019, it was primarily Wichita. We have a repair center here in Wichita that did a lot of 737 and 777 nozzles and flight control surfaces. In 2020, we acquired the Belfast business of Bombardier; along with that came Dallas operations. And so, we added capability on A330, 757, A320. And so, there was a bit of an organic – an inorganic growth in 2020. However, that was also the year where we saw the massive impact of COVID on all of aerospace and defense. And then, in 2021, we added applied aerodynamic, we added the JV with EGAT. And so, we added some more capability. And so, on the back of all of that, we've grown about 15% cumulative.

The other part of this chart that I'd like to draw your attention to is the difference between spares and repairs. A lot of what I'm going to tell you today is about our repairs business, because that's really where we have a lot more



Copyright © 2001-2022 FactSet CallStreet, LLC

ability to be agile and respond to the market. Our spares business is typically to the OEMs, so Boeing, Airbus, Rolls-Royce and so on. Now, we do have – so the spares business is primarily based on orders from the OEMs and of course we fulfill. There are a couple of platforms where we can go directly to the market, but today's focus is going to be on repairs.

So what exactly are repairs? So, couple of pictures here. This is a narrowbody nacelle sleeve, on the top left is a unit that shows up in our shop typically. In this case, it's a damaged sleeve that happened because a slack got extended at a time when the thrust reversal was still open, or sometimes you could have ground handling equipment just run into the nacelle. So, yes, we build product that is the right quality, the first time that don't break, however, others break it. And so, we really do have to fix it, which we're thankful for. Now, the bottom picture is again something similar, the bottom one is ground handling equipment. They're just trucks that run into the nacelle. They're thankfully so low to the ground and we fix those. So, these are the kinds of complex repairs that that we do. And there's enormous value that we would deliver to our customers, because the alternative would be to replace the entire unit.

On widebodies, for example, this is a fixed structure. This is a situation where a borescope that was inserted into the nacelle to do an inspection of the engine was left unplugged. And so, you had heat escapes and essentially that blew a hole through the fixed structure. So in situations like this, you can see from the bottom left image, it's fairly damaged and it's about a foot, foot and a half big in size. And so, in situations like this, it's hard to repair, but what we can do is replace just a part of the fixed structure. So again, that's not something that can be easily done. You need specific tooling, you need access to parts, and so you need engineering repair approvals. And so, I'll tell you a little bit about the fabric that goes behind as doing these kinds of repairs.

More pictures, you can see on the bottom left, for example, is an inlet. And that said, you see the size of the inlet and the damage in the lipskin, typically happens when you have a large bird that flies into – that flies into the engine or the plane flies into a bird. You could also get this from debris on the runway, if you're landing in airports that don't necessarily have the right kind of cleaning, for example. On the bottom right, you also see radomes. We do a lot of radome repairs. These typically again, are birds, are lightning strike, bird strike related repairs, so these are all the kinds of products that come into our shop, the more damaged these are, the more economics we generate and we also deliver to our customer.

So, in terms of expansion, you've seen this chart before, but we started with Wichita, we added the Belfast business, which brought us the Dallas operations of in aftermarket as well as Morocco. And then, we cross-pollinated our capabilities from Wichita to Belfast, from Belfast to Taiwan. Taiwan, which is the EGAT facility, they had an extensive repair library. They're very agile with delivering value to the customer. They're of course, captive with EVA Air, [ph] so they're all (02:03:26) part of the Evergreen family. So they have a diverse fleet and they need to deliver repairs to their own fleet. And so, they've been very entrepreneurial in developing repairs for their fleet. So, we are transferring that knowledge down to Dallas. And then, of course, we continue this cross-pollination across many regions.

Now, one of the key things that I will say in aftermarket in order to be able to succeed is, we kind of needs to work with the customers. The customers have really focused on turnaround times. They're really focused on delivering a quality and value at those at the turnaround times. And so, Wichita and Belfast are primarily production houses and they had an aftermarket business. However, Taiwan and Dallas are more aftermarket businesses and they're solely aftermarket businesses. So, as we expand, when we look at Middle East or when we look at China or Central America, our focus is to be work with partners that are more aftermarket focused as opposed to being production focused. So getting that culture into the larger Spirit aftermarket business where you have a diverse group of people, diverse regions, all thinking entrepreneurially about delivering value to the customer quickly and

Copyright © 2001-2022 FactSet CallStreet, LLC

with the right quality is very critical for us to gain share in this market. And so, that's what we are focused on and that's how we intend to grow over the next three to five years.

So, this growth in the last three years essentially brought us a lot of capability. So, in 2019 on this chart, what I'm showing you are the various platforms in the vertical axis and then the various components that we could either repair or replace in the horizontal axis. So in 2019, it was pretty much focused on the Boeing platforms and primarily, Inlet, Fan Cowl and TRs. But then in 2021, you see that our capabilities have grown across and down, so we can address a lot more platforms. We can address a lot more components and so going forward, one can expect discharge to get more populated. So, for example the activation systems, exhaust and all those. We do that on very specific platforms. Landing gear, we do that on very specific platforms. One could ask, what are you – are you thinking about APUs? Are you thinking about hydraulics? So those are all opportunities that exist out there that we can go pursue either organically or inorganically and essentially populate this chart. So that's kind of the – that's the way we're thinking about growth for in aftermarket.

In terms of competitive advantage, when you think about a repair, you really need engineering and you need parts and then, you need the mechanics that will make the magic work and then you deliver it to your customer. When you think about parts and Sam touched on this. We globally source about 80,000 plus parts. This is a view that gives you geographical spread. This is important, especially when you have global customers. You want to sell them locally. No customer wants their systems shipped all the way from Middle East to Wichita except, if it's an exceptional situation or you don't want customers from the south of South America getting units shipped over to Belfast. I mean, that's just not the way customers would like to work.

So, we need to be able to serve them in their own regions, which means we need access to parts and repairs in their own regions. And so, our ability to work with 900-plus suppliers and all these parts across all the platforms that we are on, gives us a competitive leg up. This has not been – this is not something that we have actively looked at. But it's just waiting for us to unlock and deliver value to our customers. Same thing with engineering. The top half of the page here shows you all the platforms. The dark gray shows you all the platforms that we built, we produced. Many cases, we engineer. So that means we have and we have about 1,000 engineers between Belfast and Wichita and Morocco and Subang in Malaysia. And these engineers have all the knowledge necessary for us to deliver, design and deliver repairs to our customers. So that's again another element that we needed to unlock. On the bottom table, I'll show you all the repairs that our people have designed in the last 10 years. This is about 2,500 repairs and there is a lot more that we actively need to develop. It's a portfolio that we manage. So between parts that we have global access to and repairs that we can develop, there is a lot of value that we can deliver to our customers.

So, using all of that, the DNA that I just talk to you about, we are looking at some very specific strategic initiatives. Now, we always reserve the right to get smarter and we always reserve the right to evolve these strategic initiatives as markets evolve. But for now, one of the key ideas is, what – is about the Spirit Inside concept. So, the reason why EGAT has turned out to be successful for us and the JV with EGAT is going to be successful for us is, because they are right at the heavy maintenance facility of Evergreen of Eva Air. So, that would be a recipe that you can repeat over and over again with low capital intensity and with several other strategic partners. So, that's one area that we are actively looking into and actively deploying resources to make announcements and to start getting our capabilities into various other regions. We will, of course, continue to develop repair solutions. If you look hard at the capabilities page that I showed you, yes, there are gaps on platforms and we need to start getting aggressive about developing repairs for some of those platforms. And so, that's something that we actively [ph] do by (02:09:50), like I told you, managing our portfolio for developing repairs.

# Spirit AeroSystems Holdings, Inc. *(SPR)*

Investor Day

New markets, none of – most of our revenue 95-plus-percent of our revenue comes from commercial customers. We are not touching the – well, we are only minimally touching the sustainment business and which is just about as large as the commercial aftermarket. So, that's something that we will actively start looking into, and we'll figure out the appropriate entry point to get into the military aftermarket business. Passenger freighter conversions, it started to become very hot and interesting area just in the last two years. So it's – and most of you know [indiscernible] (02:10:40) works across from our production facility in Wichita, have partnered with the [indiscernible] (02:10:45) and they have – they're working on an SDC on the 777. There are a couple of other players that are also working on the SDCs for 777s. And so, this is starting to get a lot of attention, both from the commercial world as well as from the production world. And so, it's something that we will look into and assess as the market evolves. We need to position to win for – win on the next-gen platforms. The growth platforms are all the MAX, the NEO, the 787, the A350, the 777x. And so, we will be actively looking to see how we can play in some of those platforms where we don't have a production position. And of course, M&A, we have a strategy, we have a growth plan. Once assets come on, come to the market, that will fit or are aligned with our growth plans, we will be taking a look at them.

So with that, we feel pretty confident that we can get to $0.5 billion in the next three years. That's going to be about a 20% CAGR from now. It's going to be a mix of spares and repairs, but we are making the right kind of investments in the right – in the right resources to be able to achieve our target.

