# Exhibit 16



# Raising the Bar on Quality

Home > Raising the Bar on Quality



A MESSAGE FROM:

**Bill Brown**
Senior Vice President,
Quality and Ops Engineering

Team,

Many of our fellow teams and colleagues are hard at work to realize rate increases across all programs this year. At the same time, our customers have raised the bar on expectations of product and service quality. As production continues to accelerate, we must ensure deliveries are not achieved at the expense of our commitment to Quality Without Compromise.

WHY THIS MATTERS: Without quality, a business is likely to fail.

- * Customers will look for a better product somewhere else, and the standard set for quality revolves solely around a customer's willingness to purchase your product.

- * We all know that even the smallest defect can create a flight safety concern - so there should be no tolerance to allow an escape to our customers, but more importantly, to those individuals who have entrusted us with their safety.

HOW WE GET IT RIGHT: Watch this video below to hear more on how we can all partner together to make a huge difference in our quality system.



Bill Brown
SVP, Quality and Ops Engineering
Spirit AeroSystems

# LIONBRIDGE

STATE OF NEW YORK     )
                          )
                          )     ss
                          )
COUNTY OF NEW YORK     )

## **CERTIFICATION**

This is to certify that the attached transcription is, to the best of my knowledge and belief, a true and accurate English transcription of the video of Spirit Aerosystems VP Bill Brown addressing quality issues.

Stephanie Skiba, Project Manager
Lionbridge

Sworn to and subscribed before me

this __1st__ day of __August__, 20 __24__.

LAURA E MUSICH
Notary Public - State of New York
NO. 01MU6386791
Qualified in Queens County
My Commission Expires Jan 28, 2027

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

### **Quality Matters**

VP Bill Brown:    It's that time of year again when we come out with a video to talk to you about what can you do differently to make quality better at Spirit. I want to change that up a little bit this year and really talk about a request I have for you. As you know, our customers are demanding more and more from us in quality and we're raising the bar to meet their expectations. Our families also fly the products that we build, and I think they're aligned with that same requirement. To do that, it's going to take all of us. So think about every organization out here as a leg on the stool of a chair. You take one leg out, it starts to get weaker and weaker. Our quality system is just like that. So I have a saying that I tell people all the time. It goes like this: "Colleagues and coworkers work for the same company. Partners work for each other." My request in this video for all of you is to partner with me and partner with everybody around you to make quality a priority this year. Our slogan is 'Quality Matters.' It's quality without compromise. Why? We can't risk our products ever being involved in an incident or accident. And to protect that, we have a great quality system that ensures our parts are inspected and controlled and go out FOD-free and defect-free. That's a pretty simple process. But if each of you own that process as a partner, we can make a huge difference in our quality system. So you're going to see myself, my team out. We're going to be implementing new actions, new controls to improve our quality, raise that bar to the next level our customer expects, and I hope you'll join us in partnering to make it really special, fun, more importantly, safer for our customers and the flying public. Thanks for listening.

[[NYLIT:2650655v1:4572W: 12/09/2013--02:38 PM]]