# CRAVATH

---

August 15, 2024

VIA ECF

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: *Li et al v. Spirit AeroSystems Holdings, Inc. et al*, Case No. 1:23-cv-03722-PAE

Dear Judge Engelmayer:

      On behalf of Spirit AeroSystems Holdings, Inc., Tom Gentile III and Mark J. Suchinski (together, "Defendants"), and pursuant to Rule 3.F. of the Court's Individual Rules and Practices in Civil Cases, we respectfully submit this letter to request the scheduling of oral argument on Defendants' pending motion to dismiss.

      Thank you for your consideration of this request.

                            Respectfully submitted,

                            */s/ J. Wesley Earnhardt*
                            J. Wesley Earnhardt
                            of CRAVATH, SWAINE & MOORE LLP

cc: All Counsel of Record (via ECF)

---

**NEW YORK**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
CityPoint
One Ropemaker Street
London EC2Y 9HR
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006-1682
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP