

Garth Spencer
gspencer@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
929-777-1047

September 13, 2024

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

>       Re:     *Li v. Spirit AeroSystems Holdings, Inc.*, Case No. 1:23-cv-03722-PAE
>               Request For Leave To File Notice Of Recent Decision

Dear Judge Engelmayer:

Plaintiffs Hang Li, Mike Drumright, and Marco Amiotti seek leave of Court to file the notice of recent decision attached hereto as **Exhibit A**, concerning the Order dated September 6, 2024, and the Transcript of Motions Hearing Before The Honorable Leonie M. Brinkema, in the matter of *In re Boeing Company Securities Litigation*, E.D. Va. Case No. 1:24-cv-151 (Sept. 6, 2024).

Plaintiffs' counsel have conferred with counsel for Defendants, and is informed that they do not oppose Plaintiffs' request. Defendants request the opportunity to be heard should the Court deem the case relevant to its disposition of the pending motion to dismiss.

Sincerely,

*/s/ Garth Spencer*

Garth Spencer