UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HANG LI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPIRIT AEROSYSTEMS HOLDINGS, INC., TOM GENTILE III, and MARK J. SUCHINSKI,<br><br>Defendants. | Case No. 1:23-cv-03722-PAE |

**DECLARATION OF GARTH SPENCER IN SUPPORT OF
PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Garth Spencer, declare the following pursuant to 28 U.S.C. §1746:

1. I am an attorney duly licensed to practice law before all of the courts of the State of New York and admitted to practice before this Court. I am a partner in the law firm of Glancy Prongay & Murray LLP, one of the Lead Counsel for Lead Plaintiff Hang Li and named plaintiffs Mike Drumright and Marco Amiotti (collectively, "Plaintiffs") in the above-captioned action. I make this declaration in support of Plaintiffs' Unopposed Motion for: (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice to the Settlement Class. I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto.

2. Attached as **Exhibit 1** is a true and correct copy of the Stipulation and Agreement of Settlement dated August 4, 2025.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts from a report by National Economic Research Associates, Inc., authored by Edward Flores and Svetlana Starykh, and titled *Recent Trends In Securities Class Action Litigation: 2024 Full-Year Review* (January 22, 2025).

I declaration under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of August, 2025.

                                                  */s/ Garth Spencer*
                                                  Garth Spencer

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<i>/s/ Garth Spencer</i><br>
Garth Spencer