**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HANG LI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPIRIT AEROSYSTEMS HOLDINGS, INC., TOM GENTILE III, and MARK J. SUCHINSKI,<br><br>Defendants. | Case No. 1:23-cv-03722-PAE |

**NOTICE OF MOTION AND MOTION FOR AN AWARD OF**
**ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 67), on January 16, 2026, at 10:00 a.m., before the Honorable Paul A. Engelmayer in Courtroom 1305 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, lead counsel Glancy Prongay & Murray LLP and Holzer & Holzer, LLC (collectively, "Lead Counsel") will and hereby do move the Court for entry of an Order awarding attorneys' fees in the amount of 25% the Settlement Fund net of Litigation Expenses (or $7,260,914.63, plus interest at the same rate as the Settlement Fund) and reimbursement of Litigation Expenses in the total amount of $156,341.45 (comprised of $146,341.45 in out-of-pocket costs incurred by Plaintiffs' Counsel, and an aggregate of $10,000 to Court-appointed Lead Plaintiff Hang Li ($5,000), and additional named plaintiffs Hang Li ("Lead Plaintiff") and named plaintiffs Mike Drumright and Marco Amiotti ($2,500 each), as authorized by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(4)).[1]

This motion is based on this Notice of Motion; the Memorandum of Law in support thereof; the Joint Declaration of Garth Spencer and Corey D. Holzer in Support of: (I) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; all exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.  Defendants take no position on this motion.[2]

---

[1] Capitalized terms that are not otherwise defined herein have the same meanings given to them in the Stipulation and Agreement of Settlement, dated August 4, 2025.  *See* ECF No. 64-1.

[2] A proposed Order granting the requested relief will be submitted with Lead Counsel's reply papers after the deadline for objecting to the motion has passed.

Dated: December 12, 2025

**GLANCY PRONGAY & MURRAY LLP**

By:  */s/ Garth Spencer*
Robert V. Prongay
Joseph D. Cohen (*pro hac vice*)
Garth Spencer (GS-7623)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
rprongay@glancylaw.com
jcohen@glancylaw.com
gspencer@glancylaw.com

Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

**HOLZER & HOLZER, LLC**
Corey D. Holzer (*pro hac vice*)
211 Perimeter Center Parkway, Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392-0090
Facsimile: (770) 392-0029
cholzer@holzerlaw.com

*Lead Counsel for Plaintiffs and the Settlement Class*

**BLOCK & LEVITON LLP**
Jeffrey C. Block  (JCB-0387)
Jacob Walker (*pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockleviton.com
jake@blockleviton.com

*Additional Counsel for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was electronically filed with the Clerk of

Court via the CM/ECF system, which will send Notice of such filing to all counsel of record.


Dated: December 12, 2025                    */s/ Garth Spencer*
                                            Garth Spencer