So, with that, I will like to invite Kevin, our Chief Technology Officer to come and talk about some of the cool technologies that our team works on.

## Kevin Matthies
*Senior Vice President, Chief Technology & Quality Officer, Spirit AeroSystems Holdings, Inc.*

I'm really excited to be here today to talk to you about all the great things we're doing from a research and technology perspective and also discuss the cultural journey we've been on for quality. First of all, I wanted to thank Tom and my peers for really doing a fantastic job of showing off the strategies and where we're going with the business. And as I was sitting in the audience, thinking about their presentations, you saw a lot of technology being deployed in the strategies. And so, I see my job and I'm inspired – my team is inspired to actually be the engineering research technology and the manufacturing know-how to fuel all of those strategies. So my customers vary, they're internal, they're external, and they're also our external customers as well have customers. So we're feeding all of that through this group. And I'm really inspired today to talk a little bit more about what we're doing there.

So we'll start off with a little discussion about research and technology. And again, you're probably going to see a little bit of duplicative slides in the sense of the pictures, but there's a reason for that. It's very important what we're doing from research and technology perspective [ph] feeds and (02:15:33) specific strategies.

So, we'll talk about that. We'll talk about what we're investing from a people and knowledge perspective. And then, I'll get into the seven distinctive capabilities. Sam showed you a chart and I'll get into the very specific details of those and go through that in some specificity. We're going to talk about quality. We're going to talk about the journey where we've been on and how important that is to the business, safety and quality of the two enabling elements that we focus on first and foremost. And I'll talk to you a little bit about what we put into action in some technology advancements.

I wanted to start with what I think is very, very important to where we are across in aviation, defense and space industry. We're seeing massive trends that we've never seen before in terms of enabling different types of flight, different types of capabilities. So, this is just an eclectic collection of different types of vehicles that are coming

into play, and we're seeing this business move at places that we've never seen it before. Some of its driven by the sustainability requirements and we're going to see a lot more of that happen. And frankly, I can assure you in the last couple of years, the sustainability piece has really moved a lot of people forward on technologies that they think they need are an enabling to be there in the future.

So, Duane talked to you about hypersonics. I'll talk to you a little bit about the specifics, but we are the company that's enabling high temperature flight and I'll show you some of those details. We're very focused on efficient aircraft and I refer to that as topology optimization. How can we actually make the aircraft more efficient? It's important to have zero carbon capability coming out the tailpipe, but also in order to enable something like hydrogen flight in the future, we have to have airframes that are super-efficient from a fuel consumption point of view. And so, Spirit is very well-positioned to be able to do that.

And then we'll talk a little bit about some of the emerging technologies. They're not so emerging anymore, but eVTOL, how we play in that market space as we go forward. So we've been investing in our future that starts with really our people. So, by the end of this year, we'll have an increase of about 7% in engineering capacity. During the pandemic, we really didn't go down in engineering size much at all. We had plenty of projects to work on. The defense side was actually increasing and growing. So we moved a lot of our engineers over there. So, this isn't really a recovery in my eyes. This is an expansion from where we've always historically been. We've seen and we've grown our research and technology spending pretty significantly and we will continue to do that both from an internal perspective and using external funds to help augment where we go there.

Our technical fellows, these are the folks in our business that really drive the significant amount of innovation. They lead our business and ideas. They're out talking at various industry forums, kind of putting all that technology together and giving us the path forward. And we've seen an increase in the number of technical fellows, we have on staff. And then, both Duane and Sam talked about these research facilities. These are the incubators. These are the areas that my team can go into and have space to actually maturate a technology to the point, where we can use it internally and more importantly that our customers see value in. So, the Aerospace Innovation Center is about 100,000 square feet facility. And Duane talked about the National Defense Prototype Center, about 106,000 square feet. So, within this past year, we've added 200,000 square feet of area, where the team can go in and actually work on large scale projects and take those technologies and prepare them for sale.

From an intellectual property perspective, we've been very busy. Actually, this chart is from when Spirit was conceived in 2005. If you do the math, we're basically putting forth an invention one per week. That's pretty amazing for a business of our size. That's what [indiscernible] (02:19:28) equates to. So that's 874 inventions. Our team is inventing significantly and every day they're doing that. We're being granted patent rights to that and we've got future ones pending. But this is that fundamental fuel that we use to actually position ourselves and be ready for the upcoming markets.

I'm going to talk about – and I'm just going to tee up the seven distinctive capabilities, and then we're going to dive a little bit deeper into each of these. I won't be able to do it justice in the amount of time I have today. We could probably spend an entire day talking about these seven different areas. There's so much going on here, but I will do the best I can today. But it really starts with performance architectures. We're heavily focused on, what do we need to do to actually be on the next-generation aircraft. We're enabling those capabilities today with the foresight, knowing where that market space is going. This notion of topology optimization and what that really is a fancy word for, we are the folks in the industry that are most capable of optimizing performance architectures for weight, for cost and industrialization. You heard my peers talk a lot about that today. I don't think there's anybody better that does all of that harmoniously together and can provide value to our customers in unique ways. We're

# Spirit AeroSystems Holdings, Inc. *(SPR)*

Investor Day

**C** Corrected Transcript

02-Mar-2022

very skilled at it and it served us very well and I'll talk a little bit how that dovetails in from a eVTOL market, because it's actually it's a little bit evident when we get there.

Material optimizations, no business in the aviation space would be complete without having detailed knowledge of how to transform advanced materials into engineering design solutions and actually have the allowables and all of the techniques that we need to actually certify that aircraft. We're very good at that. We also have been spending a lot of time on ceramic matrix composites, and again, all of these will be flushed out a little bit more in the upcoming slides and then advancing the areas of thermoplastics and pi joints and how we actually bring different materials together.

Product development tools, it's one thing to say that you have a digital design tool like CATIA and NX. It's another to actually have the capability to develop and actually implement rapid tools that take knowledge from our engineers and put that into an actual computerized version and use that to our advantage so that we can scale quickly and we can develop solutions much faster, so we have these knowledge applications that sit on top of the standard tools and we've been developing those for many, many years and we're really good at that as well and we actually can deploy that to upcoming programs to go fast.

Lean metallic structures, we don't want to lose sight of what our heritage is. Our heritage is a traditional metallic fuselage and wing business. And I'm going to talk a second about where we sit in the composite space. But we've been very focused on growing and advancing our lean metallic structures. We've always been good in the high temperature materials like titanium. We are accelerating and have been working on for the past three years. We've staked out a position in nickel-based alloy fabrication techniques that nobody else has as well.

Already mentioned about composites, if you don't know this, we are the world's largest consumer and producer of carbon fiber materials anywhere on the face of the earth. Spirit does more than anybody else and we've used that position to actually continue to evolve and grow. We haven't rested on the fact that we are the best. We are actually inspired to make sure that we bring the next-generation of capabilities to our customers and stay ahead of our competitors.

Competitive tooling, it goes without saying, for those of you that are familiar with the composite business, it can be very prohibitive cost wise from a tooling perspective. So, we've been spending a significant amount of time over the many years as well optimizing and producing tooling solutions that are affordable and mechanized for high volume.

And then, finally, again, you heard this a little bit today, but accelerating our learning curves, the digital thread. You're going to see a term that I'm actually been using a lot lately. I call it the digital trinity. It's really digital design, digital thread and digital twin. You have to be doing all three. It isn't good enough to say, I have a digital thread capability. This [ph] trinity notion (02:24:00) or Boeing uses the word Metaverse, but we have really pioneered and I would say by far, we are leading the way when it comes to actually digitizing the manufacturing processes. And people are actually coming to us to look to see what we're doing.

So let me start off each of these. We're going to dive in a little bit. Let me start off with really these performance architectures. So again, from a military architecture perspective, we see these very unique capabilities in these needs. Duane talked about our procurement, our purchase of the FMI business. Frankly, FMI is by far the number one provider and most capable business of providing high temperature materials. So now, by definition, Spirit and when we went into the deal, we knew that there would be a synergy here. We actually have this position in the market space for future flight and everything that we you know in the future that we see, will be going faster and further. And to enable that, you have to have these unique type of material positions.



# Spirit AeroSystems Holdings, Inc. *(SPR)*

Investor Day

Next generation commercial aircraft, we're very focused on, you know, where does this go? Obviously, we had a very strong position in the structure business today, but we want to make sure that we're ready for tomorrow. On the top there, you see the winglet tomorrow. That is in out of autoclave, cured, composite structure. So it's a green process compared to a traditional autoclave approach. We're actually laying up composite material on the tool. We're heating that tool. And we're carrying that product again in and out of autoclave capability. These zero-carbon or efficient airframes, we're pending positions on doing some work in these areas. We have the technologies to actually enable this, building a spherical or a round fuselage and [ph] pressurizing that (02:25:53) is something that people have been doing for a long time building these big, large, flat structures that you want to pressurize, turn out to be a little bit trickier. But we – again, we have a position and we have the enabling technologies to make that happen.

eVTOL, the thing about eVTOL, it's all about weight. The battery technologies haven't progressed very far yet. And frankly every pound that goes on these eVTOL vehicles is critical. And again, Spirit is very well known for having these topology optimized vehicles, very efficient from a weight perspective, structurally sufficient, we can certify those vehicles and we have the capability to provide to these companies that need this capability today.

And then, finally just a quick discussion about propulsion. I didn't put a lot of material in here about SAF and hydrogen. Trust me we're involved in that. We have the enabling technologies to do that. But a couple of things here is we're looking at actually how to come up with new thrust reverser designs that's out of our Belfast area. This is a product that's very far along. And then laminar flow Lipskins. We have both the metallic version and a composite version that we've been working on. And this again enables efficiency in future flight.

From a material optimization perspective, the second leg of the distinctive capabilities, we are very focused on ceramic matrix composites. These are the technologies that we all will fly on in the next, say, 5 years to 40 years, these are the things that will enable these ever faster, further flights. [ph] Carbon carbon, carbon, silicon carbon, silicon carbon, silicon carbon ox, ox (02:27:40), and these ultra-high temperature coatings, these are the items that are providing that. We're looking at it through multiple veins. Duane talked about rocket motor bodies and throats, of course, thermal protection systems for hypersonic systems, and then also looking at apertures or radomes, if you think of them that way for hypersonic flight that enable radars and thermal sensors to look through. So, we're really very broadly focused in this area and we have all of that capability. Thermoplastics, again, another form of a greener type of carbon fiber solution here. Thermosets, once you cure them, they're set forever and they don't recycle well. Thermoplastics provide a completely different paradigm when it comes to recyclability and we can actually ultrasonically weld thermoplastics together, so we can build bigger and bigger structure by combining them. And none of this would happen without specific capability to be able to take all of the things that we are developing and turn them into something that the engineers can actually certify. So we're very good at these computational materials, engineering, doing the lab work to actually gather all the analytics that we need about the product and making it ready for final use.

I talked about digital trinity, again, this is a slide that we could spend hours on. You have heard about, I'm sure, digital twins, digital threads. The thing that we've done here is, we've actually executed projects. Duane showed you one with Skunk Works and we've been executing a lot of projects using these different various 3D technologies. The thing about Spirit is as we sit in this market space, that's rather unique, we're not an OEM, so we don't get to dictate the solution that we get to use, but we sit in a market space where we service multiple customers. So our solution has to be agnostic to a different type of CAD package and how our customers work. And so, we've spent time and energy on this and we're actively deploying what we refer to as Spirit ONE, which is transforming our business systems to enable us to do everything in a digital fashion. And you saw a lot of that

Copyright © 2001-2022 FactSet CallStreet, LLC

# Spirit AeroSystems Holdings, Inc. *(SPR)*
Investor Day

today. A lot of the things on the factory floor have already been digitized. And again, I think that's where we are clearly ahead a lot of our competitors.

Lean metallic structures, we have been working on for quite some time and we actually have parts flying on 787, a rapid plasma deposition, 3D printed titanium part. This is unique characteristic. This is the only part that I know of that is actually flying today other than some of the engine parts that are printed which is a different type of printing process. We've been working on this. This will give us a tremendous advantage to go faster in the marketplace when we are prototyping something that we've been spending a lot of time on.

I'm going to give you a couple of smatterings. There's a lot of different modalities when it comes to combining of materials, linear friction welding or stir friction welding. This enables us to create new designs taking relatively small structure and continuously combining into the structure that we ultimately want or need. We have gotten very good at extreme high temperature materials, nickel-based alloy materials, sometimes referred to as inconel. Frankly again to enable these high temperature flights you have to have these type of materials. And over the last three years we've spent a lot of time focused on how to actually fabricate these parts and we stand in a very unique position. There are very few people that can do this and we do it very well. And we pioneered frankly some new techniques that others don't know about. And our customers have stood up and understood that. Most of the air breathing hypersonic weapons or hypersonic flight enabled vehicles will use an inconel-based type material. And those that are higher than Mach 5 will use this carbon carbon approach that we talked about. So we're positioned both on the high-end extreme of hypersonic flight and the mainstream of hypersonic flight.

And finally, we continue to explore more exotic methods of lean metallic structure construction. This idea of kinetic fusion allows us to take powdered metal and combine them in unique ways. In the past, you always had one type of metal. We can actually lay down different types of metal in the substrate and build up a structure that's completely unique that no one has ever seen before.

Our ultra-competitive composite business. Again, if you had the opportunity to go to the Tech Expo, Sean was showing this off, our Resin Transfer Molded spoiler. We've been doing resin transfer molding on 787 since the dawn of that program. And recently, this Resin Transfer Molded product and spoiler line in Prestwick was put in place. Highly automated, great capability. I'm going to talk a little bit about dry fiber, because I think it's important to where we're going today. We do a resin infused dry fiber wing in our Belfast facility, that's the A220 wing. But there's a new type of dry fiber product coming into fruition, which is called fault tolerant. We actually stitch the dry fiber together like, basically almost like a sewing machine. And what that provides is, we don't actually have to put fasteners into the structure in those areas to prevent a damage in case, it's a more fault tolerant capability. So it's a lighter structure, different manufacturing process. But that is one of the enabling technologies that will get us into these massive carbon fiber structures that aren't cylindrical.

And then, no discussion from Spirit would be remiss without talking about how we are the world's automator of composite structures. Duane showed you that photo on the lower left. You know, we have uniquely positioned ourselves to provide, you know, high temperature materials to the US government, frankly, for this evolving hypersonic area. It was a desperate need. We knew that when we bought FMI, one of the synergies would be to actually do specifically this and we've brought that capability. We also have a position with Albany. They provide 3D woven fabric. And what that does is allows us to lay down or essentially build a material up quicker and then densify that material into the final product.

And again, we are the folks that fundamentally invented auto fiber placement, which revolutionized everything in the aviation business as it relates to composites, and we continue to do that. That is one of the things that makes us who we are. Competitive tooling solutions, you can see here that these are just – this is a small sampling of the

# Spirit AeroSystems Holdings, Inc. *(SPR)*
Investor Day

 Corrected Transcript
02-Mar-2022

thousands of different things that we do every day on printing and making sure that our factories are as efficient as they can be. [ph] Kristine (02:34:33) was showing you the specific example of what we referred to M-gun. I don't know the words that she was using in there, because I was talking with [ph] Jim (02:34:41) about another product, but this is essentially putting the power of auto fastening in the hands of a mechanic. It's a very efficient means of actually drilling a hole and filling that hole. It also provides carbon fiber drill templates, which one mechanic can manipulate. So we're very focused on the safety of those mechanics and empowering them for success.

Reconfigurable tools, we've had the capability for some time now, and we're starting to implement a lot more 3D printed large scale tools to our factory to make it more efficient for our mechanics. And then finally, on this slide, we have an advanced manufacturing strategy team that focuses a lot on the capabilities about advancing our factories. You heard about [ph] Tar Heel (02:35:23) that was an AMS project. This is an example of what we expect to do in our Center of Excellence for Section 41 is coming up. But we're spending a lot of energy and time making sure that those technologies come to bear.

And then, finally from a distinctive capabilities accelerated learning curves, Duane showed you this same photo. But what's unique about this is, we were able to do Full-Size Determinate Assembly on this product with carbon fiber and metallic structure. It may not be obvious, it's rather tricky proposition because they grow and shrink at different rates due to thermal expansion and we've been able to prove that we can do that. You saw how we're using augmented reality. We use that extensively.

One of the things that has been a big enabler on our 737 line, all of our work constructions now are digital. Sam talked about how the next generation wants to have kind of these YouTube like videos show me how to do it. And we did that. It was a big undertaking. A lot of leadership taken here to make this happen. But our mechanics can now sit down and see how the product is built. And we tell them everything about what they need to do to build it, including what type exactly fasteners [ph] or the (02:36:34) torque values. None of that was really capable before.

And in the interest of time, we talked about opticrew and floorsight, these are the tools that enable our factory floor and we've digitized the entire factory floor so that they can be productive and know exactly where their work is at any given time and be alerted in real-time when something isn't going right or when they can need to redeploy clues, because they're done early. But we have a lot of digital knowledge now about how that happens. We talked a little bit about Spifi, but the thing I wanted to say about Spifi here, what's unique about it is, we've taken stop motion cameras just like Hollywood has done. When you see Avatars or things like that and people have [ph] balls (02:37:16) on them. We have the exact same technology. What we've done is we can take this apparatus or other apparatuses and we can go anywhere on the fuselage and we know where it is in aircraft coordinate space. That is a huge advantage that others can't do. It's like a large CMM, if you think of it that way.

Okay, so that kind of wraps up the technology piece. I just – I really wanted to spend a few minutes on this chart. I think this is the probably the most important chart from a quality perspective. We understood that to enable our future, we needed to really focus on the culture of quality in our business. And I give a lot of credit to Tom for standing up and leading us from a safety perspective and quality. They are the fundamental building blocks of everything we do in our business.

And by getting our entire team focused, I'm making sure that everything we do is first centered on safety and second on quality. Our team has benefited tremendously. We've seen the amount of things that maybe we have to necessarily rework, come down significantly. We're seeing our customer satisfaction go up higher. Our customers recognize that the value that we bring to them is higher and frankly, we understand that our customers

# Spirit AeroSystems Holdings, Inc. *(SPR)*
Investor Day

**Corrected Transcript**
02-Mar-2022

are becoming a lot more demanding of our big OEMs as it relates to quality. There was a discussion about skin quality a little bit.

We are going above and beyond what the requirements ask of us to make sure that our customers are successful when it comes to quality so that they can enable the sale of that product to their customers efficiently and effectively. And we really have become customer-focused. We listen to our customer more today than I think we ever have. We are working with them hand-in-hand, making sure that we have quality on our mindset first, because we know it enables our manufacturing system.

When I talk with our board about quality, I mean, that is one that is my primary job, I talk to them about the fact that I'm focused on building the production system. And quality is a key component of that. And our team has done a great job of embracing that throughout the last few years as we've taken that opportunity to transform during the pandemic. We're building better teams. We're building [ph] them and integrating them (02:39:39). I'm honored to be the senior executive that's responsible and chairs what we refer to as our various Excellence Councils. We have an Operations Council. So I have somebody that orchestrates this for me, but we meet as an operations team globally twice a month. And we share our experiences, we share the good things. We share the bad things. And we make sure that we're learning from one another and we're optimizing that.

Along with that, we have a Quality Excellence Council and we have a Safety Council. Tom personally spends his time in the Safety Council with us every other week. That's the priority level that Tom puts on safety and quality. He is demonstrating and leading the company in all aspects of this. But symbiotically, we're able to interweave all of these things together and making sure that our teams understand the importance of how these three things interplay and the value that we get from it in our related businesses and we've yielded a lot of capability from that.

Just a real quick, high-level discussion about the things that we've done or that I guess the results of improving our quality. We've really spent more time teaming with our manufacturing processes and making sure that they're optimized. It isn't when we have a quality failure, we typically don't see that as a mechanic made that failure. We typically see it as the fact that the production system let him or her down. And so, we focus it from that perspective, trying to help them be productive and making sure that they get it done right the first time. That's a very important aspect as we go up and rate and also frankly, as the logistics, get a little bit more challenging from a supply chain perspective, we want to make sure that we don't actually make a mistake and have to go get another part. So, it's been very important. We've leveraged the distinctive capabilities in our factories. Everything that you saw today came from Spirit, came out of a research and technology project somehow some way and it made itself to the floor. And then, really just innovating how we inspect products. And we talked a little bit about Spifi and some of the other digital technologies.

We've really listened to the voice of the customer. We've reduced the cycle time it takes to actually deal with, if we do have a defect, how long does that take, improving the closure rates of that, and then making sure that our customers aren't waiting on us for anything. So this idea of zero delinquent items, and I'm really proud to tell you that last year, we had no delinquent items with our customers. So we've made a lot of progress. And we hear what's important to our customers. You probably read the press about [ph] FAD (02:42:16), we have ensured that our customer gets a [ph] FAD (02:42:18) free product. And we've made really good improvement and we were recognized by one of our customers for making that happen.

The other thing we've realized is that we needed to perpetually ensure that when we're building the product, we're building it per specification, per engineering, per the planning. And so, we've deployed a technique that we refer to as three lines of defense. You may have heard that in a couple of different areas. We've leveraged this a lot, not just from a quality perspective, but wherever we think we want to make sure that we have a surety in what

# Spirit AeroSystems Holdings, Inc. *(SPR)*
Investor Day

we're doing, we're leveraging this type of technology. We actually spent time over the last year and we have about one more year to go, ensuring that our processes and our products are actually in conformance with the engineering requirements. We've deployed teams to go verify all that, which is mitigating any potential for future escapes. And then, we deploy these three lines of defense perpetually. So, the mechanics and the inspectors are responsible for making sure that the product is done every day. But we also have our engineering team out auditing that process and product to make sure that indeed it is actually being built per specification. And where it's not, we can actually make adjustments or update the planning. And we've seen a lot of value. By doing this, we can actually update the planning to make it a little bit more clear for the mechanics and inspectors so that they get it right.

And then, finally, we have an – what I would call that audit function, making sure that all of this works and is behaving we're randomly selecting areas to dig in deeper. Some of the technologies that we're actually deploying, you saw very briefly what we refer to as links. It's a digital system that can actually, it uses pixel differentiation, and we can see if you look carefully in that, you can see that the bracket is flipped around. Those are the kinds of things that can happen from time-to-time, but with this digital capability we can – in that give to the power of the mechanic, they can run the scanner and they can say, hey, something's not right here, go look at this. New scanning capability we brought to bear.

We talked a little bit about Spifi. It's really a device called [indiscernible] (02:44:24). We're now using it on the exterior of the aircraft to look for dents and skin scratches, which used to be very subjective. Now, we get a real-time instant feedback, a topology map of, if there is area of concern, we can actually measure it and provide data on what it looks like. We talked about work constructions. You saw an example of where we are using digital inspection tools. And again, this puts the power right in the hands of the mechanic to make sure things are right and in Spifi.

So, in summary again, I use that word fuel. We see ourselves as the enabling function for the strategies that we're out executing. We really have been recognized and we will continue to lead the way on digital transformation and adoption. Our factories are more digital than anybody else in this industry. I can assure you, I've seen it. I've been out to look at others. We are on the cutting edge of that and it's providing a lot of value to us. And then, finally, just as relentless pursuit of quality excellence is paramount. It is critical to our customers and again to their customers as well and we've spent a lot of time getting our team focus on that and it'll serve us well as we continue to escalate and write.

So, thank you. And at this point, we're going to go back over for a break, in the technology area. I would love if you get an opportunity to go over and see all three areas today. My team is really proud of what they do and I thank you for coming and we'll see you back here in about probably 10 minutes or so...

## Unverified Participant

11:15.

## Kevin Matthies
*Senior Vice President, Chief Technology & Quality Officer, Spirit AeroSystems Holdings, Inc.*

11:15.

[Break] (02:46:03-03:12:00)



Copyright © 2001-2022 FactSet CallStreet, LLC

# QUESTION AND ANSWER SECTION

**Aaron Hunt**
*Director-Investor Relations, Spirit AeroSystems Holdings, Inc.*



So we'll get Mark, come on up and Kevin and Kailash. [ph] we will get them in (03:12:10)



[indiscernible] (03:12:11)

**Aaron Hunt**
*Director-Investor Relations, Spirit AeroSystems Holdings, Inc.*

[indiscernible] (03:12:12). So, Kevin, come on up and we got Kailash, right. So we went through all the presentations throughout the morning and it didn't take time after each to do questions. We thought we'd have one opportunity to get all of us up here to answer any questions that the group has. And the thought was we'd spend about 30 minutes or so just to answer questions. So, no particular order to that. It's just as you have a question, please raise your hand, we'll get you a mic and then we will ask the question. The mic is important so that we can get. So, [ph] Jessica, there's Ken (03:12:52) got a question over here. [ph] First one (03:12:55).

**Thomas C. Gentile III**
*President, Chief Executive Officer & Director, Spirit AeroSystems Holdings, Inc.*

Yeah. [ph] Ken's (03:12:56) got question over there, [ph] Jessica (03:12:58).

**Aaron Hunt**
*Director-Investor Relations, Spirit AeroSystems Holdings, Inc.*

So we'll get you a mic. And then, just please – just say your name and your firm and then go ahead with your question.

**Ken Herbert**
*Analyst, RBC Capital Markets LLC*

Thanks for everything, Ken Herbert with RBC. Maybe for Tom or Mark, if you could just start the discussion, it seems like the margin assumptions are based upon continued cost savings from the supply chain, from your supply base. As you look at that 60% as contracts roll over in that, what's a realistic assumption of, as the contracts roll over how long is the typical contracts? I tend to think sort of 5 to 10 years. What's been historically the savings you've gotten as these contracts roll over from suppliers and as we sort of think about what that contributes to the path to 16.5% over the next few years?

**Thomas C. Gentile III**
*President, Chief Executive Officer & Director, Spirit AeroSystems Holdings, Inc.*



Well, supply base is important, because as a manufacturer about 65% of our cost is in the supply base materials, raw material plus the materials that we buy. So that's important. Our contracts typically are five years, so about 20% are rolling over each year. But one of the things that we showed was during the pandemic, we actually extended several of the contracts. So our contract with Boeing on most products goes out past 2030. But on the

# Spirit AeroSystems Holdings, Inc. *(SPR)*
Investor Day

**Corrected Transcript**
02-Mar-2022

737 MAX, specifically it goes up to 2033. So when the pandemic hit, one of the things we offered a lot of our suppliers was the opportunity to go all the way out to 2030 or 2033 for a couple of reasons.

One to provide them with some stability so that they could use that to go to their banks and get funding, but also to provide them with long-term continuity, so they could continue to invest in their own automation and technology, but also as the hedge against inflation for us, because we then would have back-to-back contract with the suppliers and with our customer. So those were some of the things that we did with the customers to extend the contracts. But typically about 20% of them otherwise are rolling over each year and so the waves that I described are something that we've done [ph] to multiply (03:15:02). We're on wave 10 now. And so, every year we'll do one or two depending on the number of expires that are coming up and we're always at least two years out so that we have plenty of time, if there is going to be a transfer of work to manage that. But very often there isn't. We negotiate with the incumbents and we either avoid the waves altogether or they keep the work. And so, that's also a very good outcome.

In terms of the savings, the savings very significantly from package-to-package, supplier-to-supplier depends on a lot of different dynamics. But what's really important is to manage any transfer of work. As I said in the last five years we've transferred 26,000 parts. We'll probably do that number again in the next five years. And it's extremely important that we do that well and that we don't have any disruptions. So it's a gated process. There are deliverables very specific, very detailed deliverables. There's an operating mechanisms. There are dashboards to that transfer work process. We call it a plan for every part and it's at a very, very detailed level. And we have a very large team that drives execution of that, which makes all of the initiatives in the supply chain that we describe possible.

---

**Aaron Hunt**                                                                                                                A
*Director-Investor Relations, Spirit AeroSystems Holdings, Inc.*

Kristine – so just to remind everybody, if you could state your name and then the company you represent to, that'll help us with the Q&A.

---

**Kristine Tan Liwag**                                                                                                        Q
*Analyst, Morgan Stanley & Co. LLC*

Kristine Liwag, Morgan Stanley. So from the plant tours yesterday and the presentations you had today, it's clear you've made significant investments for efficiency, digitalization, automation. But I guess there's only so much you could do with a 50-year old platform. If you were to apply all the learnings that you've gleaned from all the initiatives you've done since COVID, how much cost savings could you have if you were to have a new aircraft program – at a clean sheet program? Is this something like 15%, 20% in savings for manufacturability and lower engineering costs? Can you give us an idea of how much that would be? And then also because right Boeing had said that if they were to look at a new aircraft program, they're leaning less on propulsion and more on other things like manufacturability.

---

**Thomas C. Gentile III**                                                                                                    A
*President, Chief Executive Officer & Director, Spirit AeroSystems Holdings, Inc.*

Right. What I would say is all of the changes that we've made in our current factories are very much applicable to next generation. In fact, we developed and designed and implemented them with next-generation aircraft in mind. And so, it starts with the digital engineering that Kevin described the Spirit ONE where we can use 3D tools, very advanced 3D tools to design products that can then go into production very quickly. And we talked about it this Determinate Assembly, it's very important, because the 3D designs allow us to put in holes in advance so that you don't need large tooling jigs to hold structures in place so that you can connect them. You can put the holes in

---



# Spirit AeroSystems Holdings, Inc. *(SPR)*

Investor Day

advance and it's not just pilot holes that have to be drilled like in the past. These are full size holes. So when the products come together, we just set them next to each other and we can start fastening them and that is a huge difference.

You combine that with the things that we've done on digitization, automation, robotics, all those things are very much designed to enable next-generation products. So, what type of savings could result? Don't know, specifically, because we don't have the necessarily the designs right in front of us, but it's significant. We're seeing some significant cost reductions on current programs, even brownfield programs that are 50 years old, we're seeing significant cost savings and that can all be applied to future generations. And Kevin, maybe you could comment further.

### Kevin Matthies
*Senior Vice President, Chief Technology & Quality Officer, Spirit AeroSystems Holdings, Inc.*



Yeah. I was going to give you a couple of numbers maybe. I happen to sit on the Digital Transformation Board for AIA. So, I think two things that come to mind immediately what we see across the industry with the new 3D type tools, 3Dx team center, those types of tools as we're seeing about a 30% improvement in engineering costs. And probably, the most profound thing, though, is that, we'll be synthetically building an aircraft inside of the digital space and we'll do that and we'll fundamentally be building it up to what we call a T100. We'll build 100 different aircraft digitally and prove all that out before it actually hits the floor. So, historically, the very first aircraft T1 is exponentially more expensive than the next second one, third one, fourth one, fifth one. That's where these digital tools really come to play, because we'll be able to do all of that synthetically, prove out that we have a good production system, us and our partners and take advantage of that differential and cost between the first unit that we would have historically built and the first unit that we build using these digital tools. It's pretty profound.

### Duane F. Hawkins
*Executive VP, President-Defense & Space Division, Spirit AeroSystems Holdings, Inc.*



And that's one thing I will highlight is, you saw in the videos and in some of the presentations, these virtual reality simulations that we did of the advanced tools before we deployed them and that enables us to work out some of the bugs before you ever start cutting metal and putting these things in the plant. For example, [indiscernible] (03:20:16). We had these virtual reality simulations, very detailed ones with significant animation in advance, so that we could design and modify and refine it before we actually put it on the floor. And interestingly, when we go to like NIAR at WSU, the people that we engage with are people who do a lot of gaming and programming for gaming. And so, it's a unique skill set, but it's very applicable to this virtual reality and they've proven to be quite good at it.

### Aaron Hunt
*Director-Investor Relations, Spirit AeroSystems Holdings, Inc.*

So, Seth, I think, [ph] Jessica (03:20:49)?

### Seth M. Seifman
*Analyst, JPMorgan Securities LLC*

Thank you. Seth Seifman from JPMorgan. I guess, if I could ask when we look at those 2025 projections you have, kind of what you're thinking about capital spending and some of that is a modeling question. But maybe more importantly, what it's for in terms of how much more investment would you do proactively in some of this digital, sort of digital engineering and digital production? How much investment might be required or would you be doing to ramp up on some of the new Defense programs that we should look out and see? And then, if I could

# Spirit AeroSystems Holdings, Inc. *(SPR)*

Investor Day

sneak another one on the end, maybe if you could talk about the production rates that underlie the Commercial segment revenue target for 2025?

### Thomas C. Gentile III
*President, Chief Executive Officer & Director, Spirit AeroSystems Holdings, Inc.*

A

Right. So Mark, why don't you talk about capital expenditure?

### Mark J. Suchinski
*Chief Financial Officer & Senior Vice President, Spirit AeroSystems Holdings, Inc.*

A

We're – we invested heavily from a capital standpoint in the 2017, 2018, 2019 timeframe. We're capitalized and tooled up on 737 to 57 a month. We're tooled and capitalized in A320 in excess of 65, 14 on [ph] B787 (03:21:57), 13 on A350. So, that heavy capital investment period that you guys saw back in that timeframe where we were in the ballpark of $250 million, $300 million of CapEx to invest in that growth in those higher production rates, that's behind us. And so, we obviously throughout the pandemic, we've had to really be very cognizant of what we spend from a CapEx standpoint.

But as we move forward here, the 2025 where we're going from a compounding annual growth rate on the Commercial side, that capital and tooling is in place. We're ready to support that. There's going to be investment on the Defense side that Duane has, but we're repurposing some of the twin aisles space and equipment, brooches, autoclaves, trim and drills, EI machines. We're taking advantage of that. So, I think we're going to – from a capital application standpoint, it's going to be very efficient usage over the next several years. That will allow us to make investments on the technology side. Some of the really cool things that Kevin showed, as digital twins, Trinity's Spirit [ph] one (03:23:11) and we'll be able to over the next couple of years, we spent $150 million last year. This year is going to be a bit north of that. Over the next couple of years, when we hit – when we get to those 20% growth rates, you'll see us, CapEx be over $200 million. You won't see us spending the type of capital that we needed to put that infrastructure in place. So, we'll spend more than we're spending now. It will be to focus on helping Duane and Kailash grow, a lot of the capitals in place for Sam's growth. And then, it's the new technologies, right. And so, we're going to invest correctly. We won't overspend on that. We'll start to spend more from a CapEx standpoint as we move into 2023 and 2024 to make those investments, so that we can grow our business diversify and help support our customers with a lot of these new technologies that we think will help contribute to them winning new work as well.

### Thomas C. Gentile III
*President, Chief Executive Officer & Director, Spirit AeroSystems Holdings, Inc.*

A

Okay. And then, on the Commercial rates, Sam, why don't you talk about that for the next few years?

### Samantha J. Marnick
*Executive Vice President & Chief Operating Officer; President, Commercial, Spirit AeroSystems Holdings, Inc.*

A

Sure. So, we've already talked about 31 airplanes a month, so we've talked about on the 16.5% margin, we're assuming we get 42 airplanes a month and we're holding that at a steady state. So that forms much of the foundation for as you're looking at the financials that we're projecting on the Commercial segment. I think a couple of other points to make on that, the question on supply chain, that's a big piece in that. Whereas as Tom talked about, there is a number of waves that occur and continues to occur, because as contract blocks come up, every couple of years, there's another stream of supply chain opportunity. There's also a second police of opportunity in terms of the make/buy that I talked about, whether we do it inside, we push it outside or we changed the nature of the value chain on the make/buy as well. So, there is a number of those things that we're thinking about, that all contribute up towards what we're looking at on that financial horizon.

# Spirit AeroSystems Holdings, Inc. *(SPR)*

Investor Day

**Corrected Transcript**

02-Mar-2022

---

### Thomas C. Gentile III

*President, Chief Executive Officer & Director, Spirit AeroSystems Holdings, Inc.*

A

I'll probably try to address this, because somebody else asked me the same question. When we look long-term the 2025, these are kind of estimates, right, they're not guidance or targets. Those assumptions are based on a commercial aerospace recovery from a single aisle and from a twin aisle standpoint. And so, the question somebody asked me at break was, will this 2025 assume 42 a month on 737? It assumes higher than that. Okay. We're assuming single aisle recovers by 2025, whether Boeing is at 47 or 52. The assumption is, Airbus is at 65, 65-plus on A320 that we're back at more normalized production rates on the twin aisles, not back to 14, not back to 10. But the A350 and 787 are going to be the workhorses that the wide bodies are – that wide body customers are going to go to. So, we're expecting those to be in the 6 to 7 range when we get out to that timeframe. So, for modeling purposes, we're expecting some recovery. We don't expect anything well beyond what we saw in 2018 and 2019, but those foundationally are based on assumptions that 737 continues to recover, 320 stays strong, and the twin aisles start to get back to some level of normalcy in 2025.

---

### Aaron Hunt

*Director-Investor Relations, Spirit AeroSystems Holdings, Inc.*

A

Okay, right. I think it's – go ahead.

---

Q

Hi, everyone. [ph] Mike Marjorie (03:26:45), Wolfe Research. Question for Kailash. On Aftermarket growth, how are you thinking about the share gain that you're going to need to reach the 2025 goal growth you expect for new customers and repairs that you're already working on versus sort of the consideration for adding new capabilities and new capacity?

---

### Kailash Krishnaswamy

*Senior Vice President-Aftermarket Services, Spirit AeroSystems Holdings, Inc.*

A

Yeah. Thank you. So, it depends on the platform. So 737, 777, it's pretty much mostly historically done out of Wichita. We're starting to do that in Dallas. So, we feel Americas is a pretty well covered for those platforms. We have taken the capability now to or we've started taking the capability to Belfast to start supporting those platform in the EMEA region. So, historically, Belfast did not do any work on those platforms or did very minimal. So, there's opportunity there in the EMEA region. We've talked about, looking for a partner in the Middle East, so you can think about the platforms there and in the Middle East. And that's again something that we can capture on 737, 777 and then in the APAC region, right.

So, on the 737 and 777, we've pretty well covered Americas historically. But then, going forward, there is opportunity in EMEA, APAC, Middle East. A330, Boeing 757, we've traditionally done that out of EMEA. We've done that out of Belfast. And now, we could start and we've done a little bit out of Dallas, because, that was also part of Bombardier. But we have not done a lot of that in China, Mainland or in APAC. So you can think about those platforms in those regions. So, in terms of share gains, it would be platform specific. And our growth plans of going into China, Mainland or Middle East or Central America should give you a sense for the fleet that's there and what we can potentially do.

---

### Aaron Hunt

*Director-Investor Relations, Spirit AeroSystems Holdings, Inc.*

A

Next, Sheila has got a question, [ph] please go ahead (03:28:43).

---

# Spirit AeroSystems Holdings, Inc. *(SPR)*

**Corrected Transcript**

---

### Sheila Kahyaoglu
*Analyst, Jefferies LLC*

**Q**

Thank you. I'm Sheila Kahyaoglu from Jefferies. Mark, this one's for you. Thank you all for all the time you spent with us today. But maybe can you talk about as you put together your 16.5% forecast and I know you said it's not a guidance parameter, but it's still a number we got. As you think across the programs whether it's Defense or Commercial, what do you think about where you have the most confidence and where you see the most risk?

---

### Mark J. Suchinski
*Chief Financial Officer & Senior Vice President, Spirit AeroSystems Holdings, Inc.*

**A**

It's a good question, tough question as well. I think there is a couple of different ways that I can go pivot on that. We really feel good about Defense and where they're going from a revenue growth standpoint and the stability as it relates to those margins that they contribute. Kailash and his business is doing a great job, 20-plus-percent margins, it's really great to see a structures company like us be able to have a part of our business that generates those types of margins. But I think, really over the next couple of years, the strength of our margin improvement is going to be as the single aisle rates go up on 737 and A320. The fixed cost absorption, some of the digital automation and cost improvements that we've put on there, the ability to see those rates go higher and hold and recover, I think is going to be highly important to us as we think about the 16.5% margins that we will continue to be Commercial, the largest portion of our overall business over the next couple of years. And so, I think as long as the twin aisle or the single aisle rates hold, right, over the next couple of years and commercial aero recovers, I think 737 and A320 will lead the way to help us really achieve those 16.5% margins.

And as it relates to risk, there's – we're all up here. Our job is to manage risk, right? Our job is to deal with the perturbations that happen in the marketplace. But I do think near-term, the things that I really worry about is inflation, right. You're looking at labor inflation, you're looking at freight costs, you're looking at the length of time that product is on the water, that's driving additional liquidity or capital requirements. And so, I think near-term, inflation is a big pressure for us. And then, I think over the next couple of years as we grow and we add, it's going to be about resources, labor, right. The Baby Boomers are retiring and we've got to work really hard to attract people, to come to go work in aerospace. And I think there's a lot of automation. A lot of our jobs aren't just driving rivets, right. People are operating machines. And it's a good paying career and you can really provide for your families. And so, I think over the next couple of years, those are going to be big watch items for us is inflation and then labor resources.

---

### Aaron Hunt
*Director-Investor Relations, Spirit AeroSystems Holdings, Inc.*

**A**

Okay. [ph] Ryan (03:31:49)?

---

### David Strauss
*Analyst, Barclays Capital, Inc.*

**Q**

All right. Thanks. David Strauss from Barclays. So, hate to go back to this margin question again, but – so you had been saying 16.5% at 42. I think we all thought or we think that 42 happens before 2025. You're talking about 2025 above 42. So I guess if we could just kind of square that out, are you now assuming that you can't get the 16.5% at 42 or you're implying that you can actually maybe get to 16.5% earlier and higher rates on MAX, is that a good thing or a bad thing from a margin perspective? I know it's positive from an EBIT dollar perspective.

---

### Mark J. Suchinski
*Chief Financial Officer & Senior Vice President, Spirit AeroSystems Holdings, Inc.*

**A**

Yes. So, David, well...

---

Copyright © 2001-2022 FactSet CallStreet, LLC

# Spirit AeroSystems Holdings, Inc. *(SPR)*
Investor Day

### Thomas C. Gentile III
*President, Chief Executive Officer & Director, Spirit AeroSystems Holdings, Inc.*

Mark, I just want to comment. So, first of all, what we've said is the 16.5% is something that we aspire to achieve once MAX rates stabilize at 42 aircraft per month. Okay. Because that's a nice clean number. That's where we were back in 2016. If we have two lines, 21 days a month, each producing one aircraft, that's 42 aircraft. So it's a very good number for us from a baseline perspective for productivity. And that would once we stabilize at that level again, that's when we can get back to 16.5%. The reason we don't say that we'll go above 16.5% is I always say you have to run fast to standstill. And that's true in this industry. No matter all the productivity things we do, there's always headwinds that we have to offset. But also, in particular on the MAX, the way the pricing works with Boeing is it's indexed to rate and 42% is essentially the threshold. So, as rates go above 42%, they get a discount, but while they're below 42%, we get a premium. And so, going forward, as rates go up beyond 42, we're saying we can hold at 16.5% margin which will be good. The absolute dollars of margin will go up as the rates go up, but we don't expect that the rate of margin will increase from there.

### Mark J. Suchinski
*Chief Financial Officer & Senior Vice President, Spirit AeroSystems Holdings, Inc.*

David, thanks for the question, because somebody at the break asked me the same question. So it's good that you asked for clarity. The 16.5% in 2025 does not mean that we've backed off on what Tom just said, okay. We're going to achieve – we have targets and plans to achieve 16.5% well before 2025. It's a target, it's an estimate. It's just coming back to you to say, hey, we told you we can achieve 16.5% margins as we move forward. You guys should expect us to be able to deliver at least 16.5% margins. And that's how it was portrayed on the charts. It was not a backing off of what we've told you before, and I think Tom explained it quite well.

### Aaron Hunt
*Director-Investor Relations, Spirit AeroSystems Holdings, Inc.*

Okay, [ph] Jessica (03:34:35), I think you've got a question.

### Louis Raffetto
*Analyst, UBS Securities LLC*

Lou Raffetto from UBS. Mark, another one for you. You laid out a slide with the capital allocation, and I guess one question I had was, do you need to get de-lever to 2 times before you do M&A or is it – does that have to come first?

### Mark J. Suchinski
*Chief Financial Officer & Senior Vice President, Spirit AeroSystems Holdings, Inc.*

It doesn't, right and Tom could speak a little more. What we've always said is, when we think about growth and diversification, that's really important to us. We know that we've added some debt as a result of the challenges over the last couple of years. But if the right strategic asset became available, right, that meets our strategic diversification needs, and it had the right financial parameters around it, we could cause a delay our debt repayment plans that we have. We wouldn't put ourselves in a position where we'd over-lever. But sometimes, an asset becomes available when it does. And so, we're still working through the recovery. It would be best if we were a little further along in the recovery before we went down that path. But I think we're providing ourselves some level of the flexibility to pivot on that. Tom, you want to add?

### Thomas C. Gentile III
*President, Chief Executive Officer & Director, Spirit AeroSystems Holdings, Inc.*

# Spirit AeroSystems Holdings, Inc. *(SPR)*
Investor Day

Yeah. I mean, acquisitions are opportunistic. They're available when they're available. And if the right thing came along that met our strategic criteria and our financial hurdles, then we could pause the de-levering in order to execute it. And we do think we have capacity to execute deals. But I'd also say that we've explored some scenarios where depending on the company and what their current debt levels are, by combining, we could actually de-lever in effect. So, the answer is, we are not going to just wait until the de-levering is done to consider M&A. We'll consider it opportunistically and will either positive de-levering or will achieve it by a combination.

---

**Aaron Hunt** A
*Director-Investor Relations, Spirit AeroSystems Holdings, Inc.*

Okay. [ph] Ryan (03:36:33)?

---

**Jack Ayers** Q
*Analyst, Cowen & Co. LLC*

Hi, good morning. This is Jack Ayers from Cowen & Company. I guess just kind of switching gears here to cash in 2022 and 2023, if you can kind of maybe just lay the groundwork of some of the puts and takes, I think you guys alluded to working capital being a tailwind here. And I think, Tom, you mentioned how you guys kind of helped up suppliers in the supply chain, I think it was a fairly large number. So, I guess is there any opportunity there to kind of stretch payables from a day's payable perspective? Can we extend those? If you can just provide some color there, that would be helpful.

---

**Thomas C. Gentile III** A
*President, Chief Executive Officer & Director, Spirit AeroSystems Holdings, Inc.*

Yeah. I mean we have market terms with our suppliers on payables. And at this point, we don't see that as a source of opportunity as to extend those any more than they are. So, but there is still a little bit of delevering going on or destocking, let's call it as rates go back up. But then, we'll cross over and we will start then to consume inventory and put more orders in. So, the working capital headwind starts to go away as rates go up. And, Mark, why don't you comment in terms of...

---

**Mark J. Suchinski** A
*Chief Financial Officer & Senior Vice President, Spirit AeroSystems Holdings, Inc.*

Sure. And I think you have it right. This year, there's still some level of uncertainty. Okay. Boeing is not yet delivering Boeing 787s, which puts pressure on our cash because we're not delivering and collecting cash. Boeing hasn't yet made any commitments above 31 a month on the Boeing 737, which is our largest program. And some of those things have to be sorted out in order for us to make some final determinations and where we think cash is going to be this year. But obviously, even at 31 a month, we're going to see meaningful revenue improvements year-over-year. We'll see meaningful improvements in earnings and that will help contribute on the cash side of things. I think we have a real opportunity here. We are carrying extra inventory through the pandemic and supplier support that is a huge lever, an opportunity for us, but we have to be balanced. I mean, as we think about going up in rates, we can't put our suppliers on under undue pressure as we need them to go up in rate.

We're now seeing with Ukraine and Russia raw material challenges now, potentially on the titanium side and so there's a lot of put in takes here, and I would say we can probably come back specifically around 2022, whether in the first quarter or second quarter some of those things get behind us. We can dial it in and provide some more clarity around this year's cash, but inventory will help, improvement in earnings will help on the cash flow side of things. We're going to be very disciplined on the capital side, and so we'll see meaningful improvement year-over-year as it relates to cash flow.

---

# Spirit AeroSystems Holdings, Inc. *(SPR)*

**Corrected Transcript**

And then as we move into 2023 and I don't want to get too ahead of ourselves here, but a lot of assumptions are is that the bulk of the pandemic will be behind us. Boeing will have burnt off a significant amount of their stored aircraft, and so will we. We'll have a syncing of our production system between us and Boeing. Airbus will continue to be delivering at high rates on the A320 program.

And so when we move into 2023, we'll have, I think, better fine-tuned where our inventory levels are. And so I think in 2023, you'll start to see the type of cash flow that you saw from Spirit in 2017, 2018 and 2019. And all of that is going to come to the higher revenues, the more normalized revenues and you'll start to see the kind of cash generation that we were able to produce pre-pandemic levels. There's still a bit choppiness that's going on this year. There's still some uncertainty around Boeing 787. We get past that, I think we get a much better line of sight. But we're feeling good about the back half of the year. We're seeing some improvements and I think we're really, really optimistic as it relates to where we're going in 2023.

---

### Thomas C. Gentile III
*President, Chief Executive Officer & Director, Spirit AeroSystems Holdings, Inc.*

A

And then the other thing about our cash is obviously a big driver is narrowbody production and a big driver is MAX. We're not certain on MAX production levels yet for this year. Boeing hasn't committed. They'll be doing that as we get a little further into the year. We do have $123 million cash repayment to Boeing for the advance that we got back in 2019. And so, that's going to be a headwind. But as Mark said, as the narrowbody production rates stabilize/recover, that will ultimately drive our cash flow in the near-term.

---

### Aaron Hunt
*Director-Investor Relations, Spirit AeroSystems Holdings, Inc.*

A

Okay. [ph] Jessica (03:41:19), I think you've got one.

---

### Andre Madrid
*Analyst, Bank of America*

Q

Hi. Andre Madrid from Bank of America. I know you guys have touched on it briefly before and we toured the Boeing 787 facility yesterday, so but I kind of wanted to get a little more clarity on this. When exactly can we expect the excess widebody capacity to kind of move over to other programs like Defense, any timeline there, any color?

---

### Thomas C. Gentile III
*President, Chief Executive Officer & Director, Spirit AeroSystems Holdings, Inc.*

A

Yeah. It's really ongoing as we speak. We've already allocated a lot of capacity in our Boeing 787 area, two Defense programs, and some more will happen. Same thing in Kingston with the widebody production capacity there. We've insourced some products that were out in the supply chain. So that adds to the hours in Kingston and we're also putting some business aircraft activity there. But the shift is repurposing of the widebody capacity to defense is ongoing and will continue over the next few years, but Duane anything else to add to that.

---

### Duane F. Hawkins
*Executive VP, President-Defense & Space Division, Spirit AeroSystems Holdings, Inc.*

A

No, I'll just say that, we already have quite a few programs over there and they're either going to be operating very quickly or will be within the next few months. And then we have some other wins that we've gotten that we're planning on moving over to the twin aisle. So it's all over the plant where we're doing it. Most of it's kind of in the Boeing 787 area, because it fits really nicely with the kind of products that we're putting in there. So, we don't – all

---



Copyright © 2001-2022 FactSet CallStreet, LLC

# Spirit AeroSystems Holdings, Inc. *(SPR)*

Investor Day

the new Defense things that we're bringing in, we're really not facilitating in any new buildings for any of that. Right now, that's not the plan.

---

### Thomas C. Gentile III

A

*President, Chief Executive Officer & Director, Spirit AeroSystems Holdings, Inc.*

Duane in his presentation had a diagram of one of our facilities, and it showed how much has been already repurposed to Defense and what the next steps are. And you can see from the standpoint of square footage, it's quite significant.

---

### Mark J. Suchinski

A

*Chief Financial Officer & Senior Vice President, Spirit AeroSystems Holdings, Inc.*

The other point I would make, and I know for you guys, you'll probably say, Mark well, that's obvious. But there's a double benefit, right. So you're talking about composite new production systems on Boeing 787 EIs, broaches, autoclaves, trimming drills that Duane needs in his world. And so by sharing space with Boeing 787, not only does it help Duane meet customer commitments sooner reduces our capital expenditures being able to take the products to market quicker but that helps drive down costs that allocates on the Boeing 787 program which over time as Boeing 787 rates come back, we're very very focused on improving the overall financial performance of that program. So it's a double benefit. It's really really good for us. We've got the space we've got the equipment and we're taking advantage of it and that's leading to a lot of great wins by our Defense team.

---

### Aaron Hunt

A

*Director-Investor Relations, Spirit AeroSystems Holdings, Inc.*

I've just one over here and one here.

---

Q

Hi, it's [indiscernible] (03:44:24) from Bernstein. And so it's a question for Kailash on Aftermarket margins and how does the 20% split across repair and spares and within spares, is there a difference between OEM controlled spares and spares itself directly to market? Thank you.

---

### Kailash Krishnaswamy

A

*Senior Vice President-Aftermarket Services, Spirit AeroSystems Holdings, Inc.*

Yeah. Thank you. So we don't publicly disclose the margins between spares and repairs, but if you think about spares, there are a couple of platforms where our spare sales are to airlines directly and you can expect the margins in those are a lot higher than spare sales that go to the OEMs directly. Now the OEM contracts, of course – so, many of these contracts are part of the production contracts itself and so the pricing for those and the margins for those are just complex and it's across the 80,000 parts that we build. But overall, I think we'd be looking to manage the combination of repairs and spares to be about, 20-plus percent.

---

### Aaron Hunt

A

*Director-Investor Relations, Spirit AeroSystems Holdings, Inc.*

[ph] Brian (03:45:23), did you have a question?

---

### Jon Raviv

Q

*Analyst, Capital One*

---



# Spirit AeroSystems Holdings, Inc. *(SPR)*
Investor Day

Thank you. It's Jon Raviv from Capital One. Mark, you mentioned earlier some of the rising risks around raw materials. I want if you could provide a little more perspective on what raw materials that you rely on? How do you buy them? Again, anything beyond titanium as well. And then any perspective on how much is already in the system or stockpiled, if you will, and at what point does it become more of a real life challenge where we just can't build things because there's not the stuff there, if it becomes that at all?

### Mark J. Suchinski
*Chief Financial Officer & Senior Vice President, Spirit AeroSystems Holdings, Inc.*

A

Yeah. So let me talk to that. So on the raw materials, really, we buy most of our raw materials through the buying consortia for Boeing/Airbus, 90% plus. So when you think about the types of materials we use, aluminum, titanium, those are the really big ones and there are some other, we use a little bit of stainless steel and some Inconel in different places, but it's mostly aluminum and titanium and TMX on the Boeing side can't bid on Airbus, that's where we get most of the materials. And the good thing about that is the scale is huge on those, and the pricing has always been stable. So with Boeing on TMX, the way the contracts work is, if the prices were to go up and we paid more to TMX and they would pay us more for the product, so they just keep the TMX flat and that's always how it's worked and so it works well for them and it works well for the suppliers and that's always been a good thing. Airbus is a little bit different, but similar concept.

And so right now, there hasn't been any sort of challenge on aluminum or titanium. Of course, with titanium, a significant portion of that comes from Russia, so for aerospace titanium, it's a fairly large amount, in the 40% range. And so of course, that's a concern because now there are sanctions in place. But the good news is both Airbus and Boeing have been planning on this for years, and they have developed alternative sources in places in other countries. So that's one thing and they also have stockpiles, so that helps and gives a cushion.

In addition, if you look at the aircraft, there's more titanium proportionately on widebody aircraft than there is on narrowbody. And of course, widebody production is lower right now, because international travel hasn't recovered, that helps. So it gives us, I'd say, more time as an industry to develop those new sources, and that's what's going to have to happen. I think Dave Calhoun in the Boeing earnings call said it well, which is there's no immediate concern and issue we have plenty of cover, if you go for current requirements, but we do have to monitor and we do have to make sure that we continue to develop new sources, in particularly of titanium.

### Aaron Hunt
*Director-Investor Relations, Spirit AeroSystems Holdings, Inc.*

A

So I think, we've answered most of the questions from the online audience, maybe if we've got time for one more question in the audience here. David?

### David Strauss
*Analyst, Barclays Capital, Inc.*

Q

Thanks. David Strauss, Barclays. Tom on Boeing 787 the fixes on the stored aircraft that Boeing has produced. Can you give us an update on how that's progressing? How long it takes you do these repairs, yeah, just an update there? Thanks.

### Thomas C. Gentile III
*President, Chief Executive Officer & Director, Spirit AeroSystems Holdings, Inc.*

A

Right. So the Boeing 787 issues were broadly speaking fit and finish. Fit and finish being how the structure is fit here with different composite structures and how much pull up force was required to fasten them. And so the issues largely were being able to determine in different areas of the aircraft, how much pull-up force was used

# Spirit AeroSystems Holdings, Inc. *(SPR)*
Investor Day

and if it was too much then to put a shim in place to help close the gaps. So as we went through all the analysis of our sections of the aircraft, we identified three or four areas that required rework and we identified how much rework would be required in terms of material and labor. And we built that, and those were the forward losses essentially that we took last year. So the forward losses were partly related to the rework and partly related to the schedule compression that happened on Boeing 787.

But we've identified all that rework and we are prepared to do the rework. We've already started it. And as I mentioned in the earnings call, we're about 40% done. So it's different. Let's say there's three or four different things, we've completed a different number of aircraft, with each of the repairs. But collectively, it's about 40% of the work is done. And we'll continue to do that as we get access to the aircraft. So our repairs will only be a fraction of the time that Boeing requires to do other repairs for other sections. And so as they're working on an aircraft, and they can give us access, we'll go in and do our repairs and then be back.

And so I don't know what their final schedule will be for those repairs. But again, as we get access to the aircraft, we'll complete our repairs and we're about 40% done to-date. It varies, but ours take much less time than it will take for Boeing. So we'll be able to fit nicely within their windows.

## Aaron Hunt
*Director-Investor Relations, Spirit AeroSystems Holdings, Inc.*

Okay. I think that concludes the question-and-answer session for today. So thank you panel for participating in our session. And I'll turn things back over to Tom for some closing comments.

## Thomas C. Gentile III
*President, Chief Executive Officer & Director, Spirit AeroSystems Holdings, Inc.*

Well, thank you to everybody for again to Wichita. We know it's not easy to get here. But it's important for us to be able to show you what we do as opposed to just tell you. And of course, you can't do this on Zoom easily. The factory tours yesterday were very important for you to have the opportunity to get out in our factories and see some of the changes we've made to the flow, to the automation, the robotics, the digitization. So you can kind of touch and feel and see those things. We're proud of them, but we also think they contribute significantly to where we want to go as an organization.

As I started off by saying, the last few years have been difficult. For Spirit, we had the MAX crisis and then we had the pandemic and we've seen historic changes in our industry. But our focus is to emerge from this period of challenges, as a stronger, more diversified company and we're on our way. And I'd say probably the single biggest thing I'd like you to remember from today is that Spirit is a very good play in terms of market recovery because you are seeing domestic traffic recover first and it's 85%, 90% back to where it was on pre-pandemic levels. And so that's going to favor narrowbody aircraft like the Airbus A220, the Airbus A320 and the MAX and Spirit's backlog is still $35 billion even after all of these challenges, and 85% of that is narrowbodies.

We have obviously the biggest work packages on narrowbody aircraft of any supplier in the industry. We're very proud of that, and I think it's going to serve us well as these markets recover. And so I think over the next three or four years, we're going to see the fastest rate of growth that we've ever seen, much faster than we saw from 2016 to 2019 that creates some challenges in terms of rate readiness, but I think we've shown you all the things that we've done to improve our manufacturing process so that we can do it better than we did it last time.

Widebodies are going to take longer. International travel is not recovering as fast, but it will recover, but not as fast. And then widebody production may not go back to same levels as it was before certainly on Boeing 787 or



Copyright © 2001-2022 FactSet CallStreet, LLC

# Spirit AeroSystems Holdings, Inc. *(SPR)*
Investor Day

**C** Corrected Transcript
02-Mar-2022

Airbus A350 And what we're doing there is repurposing a lot of that capacity, including the capital, things like the automated fiber replacement machines, autoclaves trim and drill, non-destructive inspection, auto fastening. These are big capital investments. We already have those and we're using those to win new Defense work and so that will help accelerate our Defense growth. And so that's also, I think, a unique advantage for Spirit.

So as we go forward, we talked about the three Ds, continue to diversify and our goal ultimately is to get to 40%, 40% 20%. And we've made some progress, we've got more to go, but that's the direction we're heading.

Secondly is to delever, is to pay down some of the debt that we took on during the pandemic. It was important to stabilize our company and have adequate liquidity. We did that. Now we want to pay down the debt, get back to investment grade rating, and that will help us lower our interest rate and our interest payments so that we can invest more in innovation and more in growth.

And then the last thing is to continue to drive our performance back to 16.5% margins. That's where we were in roughly in 2016 when things were stable. And once narrowbody rates recovered back to, say, 42 for MAX and higher for Airbus A320, that's where we want to get to in the future. And that will generate not only profitability but cash flow. And our goal is to get back to the 7% and 9% cash flow, and we'll continue to invest that cash flow in productivity, organic growth, M&A, and then if we've exhausted those we also want to continue our program of returning cash to shareholders as we have in the past.

So that's the plan that we have. Ultimately, it's about continue to diversify, delever to get back to investment grade, drive margins to 16.5% so that cash flow can be 7% to 9% of revenue again.

So that's the plan that we have for Spirit, and we really appreciate the opportunity to describe it to you over the last couple of days. Thank you for coming to Wichita and safe travels back to your homes. Thank you.

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2022 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.

